# **EXHIBIT A**

**Proposed Order**

US 4070771

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § § | **Case No. 16-31930** |
| **ANGLO-SUISSE OFFSHORE PIPELINE PARTNERS, LLC,** | § § § § | (Chapter 11) |
| Debtor. | § § § | |
| Tax I.D. No. 72-1409562 | § | |
| **In re:** | § § § | **Case No. 16-31932** |
| **DELAWARE EPL OF TEXAS, LLC,** | § § | (Chapter 11) |
| Debtor. | § § § | |
| Tax I.D. No. 72-1409562 | § | |
| **In re:** | § § § | **Case No. 16-31933** |
| **ENERGY PARTNERS LTD., LLC,** | § § | (Chapter 11) |
| Debtor. | § § § | |
| Tax I.D. No. 72-1409562 | § | |
| **In re:** | § § § | **Case No. 16-31934** |
| **ENERGY XXI GOM, LLC,** | § § | (Chapter 11) |
| Debtor. | § § § § | |
| Tax I.D. No. 56-2140027 | § | |
| **In re:** | § § § | **Case No. 16-31927** |
| **ENERGY XXI GULF COAST, INC.,** | § § | (Chapter 11) |
| Debtor. | § § § | |
| Tax I.D. No. 20-4278595 | § | |

1

| | § | |
|---|---|---|
| **In re:** | § | **Case No. 16-31935** |
| | § | |
| **ENERGY XXI HOLDINGS, INC.,** | § | **(Chapter 11)** |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 90-0871638 | § | |
| | § | |
| **In re:** | § | **Case No. 16-31936** |
| | § | |
| **ENERGY XXI, INC.,** | § | **(Chapter 11)** |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 26-3832108 | § | |
| | § | |
| **In re:** | § | **Case No. 16-31937** |
| | § | |
| **ENERGY XXI LEASEHOLD, LLC,** | § | **(Chapter 11)** |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 45-3948121 | § | |
| | § | |
| **In re:** | § | **Case No. 16-31928** |
| | § | |
| **ENERGY XXI LTD,** | § | **(Chapter 11)** |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 98-0499286 | § | |
| | § | |
| **In re:** | § | **Case No. 16-31938** |
| | § | |
| **ENERGY XXI NATURAL GAS HOLDINGS, INC.,** | § | **(Chapter 11)** |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 45-3137517 | § | |

2

US 4070771

| | § | |
|---|---|---|
| **In re:** | § | **Case No. 16-31939** |
| | § | |
| **ENERGY XXI OFFSHORE SERVICES, INC.,** | § | (Chapter 11) |
| | § | |
| Debtor. | § | |
| | § | |
| **Tax I.D. No. 47-2054711** | § | |
| | § | |
| **In re:** | § | **Case No. 16-31940** |
| | § | |
| **ENERGY XXI ONSHORE, LLC,** | § | (Chapter 11) |
| | § | |
| Debtor. | § | |
| | § | |
| **Tax I.D. No. 20-0650308** | § | |
| | § | |
| **In re:** | § | **Case No. 16-31941** |
| | § | |
| **ENERGY XXI PIPELINE, LLC,** | § | (Chapter 11) |
| | § | |
| Debtor. | § | |
| | § | |
| **Tax I.D. No. 27-4165863** | § | |
| | § | |
| **In re:** | § | **Case No. 16-31942** |
| | § | |
| **ENERGY XXI PIPELINE II, LLC,** | § | (Chapter 11) |
| | § | |
| Debtor. | § | |
| | § | |
| **Tax I.D. No. 45-3938238** | § | |
| | § | |
| **In re:** | § | **Case No. 16-31943** |
| | § | |
| **ENERGY XXI SERVICES, LLC,** | § | (Chapter 11) |
| | § | |
| Debtor. | § | |
| | § | |
| **Tax I.D. No. 20-4583999** | § | |

| | | |
|---|---|---|
| **In re:** § § | § | **Case No. 16-31944** |
| **ENERGY XXI TEXAS ONSHORE, LLC,** | § § § | **(Chapter 11)** |
| Debtor. | § § | |
| **Tax I.D. No. 20-0650294** | § | |
| **In re:** | § § § | **Case No. 16-31945** |
| **ENERGY XXI USA, INC.,** | § § § | **(Chapter 11)** |
| Debtor. | § § § | |
| **Tax I.D. No. 20-4278552** | § | |
| **In re:** | § § § | **Case No. 16-31946** |
| **EPL OF LOUISIANA, L.L.C.,** | § § § | **(Chapter 11)** |
| Debtor. | § § § | |
| **Tax I.D. No. 72-1409562** | § | |
| **In re:** | § § § | **Case No. 16-31929** |
| **EPL OIL & GAS, INC.,** | § § § | **(Chapter 11)** |
| Debtor. | § § § | |
| **Tax I.D. No. 72-1409562** | § | |
| **In re:** | § § § | **Case No. 16-31947** |
| **EPL PIONEER HOUSTON, INC.,** | § § § | **(Chapter 11)** |
| Debtor. | § § § | |
| **Tax I.D. No. 75-2129749** | § | |

