

ENTERED
04/15/2016

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 16-31928 |
| | § | |
| **ENERGY XXI LTD**, *et al.*, | § | (Chapter 11) |
| | § | |
| | § | (Joint Administration Requested) |
| Debtors[1] | § | (Emergency Hearing Requested) |
| | § | |

ORDER (A) GRANTING AUTHORITY
TO FILE A CONSOLIDATED LIST OF CREDITORS;
(B) GRANTING AUTHORITY TO FILE A CONSOLIDATED LIST OF
50 LARGEST UNSECURED CREDITORS; (C) APPROVING THE FORM AND
MANNER OF NOTIFYING CREDITORS OF THE COMMENCEMENT OF THESE
CHAPTER 11 CASES AND OTHER INFORMATION; AND (D) SETTING BAR DATES

(Docket No. 4)

Upon the Motion[2] filed by the above-referenced debtors and debtors in possession (collectively, the "*Debtors*") for entry of an order (the "*Order*"):  (a) authorizing the Debtors to file a consolidated creditor matrix and list of the 50 largest general unsecured creditors in lieu of submitting separate mailing matrices and creditor lists for each Debtor, (b) authorizing the Debtors to redact certain personal identification information for individual creditors, (c) approving the form and manner of notice of commencement of these chapter 11 cases and the scheduling of the meeting of creditors under section 341 of the Bankruptcy Code, and (d) setting bar dates for filing proofs of claim in these chapter 11 cases, all as more fully set forth in the

---

[1] The Debtors in these chapter 11 cases and last four digits of their respective federal tax identification numbers are: Anglo-Suisse Offshore Pipeline Partners, LLC (9562), Delaware EPL of Texas, LLC (9562), Energy Partners Ltd., LLC (9562), Energy XXI GOM, LLC (0027), Energy XXI Gulf Coast, Inc. (8595), Energy XXI Holdings, Inc. (1638), Energy XXI, Inc. (2108), Energy XXI Leasehold, LLC (8121), Energy XXI Ltd (9286), Energy XXI Natural Gas Holdings, Inc. (7517), Energy XXI Offshore Services, Inc. (4711), Energy XXI Onshore, LLC (0308), Energy XXI Pipeline, LLC (5863), Energy XXI Pipeline II, LLC (8238), Energy XXI Services, LLC (3999), Energy XXI Texas Onshore, LLC (0294), Energy XXI USA, Inc. (8552), EPL of Louisiana, L.L.C. (9562), EPL Oil & Gas, Inc. (9562), EPL Pioneer Houston, Inc. (9749), EPL Pipeline, L.L.C. (1048), M21K, LLC (3978), MS Onshore, LLC (8573), Natural Gas Acquisition Company I, LLC (0956), Nighthawk, L.L.C. (9562), and Soileau Catering, LLC (2767). The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is: 1021 Main Street, Suite 2626, Houston, Texas 77002.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning set forth in the Motion.

1

US 4078082

Motion; and the First Day Declaration; and the Court having jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors and their respective estates, creditors, and equity security holders; and the Court having found that proper and adequate notice of the Motion and hearing thereon has been given and that no other or further notice is necessary; and the Court having found that good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion, it is HEREBY ORDERED THAT:

1. The Motion is **GRANTED** to the extent set forth herein.

2. The Debtors are authorized to file a single consolidated Creditors Matrix for all of the Debtors' chapter 11 cases.

3. The Debtors are authorized to file a consolidated Top 50 List.

4. The Debtors are authorized to redact address information of individual creditors listed on the Creditor Matrix; *provided*, *however* that the Debtors shall provide an un-redacted version of the Creditor Matrix to the following parties upon request: (a) the Court, (b) the U.S. Trustee, (c) counsel to the ad hoc committee of Senior Lien Noteholders; and (d) and counsel to any official committee of unsecured creditors appointed in these chapter 11 cases.

5. The Debtors are authorized to serve the Notice of Commencement, substantially in the form attached as **Exhibit B** to the Motion, on all parties in interest in accordance with

US 4078082

Bankruptcy Rule 2002. Service of the Notice of Commencement shall be deemed adequate and sufficient notice of: (a) the commencement of the Debtors' chapter 11 cases and (b) the scheduling of the section 341 meeting of creditors.

6. The general bar date by which unsecured creditors shall file proofs of claim shall be fixed as __August 8__, 2016 at _5:00_ p.m. (Central Time).

7. The governmental bar date by which governmental entities holding claims against the Debtors must file proofs of claim shall be fixed as __October 11__, 2016 at _5:00_ p.m. (Central Time).

8. A proof of claim filed by mail, hand, or overnight delivery shall be deemed filed only when the proof of claim is actually received by the Noticing and Claims Agent at the applicable addresses listed in the Notice of Commencement.

9. The requirements of Bankruptcy Rule 6003 are satisfied.

10. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

11. This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Signed:  April 15, 2016.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

US 4078082