**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**JUDY A. ROBBINS**
**UNITED STATES TRUSTEE**
**HECTOR DURAN**
**TRIAL ATTORNEY**
**515 Rusk, Suite 3516**
**Houston, Texas  77002**
**Telephone:  (713) 718-4650 x 241**
**Fax:  (713) 718-4670**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| **ENERGY XXI LTD,** *et al.,* | § | **16-31928 (DRJ)** |
| | § | **(Chapter 11)** |
| | § | |
| DEBTORS | § | Jointly Administered |

**NOTICE OF APPOINTMENT OF**
**COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee for the Southern District of Texas, by and through the undersigned counsel, who pursuant to 11 U.S.C. § 1102(a) hereby appoints the following eligible creditors to the Committee of Unsecured Creditors in this case:

| Members | Counsel for Member |
|---|---|
| 1. Wilmington Trust, National Association, as Indenture Trustee<br>Attn: Steven M. Cimalore<br>1100 North Market Street<br>Wilmington, DE  19890<br>Tel. 302-636-6058<br> Fax 302-636-4143<br> E-Mail:   scimalore@wilmingtontrust.com | Kilpatrick Townsend & Stockton LLP<br>Attn:  Todd C. Meyers, Esq.<br>1100 Peachtree Street NE, Suite 2800<br>Atlanta, GA  30309<br>Tel. 404-815-6482<br>Fax 404-541-3307<br>E-Mail: tmeyers@kilpatricktownsend.com |

| | |
|---|---|
| 2. Axip Energy Services, LP<br>   Attn: Doug H. Edwards<br>   1301 McKinney, Suite 900<br>   Houston, TX  77010<br>   Tel. 832-294-6500<br>   Fax  832-294-6989<br>   E-Mail: dedwards@axip.com | Porter Hedges LLP<br>Eric English, Esq.<br>1000 Main Street, 36th Floor<br>Houston, TX  77002<br>Tel. 713-226-6612<br>Fax 713-226-6212<br>E-Mail:  eenglish@porterhedges.com |
| 3.  Fab-Con, Incorporated<br>   Attn:  Bobby J. Giles/Stacy Benandi<br>   P.O. Box 520<br>   Gonzales, TX  70707<br>   Tel. 504-905-6417<br>   Fax 225-644-4902<br>   E-Mail:  bjgiles@fab-con.net | |
| 4. Wellbore Fishing & Rental Tools, LLC<br>   Attn:  Anthony Bellina<br>   9868 E. Main Street<br>   Houma, LA  70363<br>   Tel. 985-879-4705<br>   Fax<br>   E-Mail:  tony@wfrtools.com | Heller Draper Patrick Horn & Dabney, LLC<br>Tristan Manthey, Esq.<br>650 Poydras Street, Suite 2500<br>New Orleans, LA  70130<br>Tel. 504-299-3314<br>Fax 504-299-3399<br>E-Mail:  tmanthey@hellerdraper.com |
| 5. B & J Martin, Inc.<br>   Attn:  Gail M. Martin<br>   18104 West Main Street<br>   Galliano, LA  70354<br>   Tel. 985-632-2727<br>   Fax 985-632-4481<br>   E-Mail:  april@bjmartininc.com | |

Date: April 26, 2016                           Respectfully Submitted,

                                               JUDY A. ROBBINS
                                               UNITED STATES TRUSTEE

                                        By:    /s/ Hector Duran
                                               Hector Duran
                                               Texas Bar No. 00783996/Fed. ID No. 15243
                                               515 Rusk, Suite 3516
                                               Houston, Texas  77002
                                               Telephone:  (713) 718-4650 x 241
                                               Fax:  (713) 718-4670
                                               E-Mail: hector.duran.jr@usdoj.gov

                                        2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on each member of the Committee of Unsecured Creditors and their counsel, and to the Debtors, Debtors' counsel, parties requesting notice, and the twenty largest unsecured creditors by United States Mail, first class, postage prepaid, or by ECF notification or BNC service, on the 26th day of April, 2016.

/s/ Hector Duran
Hector Duran