IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Case No. 16-31928 (DRJ) |
| ENERGY XXI LTD, et al., | § § | (Chapter 11) |
| | § § | Jointly Administered |
| Debtors. | § | |

## WITNESS AND EXHIBIT LIST

| Nature of Proceeding: Hearing on Motion *for Entry of an Order (A) Approving the Adequacy of the Supplement to the Debtors' Third Amended Disclosure Statement Setting Forth Modifications to the Debtors' Proposed Joint Chapter 11 Plan of Reorganization and the Continued Solicitation of the Plan and (B) Granting Related Relief* [Dkt. No. 1340] ("Motion") | Hearing Date: September 22, 2016 ("Hearing") |
|---|---|
| Party's Name: The Official Committee of Unsecured Creditors (the "Committee") of Energy XXI Ltd. and its affiliated debtors in possession | Hearing Time: 10:00 a.m. |
| Attorney's Name: Tristan Manthey | |
| Attorney's Phone: 504-299-3314 | |

## WITNESSES[1]

| 1. | Any witnesses listed by any other party |
|---|---|
| 2. | Any witness necessary to authenticate a document |
| 3. | Any witness necessary to rebut the evidence or testimony of any witness offered by any other party |

---

[1] The Committee reserves the right to (a) cross-examine witnesses put forth by other parties at the hearing, and (b) call additional witnesses to the extent they become known to the Committee between the submission of this Witness and Exhibit List and the hearing.

# EXHIBITS[2]

| Ex. # | Description[3] | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Reservation of Rights of the Official Committee of Unsecured Creditors With Respect to the Debtors' Emergency Motion for Entry of an Order (A) Approving the Adequacy of the Supplement to the Debtors' Third Amended Disclosure Statement Setting Forth Modifications to the Debtors' Proposed Joint Chapter 11 Plan of Reorganization and the Continued Solicitation of the Plan and (B) Granting Related Relief [Dkt. No.1360] | | | | |
| 2. | Any other objections to the Motion filed by any other party. | | | | |
| 3. | Any other exhibits identified by any other party. | | | | |

---

[2] The Committee reserves the right to seek to introduce additional exhibits to the extent they are produced, or otherwise become known, to the Committee between the submission of this Witness and Exhibit List and the hearing.

[3] All references to docket numbers are to entries to documents filed in Case No. 16-31928.

{00354527-2}

| Ex. # | Description[3] | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 4. | Any pleadings or other documents filed in these chapter 11 cases or any related cases | | | | |

The Committee reserves the right to supplement or amend this Witness and Exhibit List at any time prior to the Hearing.

**[SIGNATURES ON FOLLOWING PAGE]**

{00354527-2}

Dated:  September 21, 2016

**HELLER, DRAPER, PATRICK, HORN & DABNEY, L.L.C.**

*/s/ Tristan Manthey*
William H. Patrick III (*admitted pro hac vice*)
Tristan Manthey (TX 24042731)
Cherie Dessauer Nobles (*admitted pro hac vice*)
650 Poydras Street, Suite 2500
New Orleans, Louisiana  70130
Tel:  504-299-3345
Fax: 504-299-3399
Email:  wpatrick@hellerdraper.com
             tmanthey@hellerdraper.com
             cnobles@hellerdraper.com

**-and-**

**LATHAM & WATKINS LLP**

Mitchell A. Seider (TX 18000550)
Adam J. Goldberg (*admitted pro hac vice*)
Adam S. Ravin (*admitted pro hac vice*)
885 Third Avenue
New York, NY 10022-4834
Tel:     212-906-1200
Fax:    212-751-4864
Email: mitchell.seider@lw.com
            adam.goldberg@lw.com
            adam.ravin@lw.com

*Counsel for the Official Committee of Unsecured Creditors*

{00354527-2}

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 21, 2016, the foregoing was served on all parties entitled to service via the Court's Electronic Filing System, and by first class mail, postage prepaid, upon all parties on the Master Service List (as of 9/-8/2016), a copy of which is attached hereto.

                                           */s/ Tristan Manthey*
                                           Tristan Manthey

ADAMS AND REESE LLP
(COUNSEL TO REGIONS BANK)
ATTN: JOHN M. DUCK
701 POYDRAS STREET, SUITE 4500
NEW ORLEANS, LA 70139

ADAMS AND REESE LLP
(COUNSEL TO REGIONS BANK)
ATTN: JAMES R. AUSTIN
CHASE NORTH TOWER
450 LAUREL STREET, SUITE 1900
BATON ROUGE, LA 70801

ADAMS AND REESE LLP
(COUNSEL TO C & D PRODUCTION SPECIALIST CO., INC.)
ATTN: ROBIN B. CHEATHAM
ONE SHELL SQUARE
701 POYDRAS STREET, SUITE 4500
NEW ORLEANS, LA 70139

ADRIATIC MARINE, L.L.C.
C/O LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
ATTN: STEWART F. PECK
601 POYDRAS STREET, SUITE 2775
NEW ORLEANS, LA 70130

ADRIATIC MARINE, L.L.C.
C/O LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
ATTN: BENJAMIN W. KADDEN
601 POYDRAS STREET, SUITE 2775
NEW ORLEANS, LA 70130

ALLEN & GOOCH, A LAW CORPORATION
(COUNSEL TO T. BAKER SMITH, LLC)
ATTN: CADE EVANS
2000 KALISTE SALOOM ROAD, SUITE 400
LAFAYETTE, LA 70508

