IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ENERGY XXI LTD., et al, | § | CASE NO. 16-31928 |
| | § | (Chapter 11) |
| | § | |
| DEBTOR. | § | Jointly Administered |
| | § | Judge David R. Jones |

### OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS' EMERGENCY MOTION TO COMPEL DOCUMENT PRODUCTION FROM BDO USA, LLP

**IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING, SPECIFICALLY ANSWERING EACH PARAGRAPH OF THIS PLEADING. UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**IF YOU OBJECT TO THE REQUESTED RELIEF, A RESPONSE SHOULD BE FILED IMMEDIATELY. THE MOTION WILL BE SET FOR A HEARING ON OCTOBER 18, 2016 AT 9:00 A.M.**

**TO THE HONORABLE DAVID JONES,
UNITED STATES CHIEF BANKRUPTCY JUDGE**

COMES NOW the Official Committee of Equity Security Holders, ("Equity Committee") and respectfully files this Motion to Compel Production of Documents from BDO USA LLP ("Motion to Compel").

In support of the Motion to Compel, the Equity Committee respectfully states as follows:

**Factual Background**

1. On September 26, 2016, the Equity Committee served a subpoena duces tecum on BDO USA LLP with a copy of the order related to the discovery in this matter found at Document No. 861. *See,* **Exhibit A.**

2. BDO responded objecting to the discovery and claiming an accountant-client privilege under the Texas Occupations Code Section 901.457 which prevents production without the Debtors' agreement. *See,* **Exhibit B.**

3. Counsel for the Equity Committee and BDO have conferred and have not been able, as of this date, to reach an agreement on the production of the records. The Equity Committee has not received a response to its proposal to limit an initial review of documents to an electronic search subject to specific search terms prior to the filing of this motion.

4. The Equity Committee will continue to work with BDO on trying to reach an agreement, but files this motion now so that parties have notice prior to the October 18, 2016 hearing. A status conference which includes discovery issues is scheduled for October 18, 2016.

5. BDO was the auditor for Energy XXI and is retained as an estate professional as its auditor to audit the consolidated financial statements including operations, stockholders' equity (deficit) and cash flows. *See,* Doc. No. 404 generally and 404, p. 15. In the application to employ BDO, the Debtors acknowledged that BDO was retained to provide Energy XXI with: an Integrated Audit of Consolidated Financial Statements and Internal Control Over Financial Report of the Company; quarterly reviews; services associated with SEC reporting; performing an Employee Benefit Plan Audit; and, services related to bankruptcy accounting matters. *See*, Doc. No. 237, p 5-6.

6.	Energy XXI has retained BDO as its certifying accountant since December 1, 2014 as reported in its Form 8k dated December 1, 2014.

7.	The Equity Committee and creditors have identified inconsistencies in the financial records, testimony and pleadings filed by the Debtors, including but not limited to the repurchased bonds, employee stock purchase plan, intercompany claims, asset values, reporting of reserves, number of shareholders, etc. which all relate to the potential objections to the confirmation of the proposed Plan.

8.	The BDO documents are also highly relevant for the factual investigation necessary in determining what claims may exist against various parties which the Debtors propose to release in the Plan given the inconsistencies in other discovery productions which has been identified, including but not limited to: i) any potential shareholder derivative claims; ii) whether the repurchased bonds were deemed cancelled or extinguished by the Debtors; iii) whether the handling of the ESPP gives rise to claims which the Debtors propose to release; iv) whether the Disclosure Statement and Plan are consistent with the financial records provided to BDO; v) whether there were any accounting irregularities which would give rise to claims; etc.

**Law and Argument**

9.	There is no accountant-client privilege that allows for withholding the production of the records.  As Judge Pitman of the United States District Court for the Western District of Texas recently opined:

> In Texas, accountant-client communications are confidential, but not privileged. See *In re Patel*, 218 S.W.3d 911, 920 n.6 (Tex. App.—Corpus Christi 2007, no pet.). Moreover, even if [BDO] were correct in its reading of Texas law, this is a federal question case and, accordingly, federal privilege law governs. See *Doe v. City of San Antonio*, 2014 U.S. Dist. LEXIS 161434, 2014 WL 6390890, at *1. There is no federal accountant-client privilege. e.*g., Couch v. U.S.,* 409 U.S. 322, 335, 93 S. Ct. 611, 34 L. Ed. 2d 548 (1973); *DAC Surgical Partners P.A. v. United Healthcare Servs., Inc*., No. 4:11-CV-1355, 2014 U.S. Dist. LEXIS 18768, 2014 WL 585750, at *4 (S.D. Tex. Feb. 14, 2014).

