## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **ENERGY XXI LTD,** *et al.*, | § | **CASE NO.  16-31928** |
| **DEBTOR** | § | |
| | § | **(Chapter 11)** |
| | § | |
| | § | **(Jointly Administered)** |

## RESPONSE TO DEBTORS' LETTER REGARDING PROPOSED ORDERS

The Official Committee of Equity Security Holders (the "Equity Committee"), by and through their undersigned counsel, responds as follows to the Debtors' Letter (Doc. No. 1661).

1.  On November 17, 2016, the Debtors informed the Equity Committee that they planned to file the Scheduling Order on the morning of November 18, 2016. As such, the Equity Committee filed the Notice at Doc. No. 1658 ("Notice of Proposed Scheduling Order").

2. The Equity Committee filed the Notice of Proposed Scheduling Order with the redlined version of the Order addressing concerns of the MIP and compensation of officers and directors. All that has been disclosed is that Mr. Schiller would be entitled to $2 million if his proposed employment contract was terminated, even if that termination is the day after confirmation.  No other contracts with insiders or management were disclosed, nor was their compensation or who would be named as management set forth in the Disclosure Statement or the supplements thereto. The understanding that such terms would be disclosed by November 23, 2016.

3. The Equity Committee also did not agree to a deadline for all parties for the filing of trial related briefs. The Debtors expanded a provision in the prior proposed order

which required the Debtor to file a trial brief by a certain date to broaden it to make it applicable to all parties which would include reply briefs. Parties in interest would not have notice of such change from the hearing held on November 14, 2016. There could be numerous briefs filed against the Equity Committee's interest on such date. The Equity Committee should have an opportunity to reply to those briefs.

4. It is notable that the Plan contemplates paying the legal fees of the plan support parties who all oppose the Equity Committee to the tune of tens of millions in legal fees, even paying the legal fees of unsecured creditors of over $20 million and that is in addition to the fees paid for the professionals of the Official Committee of Unsecured Creditors. The Equity Committee's counsel's legal fees are objected to every month and will have to be resolved by the fee application process. This means the Debtors have an army of professionals supporting the plan who could provide briefing.

5. The Debtors effort to limit the briefing of all parties to the deadline they wanted to impose for their own brief is inequitable to the Equity Committee which should have an opportunity to reply.

6. As to the Disclosure Statement issues, the Court stated as follows regarding the Supplement to the Disclosure Statement: "Since it was filed today, and I didn't have an opportunity to read it until I took a break, is I don't mind going ahead and approving it by agreement with the understanding that it is – what I'd like to do is just give it conditional approval and then just take it up at the beginning of confirmation. If anyone else, you know, gets it today and has a problem with it, wants to raise an issue, I simply – I think that's appropriate. Do you have  a problem proceeding that way?" Hrg. Tr. 11/14/2016 50:21 – 51:5. Debtors' counsel responds "…I'm fine with

that approach, your honor." *Id.* at 51:6-8. The Court states "Ms. Brown,it actually gives you all the way to confirmation essentially to continue to deal with these issues. Do you have any issue with doing it as a conditional approval by agreement subject to raising objections at confirmation, if you think they still exist." *Id.* at 51:9-14. Equity Committee indicates no concern also. *Id.* at 51:15. A copy of the Transcript for November 14, 2016 is attached as **Exhibit A**.

7.  Also, a redline version of the proposed order for the supplemental disclosure statement which was sent by the Equity Committee to Debtors' counsel with redlines and a clean version of the order accepting the Equity Committee's edits is also attached. See,  **Exhibit B**. This proposed Order was sent by the Debtors to Equity Committee's counsel asking for agreement with the knowledge that the overall Scheduling Order has not been agreed upon. As such, the Equity Committee suggested not including the deadlines in the Order as the Scheduling Order should control.  The Equity Committee received no response to its email forwarding Exhibit B other than the filing at Doc. No. 1661.

8.  Conditional approval means that there would be a final hearing on the matter by definition. As shown above and by the Transcript, the Debtors agreed to conditional approval and now are trying to change the agreement.

9.  The Debtors' position is also contrary to the common accepted procedure of using conditional approval in the Southern District of Texas to help expedite a case. It is also counter to the Court's expressed concern for all making sure other parties have an opportunity to review the supplement to the Disclosure Statement given it was filed the day of the hearing where approval was requested.

10. This is a case the Debtors wanted expedited, whereas the Equity Committee has argued more time is needed.  Now, the Debtors want to change what was presented November 14, 2016. In doing so, the Debtors selectively cite to an incomplete section of the transcript. The Debtors now want final approval of a matter which the Court only conditionally approved where parties relied upon such position.

11. Since the November 14, 2016 hearing, the Equity Committee provided the Debtors a Louisiana World Demand on various issues not set forth in the Disclosure Statement or any supplements thereto.

12. Further, the Equity Committee is moving forward with interviewing plaintiff counsel for securities related litigation given the inability to work out a consensual plan with all parties.  The anticipation is to have the counsel assist with the class claim related issues which will arise at confirmation or sooner. Of course, this is premised on the ability of the Equity Committee being able to secure contingency fee counsel. Such counsel, if retained, may also have concerns related to the supplement.

DATED: November 19, 2016

Respectfully submitted,

HOOVER SLOVACEK LLP

*/s/ Deirdre Carey Brown*
By:_____
EDWARD L. ROTHBERG
State Bar No. 17313990
DEIRDRE CAREY BROWN
State Bar No. 24049116
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: 713.977.8686
Facsimile:  713.977.5395
ATTORNEYS FOR THE
OFFICIAL COMMITTEE OF EQUITY
SECURITY HOLDERS

## CERTIFICATE OF SERVICE

     I hereby certify that on November 19, 2016, a true and correct copy of the attached response to Debtors' letter Doc. No. 1661 was served via ECF to the parties and emails listed below.