4

| | § | |
|---|---|---|
| **In re:** | § | **Case No. 16-31948** |
| | § | |
| **EPL PIPELINE, L.L.C.,** | § | (Chapter 11) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 72-1471048 | § | |
| | § | |
| **In re:** | § | **Case No. 16-31949** |
| | § | |
| **M21K, LLC,** | § | (Chapter 11) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 90-0793978 | § | |
| | § | |
| **In re:** | § | **Case No. 16-31950** |
| | § | |
| **MS ONSHORE, LLC,** | § | (Chapter 11) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 37-1708573 | § | |
| | § | |
| **In re:** | § | **Case No. 16-31951** |
| | § | |
| **NATURAL GAS ACQUISITION COMPANY I, LLC,** | § | (Chapter 11) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 90-0800956 | § | |
| | § | |
| **In re:** | § | **Case No. 16-31952** |
| | § | |
| **NIGHTHAWK, L.L.C.,** | § | (Chapter 11) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 72-1409562 | § | |

5

US 4070771

| | § | |
|---|---|---|
| **In re:** | § | Case No. 16-31954 |
| | § | |
| **SOILEAU CATERING, LLC,** | § | (Chapter 11) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 47-4972767 | § | |

### ORDER DIRECTING JOINT ADMINISTRATION
### OF THE DEBTORS' CHAPTER 11 CASES

Upon the Motion[1] filed by the above-referenced debtors and debtors in possession (each a "***Debtor***" and collectively, the "***Debtors***") for entry of an order (the "***Order***") consolidating the administration of these chapter 11 cases for procedural purposes only, all as more fully set forth in the Motion; and the First Day Declaration; and the Court having jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that proper and adequate notice of the Motion and hearing thereon has been given and that no other or further notice is necessary; and the Court having found that good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion, it is HEREBY ORDERED THAT:

1. The Motion is **GRANTED** as set forth herein.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning set forth in the Motion.

2. The above-captioned chapter 11 cases shall be jointly administered for procedural purposes only as follows. Additionally, the following checked items are ordered:

a. \_\_\_\_X\_\_\_\_ One disclosure statement and plan of reorganization may be filed for all of the cases by any plan proponent; however, substantive consolidation of the Debtors' estates is not being requested at this time.

b. \_\_\_\_X\_\_\_\_ Case Nos. 16-31927, 16-31928, 16-31929, 16-31930, 16-31932, 16-31933, 16-31934, 16-31935, 16-31936, 16-31937, 16-31938, 16-31939, 16-31940, 16-31941, 16-31942, 16-31943, 16-31944, 16-31945, 16-31946, 16-31947, 16-31948, 16-31949, 16-31950, 16-31951, 16-31952, and 16-31954   shall be transferred to Judge _____,who has the lowest numbered case.

c. \_\_\_\_X\_\_\_\_ Parties may request joint hearings on matters pending in any of the jointly administered cases.

d. \_\_\_\_X\_\_\_\_ The U.S. Trustee shall conduct joint informal meetings with the Debtors, as required, and a joint first meeting of creditors.

e. \_\_\_\_X\_\_\_\_ Unless otherwise required by the Court, each Debtor will file separate schedules of assets and liabilities and statements of financial affairs, and, as applicable, lists of equity security holders.

f. \_\_\_\_X\_\_\_\_ Proofs of claim filed by creditors of any Debtor shall reflect the caption and case number of the Debtor to which the claim relates and in which chapter 11 case such claim is to be filed.

g. \_\_\_\_X\_\_\_\_ A separate claims register shall be maintained for each Debtor.

3. The Debtors shall file their monthly operating reports required by the U.S. Trustee by consolidating the information required for each debtor in one report that tracks and breaks out all of the specific information (*e.g.* receipts, disbursements, etc.) on a Debtor-by-Debtor basis in each monthly operating report.

4. The Court shall maintain one file and one docket for all of the jointly administered cases under the case of Energy XXI Ltd and administer these chapter 11 cases under a consolidated caption, as follows:

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |
|---|---|
| In re: § | Case No. 16-31928 |
| § | |
| **ENERGY XXI LTD**, *et al.*, § | (Chapter 11) |
| § | |
| Debtors. § | (Jointly Administered) |
| § | |

5. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

6. A notation substantially similar to the following shall be entered on each of the Debtors' respective dockets to reflect the joint administration of these chapter 11 cases:

> An order has been entered in this case in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing the joint administration of the chapter 11 cases of Anglo-Suisse Offshore Pipeline Partners, LLC, Delaware EPL of Texas, LLC, Energy Partners Ltd., LLC, Energy XXI GOM, LLC, Energy XXI Gulf Coast, Inc., Energy XXI Holdings, Inc., Energy XXI, Inc., Energy XXI Leasehold, LLC, Energy XXI Ltd, Energy XXI Natural Gas Holdings, Inc., Energy XXI Offshore Services, Inc., Energy XXI Onshore, LLC, Energy XXI Pipeline, LLC, Energy XXI Pipeline II, LLC, Energy XXI Services, LLC, Energy XXI Texas Onshore, LLC, Energy XXI USA, Inc., EPL of Louisiana, L.L.C., EPL Oil & Gas, Inc., EPL Pioneer Houston, Inc., EPL Pipeline, L.L.C., M21K, LLC, MS Onshore, LLC, Natural Gas Acquisition Company I, LLC, Nighthawk, L.L.C., and Soileau Catering, LLC. The docket in Case No. 16-31928 should be consulted for all matters affecting the case. **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case** No. 16-31928.

7. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

8. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases, provided, however, this Order shall be without prejudice to the rights of the Debtors to seek entry of an Order substantively consolidating their respective cases.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

10. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: April ___, 2016
Houston, Texas

**UNITED STATES BANKRUPTCY JUDGE**