ALLEN & GOOCH, A LAW CORPORATION
(COUNSEL TO MOORES PUMP & SERVICES, INC., FIRE & SAFETY SPECIALIST,INC., WHITCO PUMP & EQUIPMENT)
ATTN: CADE EVANS
2000 KALISTE SALOOM ROAD, SUITE 400
LAFAYETTE, LA 70508

ANDERSON LEHRMAN BARRE & MARAIST, LLP
(COUNSEL TO ARCHROCK PARTNERS OPERATING, L.L.C & ARCHROCK SERVICES, L.P.)
ATTN: KEVIN M. MARAIST
GASLIGHT SQUARE
1001 THIRD STREET, SUITE 1
CORPUS CHRISTI, TX 78404

ANDREWS KURTH LLP
(COUNSEL TO THE SPECIAL COMMITTEE OF THE BOARD OF ENERGY XXI GULF COAST, INC.)
ATTN: ROBIN RUSSELL, ASHLEY GARGOUR
600 TRAVIS, SUITE 4200
HOUSTON, TX 77002

ANDREWS MYERS, P.C.
(COUNSEL TO SUBSURFACE CONSULTANTS & ASSOCIATES)
ATTN: LISA M. NORMAN
3900 ESSEX LANE, SUITE 800
HOUSTON, TX 77027-5198

| | |
|---|---|
| ASCENSION CAPITAL GROUP<br>ATTN: BMW FINANCIAL SERVICES NA, LLC DEPARTMENT<br>ACCOUNT: XXXXX5533<br>P.O. BOX 201347<br>ARLINGTON, TX 76006 | B & J MARTIN, INC.<br>ATTN: GAIL M. MARTIN<br>18104 WEST MAIN STREET<br>GALLIANO, LA 70354 |
| BRACEWELL LLP<br>(COUNSEL TO ENI PETROLEUM US LLC)<br>ATTN: WILLIAM A. WOOD, III<br>711 LOUISIANA STREET, SUITE 2300<br>HOUSTON, TX 77002 | BUREAU OF OCEAN ENERGY MANAGEMENT (BOEM)<br>GULF OF MEXICO OCS REGION<br>1201 ELMWOOD PARK BLVD<br>NEW ORLEANS, LA 70123-2394 |
| BUREAU OF OCEAN ENERGY MANAGEMENT (BOEM)<br>OFFICE OF PUBLIC AFFAIRS<br>1849 C STREET, NW<br>WASHINGTON, DC 20240 | BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT<br>GULF OF MEXICO OCS REGION<br>1201 ELMWOOD PARK BLVD.<br>NEW ORLEANS, LA 70123-2394 |
| BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT<br>1849 C STREET, NW<br>WASHINGTON, DC 20240 | CHANNEL VIEW INDEPENDENT SCHOOL DISTRICT<br>SHELDON INDEPENDENT SCHOOL DISTRICT<br>CROSBY INDEPENDENT SCHOOL DISTRICT<br>C/O OWEN M. SONIK<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.<br>1235 NORTH LOOP WEST, SUITE 600<br>HOUSTON, TX 77008 |
| COLE SCHOTZ P.C.<br>(COUNSEL TO WILMINGTON TRUST, N.A. AS INDENTURE TRUSTEE)<br>ATTN: MICHAEL D. WARNER, ESQ.<br>301 COMMERCE STREET, SUITE 1700<br>FORT WORTH, TX 76102 | DAIMLER TRUST<br>C/O BK SERVICING, LLC<br>P.O. BOX 131265<br>ROSEVILLE, MN 55113-0011 |

DELAWARE TRUST COMPANY
AS SUCCESSOR INDENTURE TRUSTEE
ATTN: SANDRA E. HORWITZ
2711 CENTERVILLE ROAD
WILMINGTON, DE 19808

DIAMOND MCCARTHY LLP
(COUNSEL TO ISLAND OPERATING COMPANY, INC.)
ATTN: KYUNG S. LEE, WILLIAM HOTZE
909 FANNIN STREET, 15TH FLOOR
TWO HOUSTON CENTER
HOUSTON, TX 77010

DORE LAW GROUP, P.C.
(COUNSEL TO WOOD GROUP PSN, INC.)
ATTN: CARL DORE, JR.
17171 PARK ROW, SUITE 160
HOUSTON, TX 77084

DORE LAW GROUP, P.C.
(COUNSEL TO WOOD GROUP PSN, INC.)
ATTN: KIM LEWINSKI
17171 PARK ROW, SUITE 160
HOUSTON, TX 77084

DORE LAW GROUP, P.C.
(COUNSEL TO WOOD GROUP PSN, INC.)
ATTN: ZACHARY S. MCKAY
17171 PARK ROW, SUITE 160
HOUSTON, TX 77084

DUVAL, FUNDERBURK, STUNDBERY, RICHARD & WATKINS
(COUNSEL TO R. & R. BOATS INC.)
ATTN: STANWOOD R. DUVAL
101 WILSON AVENUE (70364)
P.O. BOX 3017
HOUMA, LA 70361

DUVAL, FUNDWEBUNK, SUNDBERY, RICHARD & WATKINS
(COUNSEL TO GULFSTREAM SERVICES, INC.)
ATTN: STANWOOD R. DUVAL
101 WILSON AVENUE (70364)
P.O. BOX 3017
HOUMA, LA 70361