*Cantu v. TitleMax, Inc.,* 2015 U.S. Dist. LEXIS 139406, *15 (W.D. Tex. Oct. 9, 2015).

10. Rule 501 of the Federal Rules of Evidence provides that federal common law governs privileges in cases where federal law supplies the rule of decision, while state privilege law governs in civil cases involving "a claim or defense for which state law supplies the rule of decision." Fed.R.Evid. 501.

11. While the court may look to state law for guidance in applying the requirements of Section 1129, the confirmation of the Plan is a core Bankruptcy matter and governed by federal law. Accordingly, federal law on privileges applies to the discovery propounded on BDO.

## **PRAYER**

The Equity Committee requests that the Court grant the Motion to Compel and require BDO to produce the requested records by no later than October 21, 2016 and further prays for such other relief as may be fair and equitable or appropriate.

DATED:   October 16, 2016

Respectfully submitted,

HOOVER SLOVACEK LLP

By: */s/ Deirdre Carey Brown*
EDWARD L. ROTHBERG
State Bar No. 17313990
Email: rothberg@hooverslovacek.com
Deirdre Carey Brown
State Bar No. 24049116
Email: brown@hooverslovacek.com
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: 713.977.8686
Facsimile: 713.977.5395

**ATTORNEYS FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2016, a true and correct copy of the foregoing Equity Committee's Motion to Compel was served by the Court's ECF notification system to the parties listed below at the email addresses listed below and a copy was emailed to BDO's counsel Eli Burris at eli.burris@dlapiper.com

Charles A Beckham, Jr on behalf of Interested Party AlixPartners, LLP
beckhamc@haynesboone.com, kenneth.rusinko@haynesboone.com

Bradley Benoit on behalf of Witness HSIN-CHI aka NOBU SU SU
brad.benoit@bgllp.com, ana.falcon@bgllp.com

Robert Andrew Black on behalf of Interested Party Vantage Drilling Company, Inc.
andrew.black@nortonrosefulbright.com

Jason Lee Boland on behalf of Interested Party Vantage Drilling Company, Inc.
jason.boland@nortonrosefulbright.com

Deirdre Carey Brown on behalf of Interested Party F3 Capital
brown@hooverslovacek.com,
rodriguez@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankruptcy1@hooverslovacek.com

Deirdre Carey Brown on behalf of Interested Party Hsin-Chi Su
brown@hooverslovacek.com,
rodriguez@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankruptcy1@hooverslovacek.com

Deirdre Carey Brown on behalf of Plaintiff Hsin Chi Su
brown@hooverslovacek.com,
rodriguez@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankruptcy1@hooverslovacek.com

Deirdre Carey Brown on behalf of Witness HSIN-CHI aka NOBU SU SU
brown@hooverslovacek.com,
rodriguez@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankruptcy1@hooverslovacek.com

Robert Bernard Bruner on behalf of Interested Party Vantage Drilling Company, Inc.
bob.bruner@nortonrosefulbright.com

James S Carr on behalf of Attorney Co-Counsel for the Official Committee of Unsecured Creditors of TMT USA Shipmanagement LLC, et al.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S Carr on behalf of Creditor Offical Committee of Unsecured Creditors of TMT USA Shipmanagement LLC, et al.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S Carr on behalf of Creditor Committee Official Committee of Unsecured Creditors of TMT Procurement Corporation, et al.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S Carr on behalf of Plaintiff Official Committee of Unsecured Creditors of TMT Procurement Corporation, et al.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Annie E Catmull on behalf of Interested Party Hsin-Chi Su
catmull@hooverslovacek.com,
bankruptcy1@hooverslovacek.com,catmull.hs@gmail.com,ray@hooverslovacek.com