**16-31928 -rfn11 Notice will be electronically mailed to:**

H Kent Aguillard on behalf of Creditor Aggreko, Inc.
kaguillard@yhalaw.com, gneumeyer@yhalaw.com

H Kent Aguillard on behalf of Creditor Bristow U.S. LLC
kaguillard@yhalaw.com, gneumeyer@yhalaw.com

H Kent Aguillard on behalf of Creditor Flow Service & Consulting LLC
kaguillard@yhalaw.com, gneumeyer@yhalaw.com

H Kent Aguillard on behalf of Creditor Industrial & Oilfield Services, Inc.
kaguillard@yhalaw.com, gneumeyer@yhalaw.com

H Kent Aguillard on behalf of Creditor Wet Tech Energy, Inc.
kaguillard@yhalaw.com, gneumeyer@yhalaw.com

H Kent Aguillard on behalf of Creditor Dale Lindsey, Jr.
kaguillard@yhalaw.com, gneumeyer@yhalaw.com

H Kent Aguillard on behalf of Creditor Harvis Johnson, Jr.
kaguillard@yhalaw.com, gneumeyer@yhalaw.com

H Kent Aguillard on behalf of Creditor Jami M. Becnel
kaguillard@yhalaw.com, gneumeyer@yhalaw.com

H Kent Aguillard on behalf of Creditor Marci L. Becnel
kaguillard@yhalaw.com, gneumeyer@yhalaw.com

H Kent Aguillard on behalf of Creditor Marvin Peter LeBlanc, Jr.
kaguillard@yhalaw.com, gneumeyer@yhalaw.com

H Kent Aguillard on behalf of Creditor Nichalos Miller
kaguillard@yhalaw.com, gneumeyer@yhalaw.com

H Kent Aguillard on behalf of Creditor Patrick R. Becnel, Jr.

kaguillard@yhalaw.com, gneumeyer@yhalaw.com

Joel M Androphy on behalf of Interested Party Ad Hoc Group of EGC Unsecured Noteholders
agargour@bafirm.com;tdunford@bafirm.com;hgonzales@bafirm.com;esmith@bafirm.com

Charles A Beckham, Jr on behalf of Creditor Exxon Mobil Corporation
beckhamc@haynesboone.com, kenneth.rusinko@haynesboone.com

Christopher Robert Belmonte on behalf of Interested Party Moody's Analytics Inc
cbelmonte@ssbb.com

David Mark Bennett on behalf of Creditor Arena Energy LP
david.bennett@tklaw.com,
gracie.gonzales@tklaw.com;tj.crittendon@tklaw.com;Shannon.Savage@tklaw.com

David Mark Bennett on behalf of Creditor Arena Offshore, LP
david.bennett@tklaw.com,
gracie.gonzales@tklaw.com;tj.crittendon@tklaw.com;Shannon.Savage@tklaw.com

David Mark Bennett on behalf of Creditor Devon Energy Production Company, LP
david.bennett@tklaw.com,
gracie.gonzales@tklaw.com;tj.crittendon@tklaw.com;Shannon.Savage@tklaw.com

David Mark Bennett on behalf of Creditor Nexen Petroleum Offshore USA Inc.
david.bennett@tklaw.com,
gracie.gonzales@tklaw.com;tj.crittendon@tklaw.com;Shannon.Savage@tklaw.com

David Mark Bennett on behalf of Creditor Nexen Petroleum U.S.A. Inc.
david.bennett@tklaw.com,
gracie.gonzales@tklaw.com;tj.crittendon@tklaw.com;Shannon.Savage@tklaw.com

David Mark Bennett on behalf of Creditor Noble Energy, Inc.
david.bennett@tklaw.com,
gracie.gonzales@tklaw.com;tj.crittendon@tklaw.com;Shannon.Savage@tklaw.com

Duane J Brescia on behalf of Creditor Seitel Data, Ltd.
duane.brescia@strasburger.com,
donna.krupa@strasburger.com;Kathi.Alexander@strasburger.com;bkrtcynotices@strasburger.com

Brandon Augustus Brown on behalf of Creditor Advanced Fire & Safety, LLC
bbrown@stewartrobbins.com, kheard@stewartrobbins.com

Brandon Augustus Brown on behalf of Creditor Production Inland Crews, LLC
bbrown@stewartrobbins.com, kheard@stewartrobbins.com

Deirdre Carey Brown on behalf of Creditor Ad Hoc Committee of Equity Holders
brown@hooverslovacek.com,

rodriguez@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankruptc
y1@hooverslovacek.com

Deirdre Carey Brown on behalf of Creditor Committee Official Commitee of Unsecured
Creditors
brown@hooverslovacek.com,
rodriguez@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankruptc
y1@hooverslovacek.com

Deirdre Carey Brown on behalf of Interested Party Official Committee of Equity Security
Holders
brown@hooverslovacek.com,
rodriguez@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankruptc
y1@hooverslovacek.com

Deirdre Carey Brown on behalf of Plaintiff Official Committee of Equity Security Holders
brown@hooverslovacek.com,
rodriguez@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankruptc
y1@hooverslovacek.com

Robert Bernard Bruner on behalf of Creditor Ad Hoc Committee of Second Lien Noteholders
bob.bruner@nortonrosefulbright.com

Jeffrey D. Carruth on behalf of Creditor Halliburton Energy Services, Inc.
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Matthew D Cavenaugh on behalf of Creditor Capital One, N.A.
mcavenaugh@jw.com, bhowell@jw.com

Matthew D Cavenaugh on behalf of Creditor Dauphin Island Gathering Partners
mcavenaugh@jw.com, bhowell@jw.com

Matthew D Cavenaugh on behalf of Creditor Dauphin Island Gathering System, LLC
mcavenaugh@jw.com, bhowell@jw.com

Matthew D Cavenaugh on behalf of Creditor Ultra Petroluem
mcavenaugh@jw.com, bhowell@jw.com

Sonia Anne Chae on behalf of Interested Party Sonia Chae U.S. Securities & Exchange
Commission
chaes@sec.gov, chaes@sec.gov

Ryan E Chapple on behalf of Creditor Tyronne Young
rchapple@cstrial.com, sbeam@cstrial.com

Robin B Cheatham on behalf of Creditor C&D Production Specialist Co., Inc.
robin.cheatham@arlaw.com, vicki.owens@arlaw.com;Mary.cuenca@arlaw.com

Louis C Cisz, III on behalf of Creditor California Public Employees' Retirement System
lcisz@nixonpeabody.com