FAB-COM, INCORPORATED
ATTN: BOBBY J. GILES, STACY BENANDI
P.O. BOX 520
GONZALES, LA 70707

FIELDWOOD ENERGY LLC
ATTN: ROBERT J. SERGESKETTER
2000 W. SAM HOUSTON PKWY S, SUITE 1200
HOUSTON, TX 77042

GARDERE WYNNE SEWELL LLP
(COUNSEL TO QUAILS TOOLS, L.P.)
ATTN: MICHAEL S. HAYNES, MATTHEW J. PYEATT
1601 ELM STREET, SUITE 3000
DALLAS, TX 75201

| | |
|---|---|
| GARDERE WYNNE SEWELL LLP<br>(COUNSEL TO WEATHERFORD INTERNATIONAL, INC.)<br>ATTN: MICHAEL S. HAYNES, MATTHEW J. PYEATT<br>1601 ELM STREET, SUITE 3000<br>DALLAS, TX 75201 | GREENBERG TRAURIG, LLP<br>(COUNSEL TO OCEANEERING INTERNATIONAL, INC.)<br>ATTN: SAHRI L. HEYEN, DAVID R. EASTLAKE<br>1000 LOUISIANA STREET, SUITE 1700<br>HOUSTON, TX 77002 |
| H. KENT AGUILLARD<br>(COUNSEL TO INDUSTRIAL & OILFIELD SERVICES, INC.)<br>P.O. BOX 391<br>EUNICE, LA 70535 | HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, PC<br>(COUNSEL TO TRANSCONTINENTAL GAS PIPE LINE COMPANY LL, DISCOVERY GAS TRANSMISSION, LLC AND DISCOVERY PRODUCER SERVICES, LLC)<br>ATTN: STEVEN W. SOULE, ESQ., JOHN T. RICHER, ESQ.<br>320 SOUTH BOSTON AVENUE, SUITE 200<br>TULSA, OK 74103-3706 |
| HAYNES AND BOONE, LLP<br>(COUNSEL TO EXXON MOBIL CORPORATION)<br>ATTN: KELLI S. NORFLEET<br>1221 MCKINNEY STREET, SUITE 2100<br>HOUSTON, TX 77010 | HAYNES AND BOONE, LLP<br>(COUNSEL TO EXXON MOBIL CORPORATION)<br>ATTN: CHARLES A BECKHAM, JR.<br>1221 MCKINNEY STREET, SUITE 2100<br>HOUSTON, TX 77010 |
| HELLER, DRAPER, PATRICK, HORN & DABNEY, L.L.C.<br>(COUNSEL TO THE UNSECURED CREDITORS COMMITTEE)<br>ATTN: TRISTAN MANTHEY<br>650 POYDRAS STREET, SUITE 2500<br>NEW ORLEANS, LA 70130 | HELLER, DRAPER, PATRICK, HORN & DABNEY, L.L.C.<br>(COUNSEL TO THE UNSECURED CREDITORS COMMITTEE)<br>ATTN: CHERIE DESSAUER NOBLES<br>650 POYDRAS STREET, SUITE 2500<br>NEW ORLEANS, LA 70130 |
| HELLER, DRAPER, PATRICK, HORN & DABNEY, L.L.C.<br>(COUNSEL TO THE UNSECURED CREDITORS COMMITTEE)<br>ATTN: WILLIAM H. PATRICK, III<br>650 POYDRAS STREET, SUITE 2500<br>NEW ORLEANS, LA 70130 | HOOVER SLOVACEK LLP<br>(COUNSEL TO OFFICIAL COMMITEE OF EQUITY HOLDERS)<br>ATTN: EDWARD L. ROTHBERG<br>GALLERIA TOWER II<br>5051 WESTHEIMER, SUITE 1200<br>HOUSTON, TX 77056 |

HOOVER SLOVACEK LLP
(COUNSEL TO OFFICIAL COMMITTEE OF EQUITY HOLDERS)
ATTN: DEIDRE CAREY BROWN
GALLERIA TOWER II
5051 WESTHEMER, SUITE 1200
HOUSTON, TX 77056

INTERNAL REVENUE SERVICE
ATTN: CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICE
ATTN: CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST.
PHILADELPHIA, PA 19104-5016

INTERNAL REVENUE SERVICE
ATTN: RICHARD A. KINCHELOE
UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF TEXAS
600 E. HARRISON, SUITE 201
BROWNSVILLE, TX 78520-5106

J. SCOTT DOUGLASS
ATTORNEY AT LAW
1811 BERING DRIVE, SUITE 420
HOUSTON, TX 77057

JACKSON WALKER L.L.P.
(COUNSEL TO CAPITAL ONE, N.A.)
ATTN: BRUCE J. RUZINSKY
1401 MCKINNEY, SUITE 1900
HOUSTON, TX 77010

JACKSON WALKER L.L.P.
(COUNSEL TO CAPITAL ONE, N.A.)
ATTN: LISA A. POWELL
1401 MCKINNEY, SUITE 1900
HOUSTON, TX 77010

JOHN A. MOUTON, III
(COUNSEL TO CARDINAL COIL TUBING, LLC,
VESCO RENTAL & PRESSURE CONTROL, LLC AND
CARDINAL SLICKLINE, LLC)
P.O. BOX 82438
LAFAYETTE, LA 70598