Annie E Catmull on behalf of Plaintiff Hsin Chi Su
catmull@hooverslovacek.com,
bankruptcy1@hooverslovacek.com,catmull.hs@gmail.com,ray@hooverslovacek.com

Annie E Catmull on behalf of Witness HSIN-CHI aka NOBU SU SU
catmull@hooverslovacek.com,
bankruptcy1@hooverslovacek.com,catmull.hs@gmail.com,ray@hooverslovacek.com

George Michael Chalos on behalf of Interested Party H. Clarkson & Co. Ltd.
bsparkman@chaloslaw.com

Jason Gary Cohen on behalf of Debtor A Duckling Corporation
jason.cohen@bracewelllaw.com, Meghan.olsen@bracewelllaw.com

Jason Gary Cohen on behalf of Debtor A Handy Corporation
jason.cohen@bracewelllaw.com, Meghan.olsen@bracewelllaw.com

Jason Gary Cohen on behalf of Debtor A Ladybug Corporation
jason.cohen@bracewelllaw.com, Meghan.olsen@bracewelllaw.com

Jason Gary Cohen on behalf of Debtor A Whale Corporation
jason.cohen@bracewelllaw.com, Meghan.olsen@bracewelllaw.com

Jason Gary Cohen on behalf of Debtor B Handy Corporation
jason.cohen@bracewelllaw.com, Meghan.olsen@bracewelllaw.com

Jason Gary Cohen on behalf of Debtor B Max Corporation
jason.cohen@bracewelllaw.com, Meghan.olsen@bracewelllaw.com

Jason Gary Cohen on behalf of Debtor B Whale Corporation
jason.cohen@bracewelllaw.com, Meghan.olsen@bracewelllaw.com

Jason Gary Cohen on behalf of Debtor C Handy Corporation
jason.cohen@bracewelllaw.com, Meghan.olsen@bracewelllaw.com

Jason Gary Cohen on behalf of Debtor C Ladybug Corporation
jason.cohen@bracewelllaw.com, Meghan.olsen@bracewelllaw.com

Jason Gary Cohen on behalf of Debtor C Whale Corporation
jason.cohen@bracewelllaw.com, Meghan.olsen@bracewelllaw.com

Jason Gary Cohen on behalf of Debtor D Ladybug Corporation
jason.cohen@bracewelllaw.com, Meghan.olsen@bracewelllaw.com

Jason Gary Cohen on behalf of Debtor D Whale Corporation
jason.cohen@bracewelllaw.com, Meghan.olsen@bracewelllaw.com

Jason Gary Cohen on behalf of Debtor E Whale Corporation
jason.cohen@bracewelllaw.com, Meghan.olsen@bracewelllaw.com

Jason Gary Cohen on behalf of Debtor G Whale Corporation
jason.cohen@bracewelllaw.com, Meghan.olsen@bracewelllaw.com

Jason Gary Cohen on behalf of Debtor Great Elephant Corporation

jason.cohen@bracewelllaw.com, Meghan.olsen@bracewelllaw.com

Jason Gary Cohen on behalf of Debtor H Whale Corporation
jason.cohen@bracewelllaw.com, Meghan.olsen@bracewelllaw.com

Jason Gary Cohen on behalf of Debtor New Flagship Investment Co Ltd
jason.cohen@bracewelllaw.com, Meghan.olsen@bracewelllaw.com

Jason Gary Cohen on behalf of Debtor RoRo Line Corporation
jason.cohen@bracewelllaw.com, Meghan.olsen@bracewelllaw.com

Jason Gary Cohen on behalf of Debtor TMT Procurement Corporation
jason.cohen@bracewelllaw.com, Meghan.olsen@bracewelllaw.com

Jason Gary Cohen on behalf of Debtor Ugly Duckling Holding Corporation
jason.cohen@bracewelllaw.com, Meghan.olsen@bracewelllaw.com

Jason Gary Cohen on behalf of Defendant F Elephant, Inc.
jason.cohen@bracewelllaw.com, Meghan.olsen@bracewelllaw.com

Jason Gary Cohen on behalf of Plaintiff B Max Corporation
jason.cohen@bracewelllaw.com, Meghan.olsen@bracewelllaw.com

Jason Gary Cohen on behalf of Plaintiff B Whale Corporation
jason.cohen@bracewelllaw.com, Meghan.olsen@bracewelllaw.com