Scott Thomas Citek on behalf of Creditor Ecoserv, LLC
scitek@lammsmith.com

Michael P Cooley on behalf of Creditor EPL Sponsor Group
michael.cooley@bryancave.com

Bradley Lane DeLuca on behalf of Debtor Energy XXI GOM, LLC
bdeluca@jdkklaw.com

Carl Dore, Jr on behalf of Creditor Wood Group PSN, Inc.
carl@dorelawgroup.net, vmartinez@dorelawgroup.net

James Scott Douglass on behalf of Interested Party James Scott Douglass
jsd@aol.com

Tony L. Draper on behalf of Creditor Dolphin Energy Equipment, LLC
tdraper@wwmlawyers.com

John M Duck on behalf of Creditor Regions Bank
laurie.anders@arlaw.com, john.duck@arlaw.com

Hector Duran on behalf of U.S. Trustee US Trustee
Hector.Duran.Jr@usdoj.gov

Stanwood R Duval on behalf of Creditor Gulfstream Services, Inc.
stan@duvallawfirm.com

Stanwood R Duval on behalf of Creditor R. & R. Boats Inc.
stan@duvallawfirm.com

David Robert Eastlake on behalf of Creditor Oceaneering International, Inc.
eastlaked@gtlaw.com, jamrokg@gtlaw.com

Philip G Eisenberg on behalf of Debtor Energy XXI Ltd
peisenberg@lockelord.com

Epiq Bankruptcy Solutions LLC
nmrodriguez@epiqsystems.com

Cade A Evans on behalf of Creditor Fire & Safety Specialists, Inc.
cadeevans@allengooch.com, kathyguilbeau@allengooch.com

Cade A Evans on behalf of Creditor Moores Pump & Services, Inc.
cadeevans@allengooch.com, kathyguilbeau@allengooch.com

Cade A Evans on behalf of Creditor T. Baker Smith, LLC
cadeevans@allengooch.com, kathyguilbeau@allengooch.com

Cade A Evans on behalf of Creditor Whitco Pump & Equipment, LLC
cadeevans@allengooch.com, kathyguilbeau@allengooch.com

Bradley Roland Foxman on behalf of Debtor EPL Pipeline, L.L.C.
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor 4.Anglo-Suisse Offshore Pipeline Partners, LLC
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Delaware EPL of Texas, LLC
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor EPL Oil & Gas, Inc.
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor EPL Pioneer Houston, Inc.
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor EPL of Louisiana, L.L.C.
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Energy Partners Ltd., LLC
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Energy XXI GOM, LLC
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Energy XXI Gulf Coast, Inc.
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Energy XXI Holdings, Inc.
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Energy XXI Leasehold, LLC
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Energy XXI Ltd
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Energy XXI Natural Gas Holdings, Inc.
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Energy XXI Offshore Services, Inc.
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Energy XXI Onshore, LLC
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Energy XXI Pipeline II, LLC
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Energy XXI Pipeline, LLC
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Energy XXI Services, LLC
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Energy XXI Texas Onshore, LLC
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Energy XXI USA, Inc.
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Energy XXI, Inc.
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor M21K, LLC
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor MS Onshore, LLC
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Natural Gas Acquisition Company I, LLC
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Nighthawk, L.L.C.
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Soileau Catering, LLC
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Robert P Franke on behalf of Creditor Hanover Insurance Company
robert.franke@strasburger.com, mina.alvarez@strasburger.com

Robert P Franke on behalf of Creditor PDI Solutions, LLC
robert.franke@strasburger.com, mina.alvarez@strasburger.com

Robert P Franke on behalf of Creditor Seitel Data, Ltd.
robert.franke@strasburger.com, mina.alvarez@strasburger.com

Gena C Glover on behalf of Creditor A2D Technologies, Inc., d/b/a TGS Geological Products
and Services
Gena.Glover@tgs.com, anessa.whitley@tgs.com;Camille.Edwards@tgs.com

Gena C Glover on behalf of Creditor TGS-NOPEC Geophysical Company
Gena.Glover@tgs.com, anessa.whitley@tgs.com;Camille.Edwards@tgs.com

Matthew A Gold on behalf of Creditor Argo Partners
courts@argopartners.net

Adam J. Goldberg on behalf of Creditor Committee Official Commitee of Unsecured Creditors
adam.goldberg@lw.com

Steven William Golden on behalf of Debtor Energy XXI Ltd
steven.golden@lockelord.com

Thomas H Grace on behalf of Interested Party DNOW, L.P.
thgrace@vorys.com, sghaskins@vorys.com;kbconiglio@vorys.com

Thomas H Grace on behalf of Interested Party National Oilwell Varco, L.P.
thgrace@vorys.com, sghaskins@vorys.com;kbconiglio@vorys.com

Tara L Grundemeier on behalf of Creditor Cypress-Fairbanks ISD
houston_bankruptcy@publicans.com

Tara L Grundemeier on behalf of Creditor ATTN. TARA L. GRUNDE HARRIS COUNTY
houston_bankruptcy@publicans.com

Jennifer Jaye Hardy on behalf of Creditor Wells Fargo Bank, N.A.
jhardy2@willkie.com, mao@willkie.com

Christopher Richard Harris on behalf of Creditor Committee Official Commitee of Unsecured Creditors
christopher.harris@lw.com

Michael S Haynes on behalf of Creditor Quail Tools, L.P.
mhaynes@gardere.com, nbowen@gardere.com;jcharrison@gardere.com

Michael S Haynes on behalf of Creditor Weatherford International, Inc.
mhaynes@gardere.com, nbowen@gardere.com;jcharrison@gardere.com

Paul E Heath on behalf of Debtor Anglo-Suisse Offshore Pipeline Partners, LLC
pheath@velaw.com

Paul E Heath on behalf of Debtor Delaware EPL of Texas, LLC
pheath@velaw.com

Paul E Heath on behalf of Debtor EPL Oil & Gas, Inc.
pheath@velaw.com

Paul E Heath on behalf of Debtor EPL Pioneer Houston, Inc.