JOHNSON DELUCA KURISKY & GOULD, P.C.
(COUNSEL TO ENERGY XXI GOM, LLC, W & T OFFSHORE,
VI, LLC AND EN VEN ENERGY VENTURES, LLC)
ATTN: BRADLEY L. DELUCA
4 HOUSTON CENTER
1221 LAMAR, SUITE 1000
HOUSTON, TX 77010

JONES WALKER LLP
(COUNSEL TO GULF ISLAND, LLC)
ATTN: MARK A. MINTZ
201 ST. CHARLES AVENUE, SUITE 5100
NEW ORLEANS, LA 70170-5100

| | |
|---|---|
| KILMER CROSBY & WALKER PLLC<br>(COUNSEL TO FIELDWOOD ENERGY LLC, FIELDWOOD ENERGY OFFSHORE LLC)<br>ATTN: BRIAN A. KILMER<br>5100 WESTHEIMER, 2ND FLOOR<br>HOUSTON, TX 77056 | KILPATRICK TONWSEND & STOCKTON LLP<br>(COUNSEL TO WILMINGTON TRUST, NA)<br>ATTN: TODD C. MEYERS, ESQ.<br>PAUL M. ROSENBLATT, ESQ.<br>1100 PEACHTREE STREET NE, SUITE 2800<br>ATLANTA, GA 30309-4530 |
| KILPATRICK TOWNSEND & STOCKTON LLP<br>(COUNSEL TO WILMINGTON TRUST, NA)<br>ATTN: GIANFRANCO FINIZIO, ESQ.<br>THE GRACE BUILDING<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-7703 | KING, KREBS & JURGENS, P.L.L.C.<br>(COUNSEL TO PHI, INC.)<br>ATTN: HENRY A. KING<br>201 ST. CHARLES AVENUE, 45TH FLOOR<br>NEW ORLEANS, LA 70170 |
| KING, KREBS & JURGENS, P.L.L.C.<br>(COUNSEL TO PHI, INC.)<br>ATTN: JEFFREY M. BURMASTER<br>201 ST. CHARLES AVENUE, 45TH FLOOR<br>NEW ORLEANS, LA 70170 | LAMM & SMITH, P.C.<br>(COUNSEL TO ECOSERV, LLC)<br>ATTN: SCOTT T. CITEK<br>3730 KIRBY DRIVE, SUITE 650<br>HOUSTON, TX 77098 |
| LANGLEY LLP<br>(COUNSEL TO ASPEN AMERICAN INSURANCE COMPANY)<br>ATTN: GINA D. SHEARER<br>1301 SOLANA BLVD.<br>BUILDING 1, SUITE 1545<br>WESTLAKE, TX 76262 | LANGLEY LLP<br>(COUNSEL TO CHUBB GROUP OF INSURANCE COMPANIES)<br>ATTN: GINA D. SHEARER<br>1301 SOLANA BLVD.<br>BUILDING 1, SUITE 1545<br>WESTLAKE, TX 76262 |
| LANGLEY LLP<br>(COUNSEL TO LIBERTY MUTUAL INSURANCE COMPANY)<br>ATTN: GINA D. SHEARER<br>1301 SOLANA BLVD.<br>BUILDING 1, SUITE 1545<br>WESTLAKE, TX 76262 | LATHAM & WATKINS LLP<br>(COUNSEL TO THE UNSECURED CREDITORS COMMITTEE)<br>ATTN: ADAM S. RAVIN<br>885 THIRD AVENUE<br>NEW YORK, NY 10022 |

| | |
|---|---|
| LATHAM & WATKINS LLP<br>(COUNSEL TO THE UNSECURED CREDITORS COMMITTEE)<br>ATTN: JUSTIN A. LEVY<br>885 THIRD AVENUE<br>NEW YORK, NY 10022 | LATHAM & WATKINS LLP<br>(COUNSEL TO THE UNSECURED CREDITORS COMMITTEE)<br>ATTN: HEATHER A. WALLER<br>330 NORTH WABASH AVENUE, SUITE 2800<br>CHICAGO, IL 60611 |
| LATHAM & WATKINS LLP<br>(COUNSEL TO THE UNSECURED CREDITORS COMMITTEE)<br>ATTN: DEREK J. LINKOUS<br>330 NORTH WABASH AVENUE, SUITE 2800<br>CHICAGO, IL 60611 | LAW OFFICE OF PATRICIA WILLIAMS PREWITT<br>(COUNSEL TO VENICE ENERGY SERVICES, TENNESSEE GAS PIPELINE COMPANY, LLC)<br>ATTN: PATRICIA WILLIAMS PREWITT<br>10953 VISTA LAKE COURT<br>NAVASOTA, TX 77868 |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT<br>(COUNSEL TO EP ENERGY E&P COMPANY, LP)<br>ATTN: PATRICIA WILLIAMS PREWITT<br>10953 VISTA LAKE COURT<br>NAVASOTA, TX 77868 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>(COUNSEL TO HARRIS COUNTY, CYPRESS-FAIRBANKS ISD)<br>P.O. BOX 3064<br>HOUSTON, TX 77253-3064 |
| LISKOW & LEWIS<br>(COUNSEL TO TGS-NOPEC GEOPHYSICAL COMPANY)<br>ATTN: MICHAEL D. RUBENSTEIN<br>1001 FANNIN STREET, SUITE 1800<br>HOUSTON, TX 77002 | LOCKE LORD LLP<br>(SPECIAL COUNSEL TO THE DEBTORS)<br>ATTN: STEVEN W. GOLDEN<br>600 TRAVIS STREET, SUITE 2800<br>HOUSTON, TX 77002 |
| LOCKE LORD LLP<br>(SPECIAL COUNSEL TO THE DEBTORS)<br>ATTN: PHILIP G. EISENBERG<br>600 TRAVIS STREET, SUITE 2800<br>HOUSTON, TX 77002 | LOOPER GOODWINE, PC<br>(COUNSEL TO ENVEN ENERGY VENTURES, LLC)<br>ATTN: PAUL J. GOODWINE<br>650 POYDRAS STREET, SUITE 2400<br>NEW ORLEANS, LA 70130 |