Jason Gary Cohen on behalf of Plaintiff C Handy Corporation
jason.cohen@bracewelllaw.com, Meghan.olsen@bracewelllaw.com

Eli Omar Columbus on behalf of Creditor Cathay United Bank
eli.columbus@haynesboone.com, kim.morzak@haynesboone.com

Eli Omar Columbus on behalf of Creditor First Commercial Bank Co., Ltd.
eli.columbus@haynesboone.com, kim.morzak@haynesboone.com

Eli Omar Columbus on behalf of Creditor Mega International Commercial Bank Co., Ltd.
eli.columbus@haynesboone.com, kim.morzak@haynesboone.com

Eli Omar Columbus on behalf of Creditor Shanghai Commercial & Savings Bank
eli.columbus@haynesboone.com, kim.morzak@haynesboone.com

Sean B Davis on behalf of Creditor First Commercial Bank Co., Ltd.
sbdavis@winstead.com, jhebert@winstead.com

Jennifer DeMarco on behalf of Creditor Hyundai Heavy Industries Co., Ltd.
jennifer.demarco@cliffordchance.com, adam.lesman@cliffordchance.com

Jennifer DeMarco on behalf of Interested Party Hyundai Mipo Dockyard Co., Ltd.
jennifer.demarco@cliffordchance.com, adam.lesman@cliffordchance.com

Jennifer DeMarco on behalf of Interested Party Hyundai Samho Heavy Industries Co., Ltd.
jennifer.demarco@cliffordchance.com, adam.lesman@cliffordchance.com

William A Durham on behalf of Creditor Lakatamia Shipping Company, Ltd.
durham@easthamlaw.com

Andrew Ehrlich on behalf of Creditor OCM Formosa
aehrlich@paulweiss.com,
emccolm@paulweiss.com;glaufer@paulweiss.com;abeaux@paulweiss.com;menakaplan@paulweiss.com;mrudnick@paulweiss.com;mnadler@paulweiss.com

Andrew Ehrlich on behalf of Creditor Oaktree Capital Management LP
aehrlich@paulweiss.com,
emccolm@paulweiss.com;glaufer@paulweiss.com;abeaux@paulweiss.com;menakaplan@paulweiss.com;mrudnick@paulweiss.com;mnadler@paulweiss.com

Anacarolina Estaba on behalf of Creditor Deutsche Bank AG, London Branch
aestaba@gardere.com

Anacarolina Estaba on behalf of Creditor Shanghai Commercial & Savings Bank
aestaba@gardere.com

Anacarolina Estaba on behalf of Debtor A Handy Corporation
aestaba@gardere.com

Anacarolina Estaba on behalf of Debtor B Handy Corporation
aestaba@gardere.com

Anacarolina Estaba on behalf of Defendant Shanghai Commercial & Savings Bank
aestaba@gardere.com

Matthew T Ferris on behalf of Creditor First Commercial Bank Co., Ltd.
matt.ferris@haynesboone.com, kim.morzak@haynesboone.com

Evan D Flaschen on behalf of Debtor TMT Procurement Corporation
evan.flaschen@bracewelllaw.com, meghan.olsen@bracewelllaw.com

Evan D Flaschen on behalf of Plaintiff B Max Corporation
evan.flaschen@bracewelllaw.com, meghan.olsen@bracewelllaw.com

Evan D Flaschen on behalf of Plaintiff C Handy Corporation
evan.flaschen@bracewelllaw.com, meghan.olsen@bracewelllaw.com

Evan R Fleck on behalf of Interested Party CVI CVF II Lux Master Sarl
,
mprice@milbank.com;bkinney@milbank.com;araval@milbank.com;dcohen2@milbank.com;jburke@milbank.com;mbrod@milbank.com;badams@milbank.com;skhalil@milbank.com;ldoyle@milbank.com;jbrewster@milbank.com;NAlmeida&#

William R Greendyke on behalf of Interested Party Vantage Drilling Company, Inc.
william.greendyke@nortonrosefulbright.com

Elizabeth M Guffy
eguffy@lockelord.com

Elizabeth M Guffy on behalf of Examiner Elizabeth M Guffy
eguffy@lockelord.com, eguffy@ecf.epiqsystems.com