pheath@velaw.com

Paul E Heath on behalf of Debtor EPL Pipeline, L.L.C.
pheath@velaw.com

Paul E Heath on behalf of Debtor EPL of Louisiana, L.L.C.
pheath@velaw.com

Paul E Heath on behalf of Debtor Energy Partners Ltd., LLC
pheath@velaw.com

Paul E Heath on behalf of Debtor Energy XXI GOM, LLC
pheath@velaw.com

Paul E Heath on behalf of Debtor Energy XXI Gulf Coast, Inc.
pheath@velaw.com

Paul E Heath on behalf of Debtor Energy XXI Holdings, Inc.
pheath@velaw.com

Paul E Heath on behalf of Debtor Energy XXI Leasehold, LLC
pheath@velaw.com

Paul E Heath on behalf of Debtor Energy XXI Ltd
pheath@velaw.com

Paul E Heath on behalf of Debtor Energy XXI Natural Gas Holdings, Inc.
pheath@velaw.com

Paul E Heath on behalf of Debtor Energy XXI Offshore Services, Inc.
pheath@velaw.com

Paul E Heath on behalf of Debtor Energy XXI Onshore, LLC
pheath@velaw.com

Paul E Heath on behalf of Debtor Energy XXI Pipeline II, LLC
pheath@velaw.com

Paul E Heath on behalf of Debtor Energy XXI Services, LLC
pheath@velaw.com

Paul E Heath on behalf of Debtor Energy XXI Texas Onshore, LLC
pheath@velaw.com

Paul E Heath on behalf of Debtor Energy XXI USA, Inc.
pheath@velaw.com

Paul E Heath on behalf of Debtor Energy XXI, Inc.

pheath@velaw.com

Paul E Heath on behalf of Debtor M21K, LLC
pheath@velaw.com

Paul E Heath on behalf of Debtor MS Onshore, LLC
pheath@velaw.com

Paul E Heath on behalf of Debtor Natural Gas Acquisition Company I, LLC
pheath@velaw.com

Paul E Heath on behalf of Debtor Nighthawk, L.L.C.
pheath@velaw.com

Paul E Heath on behalf of Debtor Soileau Catering, LLC
pheath@velaw.com

John F Higgins, IV on behalf of Interested Party Special Committee of the Board of EPL Oil &
Gas, Inc.
jhiggins@porterhedges.com, ksteverson@porterhedges.com;emoreland@porterhedges.com

S Ault Hootsell, III on behalf of Creditor Laborde Marine Management, LLC
ault.hootsell@butlersnow.com, gwen.lesage@butlersnow.com;ECF.Notices@butlersnow.com

William James Hotze on behalf of Creditor Island Operating Company, Inc.
whotze@diamondmccarthy.com, lsimon@diamondmccarthy.com

William James Hotze on behalf of Interested Party Delaware Trust Company, as Successor
Indenture Trustee
whotze@diamondmccarthy.com, lsimon@diamondmccarthy.com

Jay Walton Hurst on behalf of Creditor Texas Comptroller of Public Accounts
jay.hurst@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov

Chad J. Husnick on behalf of Debtor Energy Partners Ltd., LLC
chad.husnick@kirkland.com

Chad J. Husnick on behalf of Debtor Energy XXI GOM, LLC
chad.husnick@kirkland.com

Chad J. Husnick on behalf of Debtor Energy XXI Gulf Coast, Inc.
chad.husnick@kirkland.com

Chad J. Husnick on behalf of Debtor Energy XXI Holdings, Inc.
chad.husnick@kirkland.com

Chad J. Husnick on behalf of Debtor Energy XXI Leasehold, LLC
chad.husnick@kirkland.com

Chad J. Husnick on behalf of Debtor Energy XXI Ltd
chad.husnick@kirkland.com

Chad J. Husnick on behalf of Debtor Energy XXI Natural Gas Holdings, Inc.
chad.husnick@kirkland.com

Chad J. Husnick on behalf of Debtor Energy XXI Offshore Services, Inc.
chad.husnick@kirkland.com

Chad J. Husnick on behalf of Debtor Energy XXI Onshore, LLC
chad.husnick@kirkland.com

Chad J. Husnick on behalf of Debtor Energy XXI Pipeline II, LLC
chad.husnick@kirkland.com

Chad J. Husnick on behalf of Debtor Energy XXI Services, LLC
chad.husnick@kirkland.com

Chad J. Husnick on behalf of Debtor Energy XXI Texas Onshore, LLC
chad.husnick@kirkland.com

Chad J. Husnick on behalf of Debtor Energy XXI USA, Inc.
chad.husnick@kirkland.com

Chad J. Husnick on behalf of Debtor Energy XXI, Inc.
chad.husnick@kirkland.com

Dennis L. Jenkins on behalf of Creditor Ad Hoc Group of EPL Noteholders
dennis.jenkins@wilmerhale.com

Dennis L. Jenkins on behalf of Interested Party Delaware Trust Company, as Successor
Indenture Trustee
dennis.jenkins@wilmerhale.com

Dennis L. Jenkins on behalf of Interested Party Unaffiliated Holders of the 8.25% Senior Notes
due 2018 issued by EPL Oil & Gas, Inc.
dennis.jenkins@wilmerhale.com

Benjamin W Kadden on behalf of Creditor Adriatic Marine, L.L.C.
bkadden@lawla.com, jbriggett@lawla.com;speck@lawla.com;mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor B&J Martin, Inc.
bkadden@lawla.com, jbriggett@lawla.com;speck@lawla.com;mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Cudd Pressure Control, Inc.
bkadden@lawla.com, jbriggett@lawla.com;speck@lawla.com;mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Dynamic Production Services, Inc.
bkadden@lawla.com, jbriggett@lawla.com;speck@lawla.com;mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Fab-Con, Inc.
bkadden@lawla.com, jbriggett@lawla.com;speck@lawla.com;mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Fluid Crane & Construction, Inc.
bkadden@lawla.com, jbriggett@lawla.com;speck@lawla.com;mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Gulf Resource Management, Inc.
bkadden@lawla.com, jbriggett@lawla.com;speck@lawla.com;mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Louisiana Machinery Company, LLC
bkadden@lawla.com, jbriggett@lawla.com;speck@lawla.com;mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Patterson Services, Inc.
bkadden@lawla.com, jbriggett@lawla.com;speck@lawla.com;mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor SeaTran Marine, LLC
bkadden@lawla.com, jbriggett@lawla.com;speck@lawla.com;mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor United Construction Services, LLC
bkadden@lawla.com, jbriggett@lawla.com;speck@lawla.com;mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor United Fire & Safety, Inc.
bkadden@lawla.com, jbriggett@lawla.com;speck@lawla.com;mnguyen@lawla.com