| | |
|---|---|
| LUTHER DICKIE ABEL - ATTORNEY<br>(COUNSEL TO INA BLACK - A SHAREHOLDER)<br>408 SOUTH 4TH STREET<br>GADSDEN, AL 35901 | M & J VALVE SERVICES, INC.<br>ATTN: MICHAEL F. MILEY, GENERAL COUNSEL<br>110 GILL DRIVE<br>LAFAYETTE, LA 70507 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP<br>(COUNSEL TO AD HOC COMMITTEE OF 2ND LIEN NOTEHOLD)<br>ATTN: DENNIS F. DUNNE, SAMUEL A. KHALIL<br>28 LIBERTY STREET<br>NEW YORK, NY 10005-1413 | MILBANK, TWEED, HADLEY & MCCLOY LLP<br>ATTN: SAMUEL A. KHALIL<br>ATTN: MATTHEW BROD<br>28 LIBERTY STREET<br>NEW YORK, NY 10005-1413 |
| MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO<br>(COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB<br>AS SUCCESSOR INDENTURE TRUSTEE)<br>ATTN: PAUL J. RICOTTA, ESQ.<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111 | MONTGOMERY BARNETT, L.L.P.<br>(COUNSEL TO FUGRO CHANCE, INC.)<br>ATTN: STEPHEN L. WILLIAMSON, MICHAEL E. LANDIS<br>3300 ENERGY CENTRE<br>1100 POYDRAS STREET<br>NEW ORLEANS, LA 70163 |
| NIXON PEABODY LLP<br>(COUNSEL TO CALIFORNIA PUBLIC EMPLOYEES'<br>RETIREMENT SYSTEM)<br>ATTN: LOUIS J. CISZ, III, ESQ.<br>ONE EMBARCADERO CENTER, 18TH FLOOR<br>SAN FRANCISCO, CA 94111 | NIXON PEABODY LLP<br>(COUNSEL TO CALIFORNIA PUBLIC EMPLOYEES'<br>RETIREMENT SYSTEM)<br>ATTN: DANIEL M. DEATON<br>300 S. GRAND AVENUE, SUITE 4100<br>LOS ANGELES, CA 90071-3151 |
| NORTON ROSE FULBRIGHT US LLP<br>(COUNSEL TO AD HOC COMMITTEE OF 2ND LIEN NOTEHOLD)<br>ATTN: LOUIS R. STRUBECK<br>2200 ROSS AVENUE, SUITE 3600<br>DALLAS, TX 75201 | NORTON ROSE FULBRIGHT US LLP<br>(COUNSEL TO AD HOC COMMITTEE OF 2ND LIEN NOTEHOLD)<br>ATTN: WILLIAM R. GREENDYKE, JASON L. BOLAND,<br>1301 MCKINNEY STREET, SUITE 5100<br>HOUSTON, TX 77010-3095 |

| | |
|---|---|
| NORTON ROSE FULBRIGHT US LLP<br>(COUNSEL TO AD HOC COMMITTEE OF 2ND LIEN NOTEHOLD)<br>ATTN: BOB B. BRUNER<br>1301 MCKINNEY STREET, SUITE 5100<br>HOUSTON, TX 77010-3095 | OFFICE OF NATURAL RESOURCE REVENUE<br>15109 HEATHROW FOREST PKWY STE 200<br>HOUSTON, TX 77032-3887 |
| OFFICE OF NATURAL RESOURCE REVENUE<br>1849 C STREET NW, MAIL STOP 4211<br>WASHINGTON, DC 20240 | OFFICE OF THE UNITED STATES TRUSTEE<br>515 RUSK STREET, SUITE 3516<br>HOUSTON, TX 77002 |
| ONEBANE LAW FIRM<br>(COUNSEL TO FLOW PETROLEUM SERVICES, INC.)<br>ATTN: CRAIG A. RYAN<br>1200 CAMELLIA BOULEVARD, SUITE 300<br>P.O. BOX 3507<br>LAFAYETTE, LA 70502-3507 | PHELPS DUNBAR LLP<br>(COUNSEL TO BARRY GRAHAM OIL SERVICE LLC)<br>ATTN: MICHAEL E. STREICH<br>500 DALLAS STREET, SUITE 1300<br>HOUSTON, TX 77002 |
| PHELPS DUNBAR LLP<br>(COUNSEL TO BARRY GRAHAM OIL SERVICE LLC)<br>ATTN: EVANS MARTIN MCLEOD & DAVID I. CLAY, II<br>365 CANAL STREET, SUITE 2000<br>NEW ORLEANS, LA 70130-6534 | PORTER HEDGES LLP<br>(COUNSEL TO AXIP ENERGY SERVICES, LP)<br>ATTN: ERIC ENGLISH, ESQ.<br>1000 MAIN STREET, 36TH FLOOR<br>HOUSTON, TX 77002 |
| PORTER HEDGES LLP<br>(COUNSEL TO EPL SPECIAL COMMITTEE)<br>ATTN: JOHN F. HIGGINS, AARON J. POWER<br>1000 MAIN STREET, 36TH FLOOR<br>HOUSTON, TX 77002 | PROSPERITY BANK N.A.<br>C/O ADAM R. SWONKE<br>WELLS & CUELLAR, P.C.<br>440 LOUISIANA, SUITE 718<br>HOUSTON, TX 77002 |