Carrie V. Hardman on behalf of Interested Party Macquarie Bank Limited
chardman@winston.com, dcunsolo@winston.com

Paul E. Harner on behalf of Interested Party Latham & Watkins LLP
paul.harner@lw.com

John F Higgins, IV on behalf of Creditor MRMBS II LLC
jhiggins@porterhedges.com, ksteverson@porterhedges.com;emoreland@porterhedges.com

Weiting Hsu on behalf of Creditor First Commercial Bank Co., Ltd.
whsu@winstead.com, hsuweiting@alumni.utexas.net

Patrick L Hughes on behalf of Financial Advisor AlixPartners, LLP
hughesp@haynesboone.com

Patrick L Hughes on behalf of Interested Party AlixPartners, LLP
hughesp@haynesboone.com

Charles Stephen Kelley on behalf of Attorney Mayer Brown LLP
ckelley@mayerbrown.com, sswihart@mayerbrown.com;houstondocket@mayerbrown.com

Charles Stephen Kelley on behalf of Creditor Bank Sinopac
ckelley@mayerbrown.com, sswihart@mayerbrown.com;houstondocket@mayerbrown.com

Charles Stephen Kelley on behalf of Creditor Cathay United Bank
ckelley@mayerbrown.com, sswihart@mayerbrown.com;houstondocket@mayerbrown.com

Charles Stephen Kelley on behalf of Creditor Deutsche Bank AG, London Branch
ckelley@mayerbrown.com, sswihart@mayerbrown.com;houstondocket@mayerbrown.com

Charles Stephen Kelley on behalf of Creditor First Commercial Bank Co., Ltd.
ckelley@mayerbrown.com, sswihart@mayerbrown.com;houstondocket@mayerbrown.com

Charles Stephen Kelley on behalf of Creditor SC Lowy Primary Investments, Ltd.
ckelley@mayerbrown.com, sswihart@mayerbrown.com;houstondocket@mayerbrown.com

Charles Stephen Kelley on behalf of Creditor Shanghai Commercial & Savings Bank
ckelley@mayerbrown.com, sswihart@mayerbrown.com;houstondocket@mayerbrown.com

Charles Stephen Kelley on behalf of Creditor Wilmington Trust, National Association
ckelley@mayerbrown.com, sswihart@mayerbrown.com;houstondocket@mayerbrown.com

Charles Stephen Kelley on behalf of Defendant Mega International Commercial Bank Co., Ltd
ckelley@mayerbrown.com, sswihart@mayerbrown.com;houstondocket@mayerbrown.com

Marcy E Kurtz on behalf of Debtor TMT Procurement Corporation
marcy.kurtz@bracewelllaw.com

Marcy E Kurtz on behalf of Plaintiff C Whale Corporation
marcy.kurtz@bracewelllaw.com

Christine A March on behalf of U.S. Trustee US Trustee
christine.a.march@usdoj.gov

Peter A McLauchlan on behalf of Creditor Shanghai Commercial & Savings Bank
pmclauchlan@gardere.com, rwells@gardere.com;aestaba@gardere.com

John P Melko on behalf of Creditor Cathay United Bank
jmelko@gardere.com, koliver@gardere.com;bfriedrich@gardere.com;ggattis@gardere.com

John P Melko on behalf of Creditor First Commercial Bank Co., Ltd.
jmelko@gardere.com, koliver@gardere.com;bfriedrich@gardere.com;ggattis@gardere.com

John P Melko on behalf of Creditor Mega International Commercial Bank Co., Ltd.
jmelko@gardere.com, koliver@gardere.com;bfriedrich@gardere.com;ggattis@gardere.com

John P Melko on behalf of Creditor Shanghai Commercial & Savings Bank
jmelko@gardere.com, koliver@gardere.com;bfriedrich@gardere.com;ggattis@gardere.com

John P Melko on behalf of Debtor TMT Procurement Corporation
jmelko@gardere.com, koliver@gardere.com;bfriedrich@gardere.com;ggattis@gardere.com

John E Mitchell on behalf of Creditor Bank Sinopac
john.mitchell@akerman.com

John E Mitchell on behalf of Creditor Cathay United Bank

john.mitchell@akerman.com

John E Mitchell on behalf of Defendant Cathay United Bank
john.mitchell@akerman.com