Brian A Kilmer on behalf of Creditor Fieldwood Energy LLC
bkilmer@kcw-lawfirm.com, bkilmer@ecf.courtdrive.com

Henry Arthur King on behalf of Creditor PHI, Inc.
hking@kingkrebs.com,
cwomack@kingkrebs.com;dbaldass@kingkrebs.com;jburmaster@kingkrebs.com

Lambert M Laperouse on behalf of Other Prof. Gieger, Laborde & Laperouse
laperouse@glllaw.com, hherrick@glllaw.com

Thomas E Lauria on behalf of Interested Party Ad Hoc Group of EGC Unsecured Noteholders
tlauria@whitecase.com,
tmacwright@whitecase.com;jdisanti@whitecase.com;mco@whitecase.com;azatz@whitecase.co
m;laura.grai@whitecase.com;melissa.dejoie@whitecase.com;camron.dowlatshahi@whitecase.co
m;neto.waite@whitecase.com

Thomas E Lauria on behalf of Interested Party Wilmington Trust, National Association, as
Indenture Trustee
tlauria@whitecase.com,
tmacwright@whitecase.com;jdisanti@whitecase.com;mco@whitecase.com;azatz@whitecase.co
m;laura.grai@whitecase.com;melissa.dejoie@whitecase.com;camron.dowlatshahi@whitecase.co

m;neto.waite@whitecase.com

Tyler Nathaniel Layne on behalf of Interested Party U.S. Bank National Association, as
Indenture Trustee
tyler.layne@wallerlaw.com, chris.cronk@wallerlaw.com

David Edward Lemke on behalf of Interested Party U.S. Bank National Association, as Indenture
Trustee
david.lemke@wallerlaw.com, cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com

Justin A Levy on behalf of Creditor Committee Official Commitee of Unsecured Creditors
justin.levy@lw.com

Kim Ellen Lewinski on behalf of Creditor Wood Group PSN, Inc.
klewinski@dorelawgroup.net

Demetra L Liggins on behalf of Creditor Arena Energy LP
Demetra.Liggins@tklaw.com,
becky.diep@tklaw.com;Nashira.Parker@tklaw.com;tj.crittendon@tklaw.com;Shannon.Savage@
tklaw.com

Demetra L Liggins on behalf of Creditor Arena Offshore, LP
Demetra.Liggins@tklaw.com,
becky.diep@tklaw.com;Nashira.Parker@tklaw.com;tj.crittendon@tklaw.com;Shannon.Savage@
tklaw.com

Demetra L Liggins on behalf of Creditor Devon Energy Production Company, LP
Demetra.Liggins@tklaw.com,
becky.diep@tklaw.com;Nashira.Parker@tklaw.com;tj.crittendon@tklaw.com;Shannon.Savage@
tklaw.com

Demetra L Liggins on behalf of Creditor Nexen Petroleum Offshore USA Inc.
Demetra.Liggins@tklaw.com,
becky.diep@tklaw.com;Nashira.Parker@tklaw.com;tj.crittendon@tklaw.com;Shannon.Savage@
tklaw.com

Demetra L Liggins on behalf of Creditor Nexen Petroleum U.S.A. Inc.
Demetra.Liggins@tklaw.com,
becky.diep@tklaw.com;Nashira.Parker@tklaw.com;tj.crittendon@tklaw.com;Shannon.Savage@
tklaw.com

Demetra L Liggins on behalf of Creditor Noble Energy, Inc.
Demetra.Liggins@tklaw.com,
becky.diep@tklaw.com;Nashira.Parker@tklaw.com;tj.crittendon@tklaw.com;Shannon.Savage@
tklaw.com

Benjamin W. Loveland on behalf of Interested Party Unaffiliated Holders of the 8.25% Senior
Notes due 2018 issued by EPL Oil & Gas, Inc.

Benjamin.loveland@wilmerhale.com, lauren.lifland@wilmerhale.com

Tristan E Manthey on behalf of Creditor Wellbore Fishing & Rental Tools, LLC
tmanthey@hellerdraper.com,
kfritscher@hellerdraper.com;cnobles@hellerdraper.com;lbush@hellerdraper.com

Tristan E Manthey on behalf of Creditor Committee Official Commitee of Unsecured Creditors
tmanthey@hellerdraper.com,
kfritscher@hellerdraper.com;cnobles@hellerdraper.com;lbush@hellerdraper.com

Tristan E Manthey on behalf of Creditor Committee Official Committee Of Unsecured Creditors
tmanthey@hellerdraper.com,
kfritscher@hellerdraper.com;cnobles@hellerdraper.com;lbush@hellerdraper.com

Kevin M Maraist on behalf of Creditor Archrock Partners Operating, L.L.C. and Archrock
Services, L.P.
kmaraist@albmlaw.com

Simon Richard Mayer on behalf of Creditor Acadiana Valve Services & Supply LLC
srmayer@hwa.com, scastillo@hwa.com

Sylvia Ann Mayer on behalf of Creditor Stone Energy
smayer@smayerlaw.com

Zachary S McKay on behalf of Creditor Wood Group PSN, Inc.
zmckay@dorelawgroup.net

Todd C Meyers on behalf of Interested Party Wilmington Trust, National Association, as
Indenture Trustee
tmeyers@kilpatricktownsend.com,
rrahman@kilpatricktownsend.com;mwilliams@kilpatricktownsend.com;gfinizio@kilpatricktow
nsend.com

Maria A Milano on behalf of Creditor Microsoft Corporation and Microsoft Licensing GP
mmilano@riddellwilliams.com

Mark Mintz on behalf of Creditor Gulf Island, LLC
mmintz@joneswalker.com, sliberio@joneswalker.com;hstewart@joneswalker.com