| | |
|---|---|
| QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.<br>(COUNSEL TO RLI INSURANCE COMPANY)<br>ATTN: TIMOTHY A. YORK<br>2001 BRYAN STREET, SUITE 1800<br>DALLAS, TX 75201 | RCP INC.<br>ATTN: MATTHEW G. WYLIE<br>GENERAL COUNSEL<br>801 LOUSIANA STREET, SUITE 200<br>HOUSTON, TX 77002 |
| REICH, ALBUM & PLUNKET, L.L.C.<br>(COUNSEL TO BORDELON MARINE, INC.)<br>ATTN: ROBERT S. REICH, ESQ.<br>3850 NORTH CAUSEWAY BOULEVARD<br>LAKEWAY CENTER II, SUITE 1000<br>METAIRIE, LA 70002 | REICH, ALBUM & PLUNKETT, L.L.C.<br>(COUNSEL TO OFFSHORE LIFTBOATS, L.L.C.)<br>ATTN: ROBERT S. REICH, ESQ.<br>3850 NORTH CAUSEWAY BOULEVARD<br>LAKEWAY CENTER II, SUITE 1000<br>METAIRIE, LA 70002 |
| REICH, ALBUM & PLUNKETT, L.L.C.<br>(COUNSEL TO OFFSHORE LIFTBOATS, L.L.C.)<br>ATTN: LAWRENCE R. PLUNKETT, JR., ESQ.<br>3850 NORTH CAUSEWAY BOULEVARD<br>LAKEWAY CENTER II, SUITE 1000<br>METAIRIE, LA 70002 | REICH, ALBUM & PLUNKETT, L.L.C.<br>(COUNSEL TO BORDELON MARINE, INC.)<br>ATTN: LAWRENCE R. PLUNKETT, JR., ESQ.<br>3850 NORTH CAUSEWAY BOULEVARD<br>LAKEWAY CENTER II, SUITE 1000<br>METAIRIE, LA 70002 |
| RIDDLE WILLIAM P.S.<br>(COUNSEL TO MICROSOFT CORPORATION AND MICROSOFT LEASING, GP)<br>ATTN: MARIA A. MILANO<br>1001 FOURTH AVENUE, SUITE 4500<br>SEATTLE, WA 98154 | RIVER RENTAL TOOLS, INC.<br>C/O PIVACH, PIVACH, HUFFT, THRIFFILEY & DUNBAR LLC<br>ATTN: TIMOTHY THRIFFILEY, ESQ.<br>8311 HIGHWAY 23, SUITE 104<br>BELLE CHASSE, LA 70037 |
| ROPES & GRAY LLP<br>(COUNSEL TO DELAWARE TRUST COMPANY AS SUCCESSOR INDENRURE TRUSTEE)<br>ATTN: MARK R. SOMERSTEIN, ESQ.<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | RUSH, RUSH & CALOGERO<br>(COUNSEL TO DIAMOND OIL FIELD SUPPLY, INC.)<br>ATTN: CHARLES M. RUSH<br>202 MAGNATE DRIVE<br>LAFAYETTE, LA 70508 |

| | |
|---|---|
| S. MAYER LAW PLLC<br>(COUNSEL TO STONE ENERGY)<br>P.O. BOX 6542<br>HOUSTON, TX 77265 | SATTERLEE STEPHENS BURKE & BURKE LLP<br>(COUNSEL TO MOODY'S ANALYTICS, INC.)<br>ATTN: CHIRSTOPHER R. BELMONTE, ESQ.<br>PAMELA A. BOSSWICK, ESQ.<br>230 PARK AVENUE<br>NEW YORK, NY 10169 |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE<br>ATTN: BANKRUPTCY DEPT<br>BROOKFIELD PLACE<br>200 VESEY STREET STE. 400<br>NEW YORK, NY 10281-1022 | SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE<br>ATTN: BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD. STE. 520<br>PHILADELPHIA, PA 19103 |
| SNOW SPENCE GREEN LLP<br>(COUNSEL TO SNOW SPENCE GREEN LLP & WESTERNGECO, LLC)<br>ATTN: PHIL F. SNOW<br>2929 ALLEN PARKWAY, SUITE 2800<br>HOUSTON, TX 77019 | STATE OF TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>ATTN: JAY W. HURST<br>ASSISTANT ATTORNEY GENERAL<br>OFFICE OF THE TEXAS ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION MC 008<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 |
| STEWART ROBBINS & BROWN, LLC<br>(COUNSEL TO ADVANCE FIRE & SAFETY, LLC)<br>ATTN: BRANDDON A. BROWN, RYAN J. RICHMOND<br>620 FLORIDA STREET, SUITE 100<br>BATON ROUGE, LA 70801 | STRASBURGER & PRICE, L.L.P.<br>(COUNSEL TO HANOVER INSURANCE COMPANY)<br>ATTN: ROBERT P. FRANKE, DUNCAN L. CLORE<br>901 MAIN STREET, SUITE 4400<br>DALLAS, TX 75202-3794 |
| STRASBURGER & PRICE, L.L.P.<br>(COUNSEL TO HANOVER INSURANCE COMPANY)<br>ATTN: CHRISTOPHER R. WARD<br>2801 NETWORK BOULEVARD, SUITE 600<br>FRISCO, TX 75034 | STRASBURGER & PRICE, LLP<br>(COUNSEL TO SEITEL DATA, LTD.)<br>ATTN: DUANE J. BRESCIA<br>720 BRAZOS, SUITE 700<br>AUSTIN, TX 78701 |