Michael L. Nadler on behalf of Creditor Oaktree Capital Management LP
mnadler@paulweiss.com

David William Parham on behalf of Creditor Bank Sinopac
david.parham@akerman.com

David William Parham on behalf of Creditor Cathay United Bank
david.parham@akerman.com

David William Parham on behalf of Creditor Cortland Capital Market Services LLC
david.parham@akerman.com

David William Parham on behalf of Creditor First Commercial Bank Co., Ltd.
david.parham@akerman.com

David William Parham on behalf of Creditor Mega International Commercial Bank Co., Ltd.
david.parham@akerman.com

David William Parham on behalf of Creditor Shanghai Commercial & Savings Bank
david.parham@akerman.com

David William Parham on behalf of Defendant Bank Sinopac
david.parham@akerman.com

David William Parham on behalf of Defendant Cathay United Bank
david.parham@akerman.com

David William Parham on behalf of Transferee BANK OF AMERICA, N.A.
david.parham@akerman.com

Alfredo R Perez on behalf of Creditor BHP Billiton Marketing AG
alfredo.perez@weil.com, chris.lopez@weil.com;brenda.funk@weil.com;rene.olvera@weil.com

Michael Kevin Riordan on behalf of Creditor Deutsche Bank AG, London Branch
mriordan@gardere.com, koliver@gardere.com

Michael Kevin Riordan on behalf of Creditor Shanghai Commercial & Savings Bank
mriordan@gardere.com, koliver@gardere.com

Edward L Rothberg on behalf of Interested Party F3 Capital
rothberg@hooverslovacek.com,

ELRbankruptcy@gmail.com,ray@hooverslovacek.com;hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Interested Party Hsin-Chi Su
rothberg@hooverslovacek.com,
ELRbankruptcy@gmail.com,ray@hooverslovacek.com;hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Witness HSIN-CHI aka NOBU SU SU
rothberg@hooverslovacek.com,
ELRbankruptcy@gmail.com,ray@hooverslovacek.com;hsllpbankruptcy@gmail.com

Carey D Schreiber on behalf of Creditor Cortland Capital Market Services LLC
cschreiber@winston.com, chardman@winston.com;dcunsolo@winston.com

Carey D Schreiber on behalf of Interested Party Macquarie Bank Limited
cschreiber@winston.com, chardman@winston.com;dcunsolo@winston.com

Brendetta Anthony Scott on behalf of Interested Party F3 Capital
scott@hooverslovacek.com,
welborn@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Brendetta Anthony Scott on behalf of Interested Party Hsin-Chi Su
scott@hooverslovacek.com,
welborn@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com

Rosa A. Shirley on behalf of Creditor Bank Sinopac
rosa.shirley@bakermckenzie.com, julia.rogic@bakermckenzie.com

Rosa A. Shirley on behalf of Creditor Cathay United Bank
rosa.shirley@bakermckenzie.com, julia.rogic@bakermckenzie.com

Rosa A. Shirley on behalf of Creditor Cortland Capital Market Services LLC
rosa.shirley@bakermckenzie.com, julia.rogic@bakermckenzie.com

Rosa A. Shirley on behalf of Creditor Deutsche Bank AG, London Branch
rosa.shirley@bakermckenzie.com, julia.rogic@bakermckenzie.com

Clinton R. Snow on behalf of Creditor Shanghai Commercial & Savings Bank
csnow@gardere.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

David R Walker on behalf of Creditor The Shipping Corporation of India
david.walker@roystonlaw.com, robin.gilpin@roystonlaw.com

Kevin Patrick Walters on behalf of Creditor COSCO Manning Cooperation, Inc.

kevin.walters@roystonlaw.com, sylvia.cooper@roystonlaw.com

Greg Michael Wilkes on behalf of Creditor MRMBS II LLC
greg.wilkes@nortonrosefulbright.com

Eric R Wilson on behalf of Attorney Kelley Drye & Warren LLP
BankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Craig A Wolfe on behalf of Attorney Co-Counsel for the Official Committee of Unsecured Creditors of TMT USA Shipmanagement LLC, et al.
kdwbankruptcydepartment@kelleydrye.com