Leann Opotowsky Moses on behalf of Creditor Alliance Offshore, LLC and Alliance Energy
Services, LLC
moses@carverdarden.com

John A Mouton, III on behalf of Creditor Cardinal Coil Tubing, LLC
john@jmoutonlaw.com

John A Mouton, III on behalf of Creditor Cardinal Slickline, LLC
john@jmoutonlaw.com

John A Mouton, III on behalf of Creditor Vesco Rental & Pressure Control, LLC
john@jmoutonlaw.com

John A Mouton, III on behalf of Creditor W-Industries of Louisiana, LLC
john@jmoutonlaw.com

Lisa Marie Norman on behalf of Creditor Subsurface Consultants & Associates, LLC
lnorman@andrewsmyers.com, jhinch@andrewsmyers.com

Reese Andrew O'Connor on behalf of Debtor EPL Pipeline, L.L.C.
roconnor@velaw.com

Reese Andrew O'Connor on behalf of Debtor 4.Anglo-Suisse Offshore Pipeline Partners, LLC
roconnor@velaw.com

Reese Andrew O'Connor on behalf of Debtor Anglo-Suisse Offshore Pipeline Partners, LLC
roconnor@velaw.com

Reese Andrew O'Connor on behalf of Debtor Delaware EPL of Texas, LLC
roconnor@velaw.com

Reese Andrew O'Connor on behalf of Debtor EPL Oil & Gas, Inc.
roconnor@velaw.com

Reese Andrew O'Connor on behalf of Debtor EPL Pioneer Houston, Inc.
roconnor@velaw.com

Reese Andrew O'Connor on behalf of Debtor EPL Pipeline, L.L.C.
roconnor@velaw.com

Reese Andrew O'Connor on behalf of Debtor EPL of Louisiana, L.L.C.
roconnor@velaw.com

Reese Andrew O'Connor on behalf of Debtor Energy Partners Ltd., LLC
roconnor@velaw.com

Reese Andrew O'Connor on behalf of Debtor Energy XXI GOM, LLC
roconnor@velaw.com

Reese Andrew O'Connor on behalf of Debtor Energy XXI Gulf Coast, Inc.
roconnor@velaw.com

Reese Andrew O'Connor on behalf of Debtor Energy XXI Holdings, Inc.
roconnor@velaw.com

Reese Andrew O'Connor on behalf of Debtor Energy XXI Leasehold, LLC
roconnor@velaw.com

Reese Andrew O'Connor on behalf of Debtor Energy XXI Ltd
roconnor@velaw.com

Reese Andrew O'Connor on behalf of Debtor Energy XXI Natural Gas Holdings, Inc.
roconnor@velaw.com

Reese Andrew O'Connor on behalf of Debtor Energy XXI Offshore Services, Inc.
roconnor@velaw.com

Reese Andrew O'Connor on behalf of Debtor Energy XXI Onshore, LLC
roconnor@velaw.com

Reese Andrew O'Connor on behalf of Debtor Energy XXI Pipeline II, LLC
roconnor@velaw.com

Reese Andrew O'Connor on behalf of Debtor Energy XXI Pipeline, LLC
roconnor@velaw.com

Reese Andrew O'Connor on behalf of Debtor Energy XXI Services, LLC
roconnor@velaw.com

Reese Andrew O'Connor on behalf of Debtor Energy XXI Texas Onshore, LLC
roconnor@velaw.com

Reese Andrew O'Connor on behalf of Debtor Energy XXI USA, Inc.
roconnor@velaw.com

Reese Andrew O'Connor on behalf of Debtor Energy XXI, Inc.
roconnor@velaw.com

Reese Andrew O'Connor on behalf of Debtor M21K, LLC
roconnor@velaw.com

Reese Andrew O'Connor on behalf of Debtor MS Onshore, LLC
roconnor@velaw.com

Reese Andrew O'Connor on behalf of Debtor Natural Gas Acquisition Company I, LLC
roconnor@velaw.com

Reese Andrew O'Connor on behalf of Debtor Nighthawk, L.L.C.
roconnor@velaw.com

Reese Andrew O'Connor on behalf of Debtor Soileau Catering, LLC
roconnor@velaw.com

Reese Andrew O'Connor on behalf of Defendant Energy XXI, Ltd
roconnor@velaw.com

Jean Paul Picou Overton on behalf of Creditor Warrior Energy Services Corporation
jeanpaul.overton@superiorenergy.com

William Patrick, III on behalf of Creditor Committee Official Commitee of Unsecured Creditors
wpatrick@hellerdraper.com

William Patrick, III on behalf of Creditor Committee Official Committee Of Unsecured
Creditors
wpatrick@hellerdraper.com

Stewart F Peck on behalf of Creditor Adriatic Marine, L.L.C.
speck@lawla.com

Stewart F Peck on behalf of Creditor B&J Martin, Inc.
speck@lawla.com

Stewart F Peck on behalf of Creditor Dynamic Production Services, Inc.
speck@lawla.com

Stewart F Peck on behalf of Creditor Fab-Con, Inc.
speck@lawla.com

Stewart F Peck on behalf of Creditor Fluid Crane & Construction, Inc.
speck@lawla.com

Stewart F Peck on behalf of Creditor Gulf Resource Management, Inc.
speck@lawla.com

Stewart F Peck on behalf of Creditor Industrial & Oilfield Services, Inc.
speck@lawla.com

Stewart F Peck on behalf of Creditor Louisiana Machinery Company, LLC
speck@lawla.com

Stewart F Peck on behalf of Creditor SeaTran Marine, LLC
speck@lawla.com

Stewart F Peck on behalf of Creditor United Fire & Safety, Inc.
speck@lawla.com

Gregory F Pesce on behalf of Debtor Energy Partners Ltd., LLC
gregory.pesce@kirkland.com,
maureen.mccarthy@kirkland.com;nathan.gimpel@kirkland.com;mcclain.thompson@kirkland.co
m;timothy.bow@kirkland.com;nicole.stringfellow@kirkland.com;csroka@kirkland.com