| | |
|---|---|
| STRASBURGER & PRICE, LLP<br>(COUNSEL TO SEITEL DATA, LTD.)<br>ATTN: ANDREW EDSON<br>901 MAIN STREET, SUITE 4400<br>DALLAS, TX 75201-3794 | SUPERIOR ENERGY SERVICES, INC.<br>OBO WARRIOR ENERGY SERVICES CORPORATION AND<br>SUPERIOR ENERGY SERVICES L.L.C.<br>ATTN: JEAN PAUL P. OVERTON - ASST. GENERAL COUNSEL<br>1001 LOUISIANA STREET, SUITE 2900<br>HOUSTON, TX 77002 |
| SUPERIOR ENERGY SERVICES, INC.<br>OBO OF WARRIOR ENERGY SERVICES CORPORATION<br>ATTN: JEAN PAUL P. OVERTON - ASST. GENERAL COUNSEL<br>1001 LOUISIANA STREET, SUITE 2900<br>HOUSTON, TX 77002 | SUPERIOR PROCESSING SERVICES CORPORATION<br>C/O ADAM R. SWONKE<br>WELLS & CUELLAR, P.C.<br>440 LOUISIANA, SUITE 718<br>HOUSTON, TX 77002 |
| TGS-NOPEC GEOPHYSICAL COMPANY<br>ATTN: LEGAL DEPARTMENT<br>10451 CLAY ROAD<br>HOUSTON, TX 77041 | THE MOELLER FIRM LLC<br>(COUNSEL TO AL COAST, LLC)<br>ATTN: MATTHEW A. MOELLER<br>650 POYDRAS STREET, SUITE 1207<br>NEW ORLEANS, LA 70130 |
| THOMPSON & KNIGHT LLP<br>(COUNSEL TO NEXEN PETROLEUM OFFSHORE USA INC. AND<br>NEXEN PETROLEUM U.S.A. INC.)<br>ATTN: DAVID M. BENNETT<br>1722 ROUTH STREET, SUITE 1500<br>DALLAS, TX 75201 | THOMPSON & KNIGHT LLP<br>(COUNSEL TO NEXEN PETROLEUM OFFSHORE USA INC. AND<br>NEXEN PETROLEUM U.S.A. INC.)<br>ATTN: DEMETRA L. LIGGINS<br>333 CLAY STREET, SUITE 3300<br>HOUSTON, TX 77002 |
| U.S. BANK, N.A.<br>5555 SAN FELIPE STREET, SUITE 1150<br>HOUSTON, TX 77056 | U.S. BANK, N.A.<br>5555 SAN FELIPE STREET, SUITE 1150<br>HOUSTON, TX 77056 |

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISION<br>BANKRUPTCY DEPARTMENT<br>OFFICE OF INVESTOR EDUCATION AND ASSISTANCE<br>100 F ST NE<br>WASHINGTON, DC 20549 | U.S. SECURITIES AND EXCHANGE COMMISSION<br>ATTN: SONIA CHAE<br>175 WEST JACKSON BLVD., SUITE 900<br>CHICAGO, IL 60604 |
| UNITED STATES DEPARTMENT OF THE INTERIOR<br>DEPARTMENT OF JUSTICE<br>COMMERCIAL LITIGATION BRANCH, CIVIL DIVISION<br>ATTN: BENJAMIN C. MIZER<br>PRINCIPAL DEPUTY ASSISTANT ATTORNEY GENERAL<br>1100 L STREET, NW<br>WASHINGTON, DC 20530 | VINSON & ELKINS LLP<br>(COUNSEL TO THE DEBTORS)<br>C/O EPIQ BANKRUPTCY SOLUTIONS LLC<br>777 THIRD AVENUE, 12TH FLOOR<br>NEW YORK, NY 10017 |
| VORYS, SATER, SEYMOUR AND PEASE LLP<br>(COUNSEL TO NATIONAL OILWELL VARCO, L.P.)<br>ATTN: THOMAS H. GRACE<br>700 LOUISIANA STREET, SUITE 4100<br>HOUSTON, TX 77002 | VORYS, SATER, SEYMOUR AND PEASE LLP<br>(COUNSEL TO DNOW, L.P. D/B/A DISTRIBUTION NOW)<br>ATTN: THOMAS H. GRACE<br>700 LOUISIANA STREET, SUITE 4100<br>HOUSTON, TX 77002 |
| WALKER WILCOX MATOUSEK, LLP<br>(COUNSEL FOR DOLPHIN ENERGY EQUIPMENT, LLC)<br>ATTN: CHARLES B. WALTHER<br>1001 MCKINNEY, SUITE 2000<br>HOUSTON, TX 77002 | WALKER WILCOX MATOUSEK, LLP<br>(COUNSEL FOR DOLPHIN ENERGY EQUIPMENT, LLC)<br>ATTN: TONY L. DRAPER<br>1001 MCKINNEY, SUITE 2000<br>HOUSTON, TX 77002 |
| WALLER LANSDEN DORTCH & DAVIS, LLP<br>(COUNSEL TO U.S. BANK NATIONAL ASSOCIATION)<br>ATTN: DAVID E. LEMKE, TYLER N. LAYNE<br>511 UNION STREET, SUITE 2700<br>NASHVILLE, TN 37219 | WALLER LANSDEN DORTCH & DAVIS, LLP<br>(COUNSEL TO U.S. BANK NATIONAL ASSOCIATION)<br>ATTN: MORRIS D. WEISS<br>100 CONGRESS AVENUE, SUITE 1800<br>AUSTIN, TX 78701 |