Craig A Wolfe on behalf of Creditor Offical Committee of Unsecured Creditors of TMT USA Shipmanagement LLC, et al.
kdwbankruptcydepartment@kelleydrye.com

Craig A Wolfe on behalf of Creditor Committee Official Committee of Unsecured Creditors of TMT Procurement Corporation, et al.
kdwbankruptcydepartment@kelleydrye.com

William Alfred Wood, III on behalf of Debtor A Duckling Corporation
Trey.Wood@bracewelllaw.com

William Alfred Wood, III on behalf of Debtor A Handy Corporation
Trey.Wood@bracewelllaw.com

William Alfred Wood, III on behalf of Debtor A Ladybug Corporation
Trey.Wood@bracewelllaw.com

William Alfred Wood, III on behalf of Debtor A Whale Corporation
Trey.Wood@bracewelllaw.com

William Alfred Wood, III on behalf of Debtor B Handy Corporation
Trey.Wood@bracewelllaw.com

William Alfred Wood, III on behalf of Debtor B Max Corporation
Trey.Wood@bracewelllaw.com

William Alfred Wood, III on behalf of Debtor B Whale Corporation
Trey.Wood@bracewelllaw.com

William Alfred Wood, III on behalf of Debtor C Handy Corporation
Trey.Wood@bracewelllaw.com

William Alfred Wood, III on behalf of Debtor C Ladybug Corporation
Trey.Wood@bracewelllaw.com

William Alfred Wood, III on behalf of Debtor C Whale Corporation
Trey.Wood@bracewelllaw.com

William Alfred Wood, III on behalf of Debtor D Ladybug Corporation
Trey.Wood@bracewelllaw.com

William Alfred Wood, III on behalf of Debtor D Whale Corporation
Trey.Wood@bracewelllaw.com

William Alfred Wood, III on behalf of Debtor E Whale Corporation
Trey.Wood@bracewelllaw.com

William Alfred Wood, III on behalf of Debtor F Elephant Inc.
Trey.Wood@bracewelllaw.com

William Alfred Wood, III on behalf of Debtor G Whale Corporation
Trey.Wood@bracewelllaw.com

William Alfred Wood, III on behalf of Debtor Great Elephant Corporation
Trey.Wood@bracewelllaw.com

William Alfred Wood, III on behalf of Debtor H Whale Corporation
Trey.Wood@bracewelllaw.com

William Alfred Wood, III on behalf of Debtor New Flagship Investment Co Ltd
Trey.Wood@bracewelllaw.com

William Alfred Wood, III on behalf of Debtor RoRo Line Corporation
Trey.Wood@bracewelllaw.com

William Alfred Wood, III on behalf of Debtor TMT Procurement Corporation
Trey.Wood@bracewelllaw.com

William Alfred Wood, III on behalf of Debtor Ugly Duckling Holding Corporation
Trey.Wood@bracewelllaw.com

William Alfred Wood, III on behalf of Defendant F Elephant, Inc.
Trey.Wood@bracewelllaw.com

William Alfred Wood, III on behalf of Plaintiff A Duckling Corporation
Trey.Wood@bracewelllaw.com

William Alfred Wood, III on behalf of Plaintiff B Handy Corporation
Trey.Wood@bracewelllaw.com

William Alfred Wood, III on behalf of Plaintiff C Handy Corporation
Trey.Wood@bracewelllaw.com

William Alfred Wood, III on behalf of Plaintiff C Ladybug Corporation
Trey.Wood@bracewelllaw.com

William Alfred Wood, III on behalf of Plaintiff C Whale Corporation
Trey.Wood@bracewelllaw.com

William Alfred Wood, III on behalf of Plaintiff E Whale Corporation
Trey.Wood@bracewelllaw.com

William Alfred Wood, III on behalf of Plaintiff F Elephant Corporation
Trey.Wood@bracewelllaw.com

William Alfred Wood, III on behalf of Plaintiff F Elephant Inc.
Trey.Wood@bracewelllaw.com

Mark Allan Worden on behalf of Interested Party Vantage Drilling Company, Inc.
mworden@fulbright.com

> By: *Deirdre Carey Brown*
> DEIRDRE CAREY BROWN