Gregory F Pesce on behalf of Debtor Energy XXI GOM, LLC
gregory.pesce@kirkland.com,

maureen.mccarthy@kirkland.com;nathan.gimpel@kirkland.com;mcclain.thompson@kirkland.co
m;timothy.bow@kirkland.com;nicole.stringfellow@kirkland.com;csroka@kirkland.com

Gregory F Pesce on behalf of Debtor Energy XXI Gulf Coast, Inc.
gregory.pesce@kirkland.com,
maureen.mccarthy@kirkland.com;nathan.gimpel@kirkland.com;mcclain.thompson@kirkland.co
m;timothy.bow@kirkland.com;nicole.stringfellow@kirkland.com;csroka@kirkland.com

Gregory F Pesce on behalf of Debtor Energy XXI Holdings, Inc.
gregory.pesce@kirkland.com,
maureen.mccarthy@kirkland.com;nathan.gimpel@kirkland.com;mcclain.thompson@kirkland.co
m;timothy.bow@kirkland.com;nicole.stringfellow@kirkland.com;csroka@kirkland.com

Gregory F Pesce on behalf of Debtor Energy XXI Leasehold, LLC
gregory.pesce@kirkland.com,
maureen.mccarthy@kirkland.com;nathan.gimpel@kirkland.com;mcclain.thompson@kirkland.co
m;timothy.bow@kirkland.com;nicole.stringfellow@kirkland.com;csroka@kirkland.com

Gregory F Pesce on behalf of Debtor Energy XXI Ltd
gregory.pesce@kirkland.com,
maureen.mccarthy@kirkland.com;nathan.gimpel@kirkland.com;mcclain.thompson@kirkland.co
m;timothy.bow@kirkland.com;nicole.stringfellow@kirkland.com;csroka@kirkland.com

Gregory F Pesce on behalf of Debtor Energy XXI Natural Gas Holdings, Inc.
gregory.pesce@kirkland.com,
maureen.mccarthy@kirkland.com;nathan.gimpel@kirkland.com;mcclain.thompson@kirkland.co
m;timothy.bow@kirkland.com;nicole.stringfellow@kirkland.com;csroka@kirkland.com

Gregory F Pesce on behalf of Debtor Energy XXI Offshore Services, Inc.
gregory.pesce@kirkland.com,
maureen.mccarthy@kirkland.com;nathan.gimpel@kirkland.com;mcclain.thompson@kirkland.co
m;timothy.bow@kirkland.com;nicole.stringfellow@kirkland.com;csroka@kirkland.com

Gregory F Pesce on behalf of Debtor Energy XXI Onshore, LLC
gregory.pesce@kirkland.com,
maureen.mccarthy@kirkland.com;nathan.gimpel@kirkland.com;mcclain.thompson@kirkland.co
m;timothy.bow@kirkland.com;nicole.stringfellow@kirkland.com;csroka@kirkland.com

Gregory F Pesce on behalf of Debtor Energy XXI Services, LLC
gregory.pesce@kirkland.com,
maureen.mccarthy@kirkland.com;nathan.gimpel@kirkland.com;mcclain.thompson@kirkland.co
m;timothy.bow@kirkland.com;nicole.stringfellow@kirkland.com;csroka@kirkland.com

Gregory F Pesce on behalf of Debtor Energy XXI Texas Onshore, LLC
gregory.pesce@kirkland.com,
maureen.mccarthy@kirkland.com;nathan.gimpel@kirkland.com;mcclain.thompson@kirkland.co
m;timothy.bow@kirkland.com;nicole.stringfellow@kirkland.com;csroka@kirkland.com

Gregory F Pesce on behalf of Debtor Energy XXI USA, Inc.
gregory.pesce@kirkland.com,
maureen.mccarthy@kirkland.com;nathan.gimpel@kirkland.com;mcclain.thompson@kirkland.co
m;timothy.bow@kirkland.com;nicole.stringfellow@kirkland.com;csroka@kirkland.com

Gregory F Pesce on behalf of Debtor Energy XXI, Inc.
gregory.pesce@kirkland.com,
maureen.mccarthy@kirkland.com;nathan.gimpel@kirkland.com;mcclain.thompson@kirkland.co
m;timothy.bow@kirkland.com;nicole.stringfellow@kirkland.com;csroka@kirkland.com

Lisa Ann Powell on behalf of Creditor Capital One, N.A.
lpowell@jw.com, msalinas@jw.com;ygalvin@jw.com

Patricia Williams Prewitt on behalf of Creditor EP Energy E&P Company, LP
pwp@pattiprewittlaw.com

Patricia Williams Prewitt on behalf of Creditor Tennessee Gas Pipeline Company, LLC
pwp@pattiprewittlaw.com

Patricia Williams Prewitt on behalf of Creditor Venice Energy Services and Venice Gathering
System
pwp@pattiprewittlaw.com

Steven Travis Ramos on behalf of Interested Party Broussard Brothers Inc
sramos@andrus-boudreaux.com

Adam S Ravin on behalf of Creditor Committee Official Commitee of Unsecured Creditors
adam.ravin@lw.com

Robert S Reich on behalf of Creditor Bordelon Marine, Inc.
rreich@rapllclaw.com,
mordonez@rapllclaw.com;lplunkett@rapllclaw.com;hchandler@rapllclaw.com;lgros@rapllclaw
.com;mwyatt@rapllclaw.com;rlatuso@rapllclaw.com

Robert S Reich on behalf of Creditor Offshore Liftboats, LLC
rreich@rapllclaw.com,
mordonez@rapllclaw.com;lplunkett@rapllclaw.com;hchandler@rapllclaw.com;lgros@rapllclaw
.com;mwyatt@rapllclaw.com;rlatuso@rapllclaw.com

Ryan J Richmond on behalf of Creditor Advanced Fire & Safety, LLC
rrichmond@stewartrobbins.com, ryan.richmond.cmecf@gmail.com;kheard@stewartrobbins.com

Ryan J Richmond on behalf of Creditor Production Inland Crews, LLC
rrichmond@stewartrobbins.com, ryan.richmond.cmecf@gmail.com;kheard@stewartrobbins.com

Paul J. Ricotta on behalf of Creditor Wilmington Savings Fund Society, FSB
pjricotta@mintz.com