WEINSTEIN RADCLIFF PIPKIN LLP
(COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE CO.)
ATTN: GREGORY M. WEINSTEIN
8350 N. CENTRAL EXPRESS WAY, SUITE 1550
DALLAS, TX 75206

WELLBORE FISHING & RENTAL TOOLS, LLC
ATTN: ANTHONY BELLINA
9868 E. MAIN STREET
HOUMA, LA 70363

WELLS FARGO BANK, N.A.
ATTENTION: BETSY JOCHER
1000 LOUISIANA STREET, 9TH FLOOR
MAC T0002-090
HOUSTON, TX 77002

WELLS FARGO BANK, N.A.
WILLKIE FARR & GALLAGHER LLP
ATTN: ANA M. ALFONSO, ESQ.
787 SEVENTH AVENUE
NEW YORK, NY 10019

WELLS FARGO BANK, N.A.
WILLKIE FARR & GALLAGHER LLP
ATTN: JENNIFER J. HARDY, ESQ.
600 TRAVIS ST., SUITE 2310
HOUSTON, TX 77002

WESTERNGECO
(COUNSEL TO SNOW SPENCE GREEN LLP & WESTERN GECO, LLC)
ATTN: K. RACHELLE GOLDMAN
10001 RICHMOND AVE
HOUSTON, TX 77042

WHITE & CASE LLP
(COUNSEL TO THE AD HOC GROUP OF EGC NOTEHOLDERS)
ATTN: THOMAS E. LAURIA
SOUTHEAST FINANCIAL CENTER
200 SOUTH BISCAYNE BOULEVARD, SUITE 4900
MIAMI, FL 33131-2532

WHITE & CASE LLP
(COUNSEL TO THE AD HOC GROUP OF EGC NOTEHOLDERS)
ATTN: J. CHRISTOPHER SHORE, GREGORY M. STARNER, HARRISON L. DENMAN, ANDREW ZATZ
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787

WILLKIE FARR & GALLAGHER LLP
(COUNSEL TO WELLS FARGO BANK NA AS 1ST LIEN ADMIN)
ATTN: JENNIFER J. HARDY
600 TRAVIS STREET, SUITE 2310
HOUSTON, TX 77002

WILMER CUTLER PICKERING HALE AND DORR LLP
(COUNSEL TO AD HOC GROUP OF 8.25% SENIOR NOTEHOLD AND SUCCESSOR INDENTURED TRUSTEE UNDER 2/14/2011)
ATTN: DENNIS L. JENKINS, BENJAMIN W. LOVELAND
60 STATE STREET
BOSTON, MA 02109

| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP<br>(COUNSEL TO DELAWARE TRUST CORPORATION AS<br>SUCCESSOR TRUSTREE UNDER INDENTURED DATE 2/14/11)<br>ATTN: PHILIP D. ANKER, ANDREW GLANTZ<br>7 WORLD TRADE CENTER<br>250 GREENWICH STREET<br>NEW YORK, NY 10007 | WILMINGTON SAVINGS FUND SOCIETY, FSB<br>AS SUCCESSOR INDENTURE TRUSTEE<br>ATTN: PATRICK HEALY<br>500 DELAWARE AVENUE, 11TH FLOOR<br>WILMINGTON, DE 19801 |
| WILMINGTON TRUST, N.A.<br>15950 N. DALLAS PARKWAY, SUITE 550<br>DALLAS, TX 75248 | WILMINGTON TRUST, N.A.<br>15950 N. DALLAS PARKWAY, SUITE 550<br>DALLAS, TX 75248 |
| WILMINGTON TRUST, N.A.<br>15950 N. DALLAS PARKWAY, SUITE 550<br>DALLAS, TX 75248 | WILMINGTON TRUST, N.A.<br>15950 N. DALLAS PARKWAY, SUITE 550<br>DALLAS, TX 75248 |
| WILMINGTON TRUST, N.A.<br>15950 N. DALLAS PARKWAY, SUITE 550<br>DALLAS, TX 75248 | |