Edward L Rothberg on behalf of Creditor Ad Hoc Committee of Equity Holders
rothberg@hooverslovacek.com,
ELRbankruptcy@gmail.com,ray@hooverslovacek.com;hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Interested Party Official Committee of Equity Security Holders
rothberg@hooverslovacek.com,
ELRbankruptcy@gmail.com,ray@hooverslovacek.com;hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Plaintiff Official Committee of Equity Security Holders
rothberg@hooverslovacek.com,
ELRbankruptcy@gmail.com,ray@hooverslovacek.com;hsllpbankruptcy@gmail.com

Michael D Rubenstein on behalf of Creditor TGS-NOPEC Geophysical Company
mdrubenstein@liskow.com

Robin Russell on behalf of Interested Party Special Committee of the Board of Energy XXI Gulf
Coast, Inc.
rrussell@andrewskurth.com

Bruce J. Ruzinsky on behalf of Creditor Capital One, N.A.
bruzinsky@jw.com, ygalvin@jw.com;bhowell@jw.com

Craig A Ryan on behalf of Creditor Flow Petroleum Services, Inc.
ryan@onebane.com

Michael C. Sanders on behalf of Creditor W&T Offshore, Inc.
mcs@sanderswillyard.com, bb@sanderswillyard.com

William Allen Schafer on behalf of Creditor Abe's Boat Rental, Inc.
allen@lobranolaw.com

Ryan Michael Seidemann on behalf of Creditor State of Louisiana, Dept. of Natural Resources,
OMR
seidemannr@ag.state.la.us, lentoc@ag.state.la.us

Mitchell A Seider on behalf of Creditor Committee Official Commitee of Unsecured Creditors
mitchell.seider@lw.com

Gina D Shearer on behalf of Creditor Aspen American Insurance Company
gshearer@l-llp.com, tbarrera@l-llp.com;gshearer@ecf.courtdrive.com

Gina D Shearer on behalf of Creditor Chubb Group of Insurance Companies including
Westchester Fire Insurance Company
gshearer@l-llp.com, tbarrera@l-llp.com;gshearer@ecf.courtdrive.com

Gina D Shearer on behalf of Creditor Liberty Mutual Insurance Company
gshearer@l-llp.com, tbarrera@l-llp.com;gshearer@ecf.courtdrive.com

Patrick M. Shelby on behalf of Creditor Wellbore Fishing & Rental Tools, LLC
rick.shelby@kellyhart.com

Barnet B Skelton, Jr on behalf of Creditor Nexen Petroleum Offshore USA Inc.
barnetbjr@msn.com

Phil F Snow, Jr on behalf of Creditor WesternGeco LLC
philsnow@snowspencelaw.com,
janissherrill@snowspencelaw.com;lauraterrell@snowspencelaw.com

Owen Mark Sonik on behalf of Creditor Sheldon Independent School District
osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com;houbank@pbfcm.com

Steven W Soule on behalf of Creditor Discovery Gas Transmision, LL
ssoule@hallestill.com

Steven W Soule on behalf of Creditor Discovery Producer Services, LLC
ssoule@hallestill.com

Steven W Soule on behalf of Creditor Transcontinental Gas Pipe Line Company, L.L.C.
ssoule@hallestill.com

Gregory M. Starner on behalf of Interested Party Ad Hoc Group of EGC Unsecured Noteholders
gstarner@whitecase.com

Michael Edward Streich on behalf of Creditor Barry Graham Oil Service, L.L. C.
Michael.Streich@phelps.com

Norman C. Sullivan, Jr on behalf of Creditor KJS Towing, Inc.
nsullivan@frvf-law.com, cvollenweider@frvf-law.com;JoeS@ckor.com

Adam Raines Swonke on behalf of Creditor Prosperity Bank, N.A.
aswonke@wellscuellar.com

Adam Raines Swonke on behalf of Creditor Superior Natural Gas Corporation
aswonke@wellscuellar.com

Adam Raines Swonke on behalf of Creditor Superior Processing Services Corporation
aswonke@wellscuellar.com

Timothy Thriffiley on behalf of Creditor River Rental Tools, Inc.
tthriffiley@pivachlaw.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Heather Ann Waller on behalf of Creditor Committee Official Commitee of Unsecured Creditors
heather.waller@lw.com, chefiling@lw.com

Kimberly A Walsh on behalf of Creditor Texas Comptroller of Public Accounts
bk-kwalsh@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov

Charles Brittain Walther on behalf of Creditor Dolphin Energy Equipment, LLC
bwalther@wwmlawyers.com

Michael D Warner on behalf of Interested Party Wilmington Trust, National Association, as
Indenture Trustee
mwarner@coleschotz.com, klabrada@coleschotz.com

Gregory M Weinstein on behalf of Creditor Philadelphia Indemnity Insurance Companies
gweinstein@weinrad.com

Morris Dean Weiss on behalf of Interested Party U.S. Bank National Association, as Indenture
Trustee
morris.weiss@wallerlaw.com, sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com

Timothy L. Wentworth on behalf of Creditor Christopher Morvant
tim.wentworth@cagehill.com, staff@cagehill.com

Stephen Lynn Williamson on behalf of Creditor Fugro Chance, Inc.
swilliamson@monbar.com, mokeefe@monbar.com

Douglas Wolfe on behalf of Creditor ASM Capital V, L.P.
dwolfe@asmcapital.com

Douglas Wolfe on behalf of Creditor ASM SPV, L.P.
dwolfe@asmcapital.com

Douglas Wolfe on behalf of Creditor Sparta Group MA LLC, Series 20
dwolfe@asmcapital.com

William Alfred Wood, III on behalf of Creditor Eni Petroleum US LLC
Trey.Wood@bracewelllaw.com

Matthew G Wylie on behalf of Creditor RCP Inc
mwylie@wylie-law.com

Timothy A York on behalf of Creditor RLI Insurance Company
tyork@qslwm.com, nchancellor@qslwm.com

Victor Weitao Zhao on behalf of Interested Party United States Department of the Interior
victor.w.zhao@usdoj.gov

By: *Deirdre Carey Brown*

_____
DEIRDRE CAREY BROWN