# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 16-31928 |
| | ) | |
| ENERGY XXI LTD, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

## LETTER FROM THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS REGARDING STATUS CONFERENCE AND <u>DISCOVERY PROPOUNDED UPON DEBTORS</u>

---

[1]     The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Anglo-Suisse Offshore Pipeline Partners, LLC (9562), Delaware EPL of Texas, LLC (9562), Energy Partners Ltd., LLC (9562), Energy XXI GOM, LLC (0027), Energy XXI Gulf Coast, Inc. (8595), Energy XXI Holdings, Inc. (1638), Energy XXI, Inc. (2108), Energy XXI Leasehold, LLC (8121), Energy XXI Ltd. (9286), Energy XXI Natural Gas Holdings, Inc. (7517), Energy XXI Offshore Services, Inc. (4711), Energy XXI Onshore, LLC (0308), Energy XXI Pipeline, LLC (5863), Energy XXI Pipeline II, LLC (8238), Energy XXI Services, LLC (3999), Energy XXI Texas Onshore, LLC (0294), Energy XXI USA, Inc. (8552), EPL of Louisiana, L.L.C. (9562), EPL Oil & Gas, Inc. (9562), EPL Pioneer Houston, Inc. (9749), EPL Pipeline, L.L.C. (1048), M21K, LLC (3978), MS Onshore, LLC (8573), Natural Gas Acquisition Company I, LLC (0956), Nighthawk, L.L.C. (9562), and Soileau Catering, LLC (2767).  The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is: 1021 Main Street, Suite 2626, Houston, Texas 77002.

TO THE HONORABLE CHIEF BANKRUPTCY
JUDGE DAVID R. JONES

Pursuant to the Court's July 25, 2016 scheduling order, the Official Committee of Equity Security Holders (the "Equity Committee"), respectfully requests the Court hold a status conference on December 1, 2016 at the hearing scheduled for 2:30 p.m. on discovery with the Debtors.

The Equity Committee's counsel reached out to Debtors' counsel regarding discovery on a limited set of issues related to a 30(b)(6) deposition and document requests related to same. The Equity Committee stated in an email on November 28, 2016 – "Also, we would like to depose the corporate representatives on the topics of the: ESOP, ESPP, employee benefits, out of court settlements with employees, employee complaints about management to HR, LTIPs or other employee incentive plans, negotiations and administration of Mr. Schiller's current employment agreement, negotiations related to the proposed employment agreement, and the Management Incentive Plan.  Please advise if December 8 or 9 works best for the corporate representative(s)."

The Debtors' response suggested the foregoing topics did not provide sufficient particularlity, expressed no preference on a date for the deposition and suggested that the deadline for serving document requests had passed even though the current plan was just recently filed and a further Supplement to the Plan was just filed on November 29, 2016 after the Equity Committee sent the deposition topics. The Equity Committee asked for a response given sufficient information was provided.

A Notice of Oral Deposition of Debtors Pursuant to Rule 30(b)(6) with a subpoena duces tecum document request was filed on November 30, 2016. (Doc. No. 1717).

The Equity Committee anticipates objections by the Debtors given the prior communications.  As such, since the Debtors have requested an expedited time frame for plan confirmation and this Court already indicated that it viewed two corporate depositions as reasonable, the Equity Committee requests a status conference to make sure there is no wasted time with objections to the requests and parties work efficiently toward completing discovery.

November 30, 2016

Respectfully submitted,

HOOVER SLOVACEK LLP

*/s/ Deirdre Carey Brown*

By:_____

EDWARD L. ROTHBERG
State Bar No. 17313990
DEIRDRE CAREY BROWN
State Bar No. 24049116
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: 713.977.8686
Facsimile:  713.977.5395
ATTORNEYS FOR THE
OFFICIAL COMMITTEE OF EQUITY
SECURITY HOLDERS

## CERTIFICATE OF SERVICE

I certify that on December 1, 2016, I caused a copy of this letter to be served by the Electronic Case Filing System for the Unites States Bankruptcy Court for the Southern District of Texas on the parties listed below.

*/s/ Deirdre Carey Brown*
DEIRDRE CAREY BROWN

**16-31928 Notice will be electronically mailed to:**

H Kent Aguillard on behalf of Creditor Aggreko, Inc.
kaguillard@yhalaw.com, gneumeyer@yhalaw.com

H Kent Aguillard on behalf of Creditor Bristow U.S. LLC
kaguillard@yhalaw.com, gneumeyer@yhalaw.com

H Kent Aguillard on behalf of Creditor Flow Service & Consulting LLC
kaguillard@yhalaw.com, gneumeyer@yhalaw.com

H Kent Aguillard on behalf of Creditor Industrial & Oilfield Services, Inc.
kaguillard@yhalaw.com, gneumeyer@yhalaw.com

H Kent Aguillard on behalf of Creditor Wet Tech Energy, Inc.
kaguillard@yhalaw.com, gneumeyer@yhalaw.com

H Kent Aguillard on behalf of Creditor Dale Lindsey, Jr.
kaguillard@yhalaw.com, gneumeyer@yhalaw.com

H Kent Aguillard on behalf of Creditor Harvis Johnson, Jr.
kaguillard@yhalaw.com, gneumeyer@yhalaw.com

H Kent Aguillard on behalf of Creditor Jami M. Becnel
kaguillard@yhalaw.com, gneumeyer@yhalaw.com

H Kent Aguillard on behalf of Creditor Marci L. Becnel
kaguillard@yhalaw.com, gneumeyer@yhalaw.com

H Kent Aguillard on behalf of Creditor Marvin Peter LeBlanc, Jr.
kaguillard@yhalaw.com, gneumeyer@yhalaw.com

H Kent Aguillard on behalf of Creditor Nichalos Miller
kaguillard@yhalaw.com, gneumeyer@yhalaw.com

H Kent Aguillard on behalf of Creditor Patrick R. Becnel, Jr.

kaguillard@yhalaw.com, gneumeyer@yhalaw.com

Joel M Androphy on behalf of Interested Party Ad Hoc Group of EGC Unsecured Noteholders
jandrophy@bafirm.com, rgibson@bafirm.com;tdunford@bafirm.com

Joel M Androphy on behalf of Interested Party Wilmington Trust, National Association, as
Indenture Trustee
jandrophy@bafirm.com, rgibson@bafirm.com;tdunford@bafirm.com

Patrick Holder Autry on behalf of Creditor Eshleman-Vogt Ranch
pautry@branscombpc.com, bsmith@branscombpc.com

Sharon Marie Beausoleil on behalf of Creditor Apache Corporation
sbeausoleil@gardere.com, ggattis@gardere.com;bfriedrich@gardere.com

Sharon Marie Beausoleil on behalf of Creditor Apache Deepwater LLC
sbeausoleil@gardere.com, ggattis@gardere.com;bfriedrich@gardere.com

Sharon Marie Beausoleil on behalf of Creditor Apache Shelf Exploration LLC
sbeausoleil@gardere.com, ggattis@gardere.com;bfriedrich@gardere.com

Sharon Marie Beausoleil on behalf of Creditor Gulf South Pipeline Company, L.P.
sbeausoleil@gardere.com, ggattis@gardere.com;bfriedrich@gardere.com

Charles A Beckham, Jr on behalf of Creditor Exxon Mobil Corporation
beckhamc@haynesboone.com, kenneth.rusinko@haynesboone.com

Christopher Robert Belmonte on behalf of Interested Party Moody's Analytics Inc
cbelmonte@ssbb.com

David Mark Bennett on behalf of Creditor Arena Energy LP
david.bennett@tklaw.com,
gracie.gonzales@tklaw.com;tj.crittendon@tklaw.com;Shannon.Savage@tklaw.com

David Mark Bennett on behalf of Creditor Arena Offshore, LP
david.bennett@tklaw.com,
gracie.gonzales@tklaw.com;tj.crittendon@tklaw.com;Shannon.Savage@tklaw.com

David Mark Bennett on behalf of Creditor Devon Energy Production Company, LP
david.bennett@tklaw.com,
gracie.gonzales@tklaw.com;tj.crittendon@tklaw.com;Shannon.Savage@tklaw.com

David Mark Bennett on behalf of Creditor Nexen Petroleum Offshore USA Inc.
david.bennett@tklaw.com,
gracie.gonzales@tklaw.com;tj.crittendon@tklaw.com;Shannon.Savage@tklaw.com

David Mark Bennett on behalf of Creditor Nexen Petroleum U.S.A. Inc.
david.bennett@tklaw.com,
gracie.gonzales@tklaw.com;tj.crittendon@tklaw.com;Shannon.Savage@tklaw.com

David Mark Bennett on behalf of Creditor Noble Energy, Inc.
david.bennett@tklaw.com,
gracie.gonzales@tklaw.com;tj.crittendon@tklaw.com;Shannon.Savage@tklaw.com

David Mark Bennett on behalf of Interested Party Ad Hoc Group of EGC Unsecured
Noteholders
david.bennett@tklaw.com,
gracie.gonzales@tklaw.com;tj.crittendon@tklaw.com;Shannon.Savage@tklaw.com

David Mark Bennett on behalf of Interested Party Wilmington Trust, National Association, as
Indenture Trustee
david.bennett@tklaw.com,
gracie.gonzales@tklaw.com;tj.crittendon@tklaw.com;Shannon.Savage@tklaw.com

Micheal W Bishop on behalf of Spec. Counsel Gray Reed & McGraw, P.C.
mbishop@grayreed.com

Florence Bonaccorso-Saenz on behalf of Creditor Louisiana Department of Revenue
florence.saenz@la.gov

Duane J Brescia on behalf of Creditor Seitel Data, Ltd.
duane.brescia@strasburger.com,
donna.krupa@strasburger.com;Kathi.Alexander@strasburger.com;bkrtcynotices@strasburger.com

Duane J Brescia on behalf of Creditor Veritel Seismic Data Alliance
duane.brescia@strasburger.com,
donna.krupa@strasburger.com;Kathi.Alexander@strasburger.com;bkrtcynotices@strasburger.com

Duane J Brescia on behalf of Interested Party Ad Hoc Group of EGC Unsecured Noteholders
duane.brescia@strasburger.com,
donna.krupa@strasburger.com;Kathi.Alexander@strasburger.com;bkrtcynotices@strasburger.com

Duane J Brescia on behalf of Interested Party Wilmington Trust, National Association, as
Indenture Trustee
duane.brescia@strasburger.com,
donna.krupa@strasburger.com;Kathi.Alexander@strasburger.com;bkrtcynotices@strasburger.com

Brandon Augustus Brown on behalf of Creditor Advanced Fire & Safety, LLC

bbrown@stewartrobbins.com, kheard@stewartrobbins.com

Brandon Augustus Brown on behalf of Creditor Production Inland Crews, LLC
bbrown@stewartrobbins.com, kheard@stewartrobbins.com

Brandon Augustus Brown on behalf of Interested Party Ad Hoc Group of EGC Unsecured
Noteholders
bbrown@stewartrobbins.com, kheard@stewartrobbins.com

Brandon Augustus Brown on behalf of Interested Party Wilmington Trust, National Association,
as Indenture Trustee
bbrown@stewartrobbins.com, kheard@stewartrobbins.com

Deirdre Carey Brown on behalf of Creditor Ad Hoc Committee of Equity Holders
brown@hooverslovacek.com,
rodriguez@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankruptc
y1@hooverslovacek.com

Deirdre Carey Brown on behalf of Creditor Committee Official Commitee of Unsecured
Creditors
brown@hooverslovacek.com,
rodriguez@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankruptc
y1@hooverslovacek.com

Deirdre Carey Brown on behalf of Interested Party Official Committee of Equity Security
Holders
brown@hooverslovacek.com,
rodriguez@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankruptc
y1@hooverslovacek.com

Deirdre Carey Brown on behalf of Plaintiff Official Committee of Equity Security Holders
brown@hooverslovacek.com,
rodriguez@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankruptc
y1@hooverslovacek.com

Robert Bernard Bruner on behalf of Creditor Ad Hoc Committee of Second Lien Noteholders
bob.bruner@nortonrosefulbright.com

Jeffrey D. Carruth on behalf of Creditor Halliburton Energy Services, Inc.
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Matthew D Cavenaugh on behalf of Creditor Capital One, N.A.
mcavenaugh@jw.com, bhowell@jw.com

Matthew D Cavenaugh on behalf of Creditor Dauphin Island Gathering Partners
mcavenaugh@jw.com, bhowell@jw.com

Matthew D Cavenaugh on behalf of Creditor Dauphin Island Gathering System, LLC
mcavenaugh@jw.com, bhowell@jw.com

Matthew D Cavenaugh on behalf of Creditor Ultra Petroluem
mcavenaugh@jw.com, bhowell@jw.com

Sonia Anne Chae on behalf of Interested Party Sonia Chae U.S. Securities & Exchange
Commission
chaes@sec.gov, chaes@sec.gov

Ryan E Chapple on behalf of Creditor Kennedy Tasker
rchapple@cstrial.com, sbeam@cstrial.com

Ryan E Chapple on behalf of Creditor Tyronne Young
rchapple@cstrial.com, sbeam@cstrial.com

Robin B Cheatham on behalf of Creditor C&D Production Specialist Co., Inc.
robin.cheatham@arlaw.com, vicki.owens@arlaw.com;Mary.cuenca@arlaw.com

Louis C Cisz, III on behalf of Creditor California Public Employees' Retirement System
lcisz@nixonpeabody.com

Scott Thomas Citek on behalf of Creditor Ecoserv, LLC
scitek@lammsmith.com

Michael P Cooley on behalf of Creditor EPL Sponsor Group
michael.cooley@bryancave.com

Bradley Lane DeLuca on behalf of Debtor Energy XXI GOM, LLC
bdeluca@jdkklaw.com

Carl Dore, Jr on behalf of Creditor Wood Group PSN, Inc.
carl@dorelawgroup.net, vmartinez@dorelawgroup.net

James Scott Douglass on behalf of Interested Party James Scott Douglass
jsd@aol.com

Tony L. Draper on behalf of Creditor Dolphin Energy Equipment, LLC
tdraper@wwmlawyers.com

John M Duck on behalf of Creditor Regions Bank
laurie.anders@arlaw.com, john.duck@arlaw.com

Hector Duran on behalf of U.S. Trustee US Trustee
Hector.Duran.Jr@usdoj.gov

Stanwood R Duval on behalf of Creditor Gulfstream Services, Inc.
stan@duvallawfirm.com

Stanwood R Duval on behalf of Creditor R. & R. Boats Inc.
stan@duvallawfirm.com

David Robert Eastlake on behalf of Creditor Oceaneering International, Inc.
eastlaked@gtlaw.com, jamrokg@gtlaw.com

Philip G Eisenberg on behalf of Debtor Energy XXI Ltd
peisenberg@lockelord.com

Eric Michael English on behalf of Creditor Energy Transfer Parties
eenglish@porterhedges.com, emoreland@porterhedges.com;ksteverson@porterhedges.com

Epiq Bankruptcy Solutions LLC
nmrodriguez@epiqsystems.com

Joseph G Epstein on behalf of Spec. Counsel Conyers Dill & Pearman
joe@epsteintexaslaw.com, info@epsteintexaslaw.com

Cade A Evans on behalf of Creditor Fire & Safety Specialists, Inc.
cadeevans@allengooch.com, kathyguilbeau@allengooch.com

Cade A Evans on behalf of Creditor Moores Pump & Services, Inc.
cadeevans@allengooch.com, kathyguilbeau@allengooch.com

Cade A Evans on behalf of Creditor T. Baker Smith, LLC
cadeevans@allengooch.com, kathyguilbeau@allengooch.com

Cade A Evans on behalf of Creditor Whitco Pump & Equipment, LLC
cadeevans@allengooch.com, kathyguilbeau@allengooch.com

Michael Fishel on behalf of Attorney Sidley Austin LLP
mfishel@sidley.com

Wayne Scott Flick on behalf of Creditor Committee Official Commitee of Unsecured Creditors
wayne.s.flick@lw.com

Bradley Roland Foxman on behalf of Debtor EPL Pipeline, L.L.C.
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor 4.Anglo-Suisse Offshore Pipeline Partners, LLC
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Delaware EPL of Texas, LLC
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor EPL Oil & Gas, Inc.
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor EPL Pioneer Houston, Inc.
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor EPL of Louisiana, L.L.C.
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Energy Partners Ltd., LLC
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Energy XXI GOM, LLC
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Energy XXI Gulf Coast, Inc.
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Energy XXI Holdings, Inc.
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Energy XXI Leasehold, LLC
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Energy XXI Ltd
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Energy XXI Natural Gas Holdings, Inc.
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Energy XXI Offshore Services, Inc.
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Energy XXI Onshore, LLC
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Energy XXI Pipeline II, LLC
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Energy XXI Pipeline, LLC
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Energy XXI Services, LLC

bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Energy XXI Texas Onshore, LLC
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Energy XXI USA, Inc.
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Energy XXI, Inc.
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor M21K, LLC
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor MS Onshore, LLC
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Natural Gas Acquisition Company I, LLC
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Nighthawk, L.L.C.
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Bradley Roland Foxman on behalf of Debtor Soileau Catering, LLC
bfoxman@velaw.com, sbarden@velaw.com;eneuman@velaw.com

Robert P Franke on behalf of Creditor Hanover Insurance Company
robert.franke@strasburger.com, mina.alvarez@strasburger.com

Robert P Franke on behalf of Creditor PDI Solutions, LLC
robert.franke@strasburger.com, mina.alvarez@strasburger.com

Robert P Franke on behalf of Creditor Seitel Data, Ltd.
robert.franke@strasburger.com, mina.alvarez@strasburger.com

Gena C Glover on behalf of Creditor A2D Technologies, Inc., d/b/a TGS Geological Products and Services
Gena.Glover@tgs.com, anessa.whitley@tgs.com;Camille.Edwards@tgs.com

Gena C Glover on behalf of Creditor TGS-NOPEC Geophysical Company
Gena.Glover@tgs.com, anessa.whitley@tgs.com;Camille.Edwards@tgs.com

Matthew A Gold on behalf of Creditor Argo Partners
courts@argopartners.net

Adam J. Goldberg on behalf of Creditor Committee Official Commitee of Unsecured Creditors

adam.goldberg@lw.com

Steven William Golden on behalf of Debtor Energy XXI Ltd
steven.golden@lockelord.com

Thomas H Grace on behalf of Interested Party DNOW, L.P.
thgrace@vorys.com, sghaskins@vorys.com;kbconiglio@vorys.com

Thomas H Grace on behalf of Interested Party National Oilwell Varco, L.P.
thgrace@vorys.com, sghaskins@vorys.com;kbconiglio@vorys.com

Tara L Grundemeier on behalf of Creditor Cypress-Fairbanks ISD
houston_bankruptcy@publicans.com

Tara L Grundemeier on behalf of Creditor ATTN. TARA L. GRUNDE HARRIS COUNTY
houston_bankruptcy@publicans.com

Aaron Matthew Guerrero on behalf of Creditor WesternGeco LLC
aaronguerrero@snowspencelaw.com,
janissherrill@snowspencelaw.com;marymartin@snowspencelaw.com

Jennifer Jaye Hardy on behalf of Creditor Wells Fargo Bank, N.A.
jhardy2@willkie.com, mao@willkie.com

Christopher Richard Harris on behalf of Creditor Committee Official Commitee of Unsecured
Creditors
christopher.harris@lw.com

Tammy D. Harris on behalf of Creditor Travis Sims
tdh@theyoungfirm.com

Michael S Haynes on behalf of Creditor Quail Tools, L.P.
mhaynes@gardere.com, nbowen@gardere.com;jcharrison@gardere.com

Michael S Haynes on behalf of Creditor Weatherford International, Inc.
mhaynes@gardere.com, nbowen@gardere.com;jcharrison@gardere.com

Paul E Heath on behalf of Debtor Anglo-Suisse Offshore Pipeline Partners, LLC
pheath@velaw.com

Paul E Heath on behalf of Debtor Delaware EPL of Texas, LLC
pheath@velaw.com

Paul E Heath on behalf of Debtor EPL Oil & Gas, Inc.
pheath@velaw.com

Paul E Heath on behalf of Debtor EPL Pioneer Houston, Inc.
pheath@velaw.com

Paul E Heath on behalf of Debtor EPL Pipeline, L.L.C.
pheath@velaw.com

Paul E Heath on behalf of Debtor EPL of Louisiana, L.L.C.
pheath@velaw.com

Paul E Heath on behalf of Debtor Energy Partners Ltd., LLC
pheath@velaw.com

Paul E Heath on behalf of Debtor Energy XXI GOM, LLC
pheath@velaw.com

Paul E Heath on behalf of Debtor Energy XXI Gulf Coast, Inc.
pheath@velaw.com

Paul E Heath on behalf of Debtor Energy XXI Holdings, Inc.
pheath@velaw.com

Paul E Heath on behalf of Debtor Energy XXI Leasehold, LLC
pheath@velaw.com

Paul E Heath on behalf of Debtor Energy XXI Ltd
pheath@velaw.com

Paul E Heath on behalf of Debtor Energy XXI Natural Gas Holdings, Inc.
pheath@velaw.com

Paul E Heath on behalf of Debtor Energy XXI Offshore Services, Inc.
pheath@velaw.com

Paul E Heath on behalf of Debtor Energy XXI Onshore, LLC
pheath@velaw.com

Paul E Heath on behalf of Debtor Energy XXI Pipeline II, LLC
pheath@velaw.com

Paul E Heath on behalf of Debtor Energy XXI Services, LLC
pheath@velaw.com

Paul E Heath on behalf of Debtor Energy XXI Texas Onshore, LLC
pheath@velaw.com

Paul E Heath on behalf of Debtor Energy XXI USA, Inc.

pheath@velaw.com

Paul E Heath on behalf of Debtor Energy XXI, Inc.
pheath@velaw.com

Paul E Heath on behalf of Debtor M21K, LLC
pheath@velaw.com

Paul E Heath on behalf of Debtor MS Onshore, LLC
pheath@velaw.com

Paul E Heath on behalf of Debtor Natural Gas Acquisition Company I, LLC
pheath@velaw.com

Paul E Heath on behalf of Debtor Nighthawk, L.L.C.
pheath@velaw.com

Paul E Heath on behalf of Debtor Soileau Catering, LLC
pheath@velaw.com

Marcus Alan Helt on behalf of Creditor Quail Tools, L.P.
mhelt@gardere.com, nbowen@gardere.com;acordero@gardere.com

Marcus Alan Helt on behalf of Creditor Weatherford International, Inc.
mhelt@gardere.com, nbowen@gardere.com;acordero@gardere.com

John F Higgins, IV on behalf of Interested Party Special Committee of the Board of EPL Oil & Gas, Inc.
jhiggins@porterhedges.com, ksteverson@porterhedges.com;emoreland@porterhedges.com

S Ault Hootsell, III on behalf of Creditor Laborde Marine Management, LLC
ault.hootsell@butlersnow.com, gwen.lesage@butlersnow.com;ECF.Notices@butlersnow.com

William James Hotze on behalf of Creditor Island Operating Company, Inc.
whotze@diamondmccarthy.com

William James Hotze on behalf of Interested Party Delaware Trust Company, as Successor Indenture Trustee
whotze@diamondmccarthy.com

Jay Walton Hurst on behalf of Creditor Texas Comptroller of Public Accounts
jay.hurst@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov

Chad J. Husnick on behalf of Debtor Energy Partners Ltd., LLC
chad.husnick@kirkland.com,
laura.krucks@kirkland.com;suj.pandya@kirkland.com;john.luze@kirkland.com;emily.geier@kir

kland.com;julia.foster@kirkland.com;maureen.mccarthy@kirkland.com;leslie.garthwaite@kirkl
and.com

Chad J. Husnick on behalf of Debtor Energy XXI GOM, LLC
chad.husnick@kirkland.com,
laura.krucks@kirkland.com;suj.pandya@kirkland.com;john.luze@kirkland.com;emily.geier@kir
kland.com;julia.foster@kirkland.com;maureen.mccarthy@kirkland.com;leslie.garthwaite@kirkl
and.com

Chad J. Husnick on behalf of Debtor Energy XXI Gulf Coast, Inc.
chad.husnick@kirkland.com,
laura.krucks@kirkland.com;suj.pandya@kirkland.com;john.luze@kirkland.com;emily.geier@kir
kland.com;julia.foster@kirkland.com;maureen.mccarthy@kirkland.com;leslie.garthwaite@kirkl
and.com

Chad J. Husnick on behalf of Debtor Energy XXI Holdings, Inc.
chad.husnick@kirkland.com,
laura.krucks@kirkland.com;suj.pandya@kirkland.com;john.luze@kirkland.com;emily.geier@kir
kland.com;julia.foster@kirkland.com;maureen.mccarthy@kirkland.com;leslie.garthwaite@kirkl
and.com

Chad J. Husnick on behalf of Debtor Energy XXI Leasehold, LLC
chad.husnick@kirkland.com,
laura.krucks@kirkland.com;suj.pandya@kirkland.com;john.luze@kirkland.com;emily.geier@kir
kland.com;julia.foster@kirkland.com;maureen.mccarthy@kirkland.com;leslie.garthwaite@kirkl
and.com

Chad J. Husnick on behalf of Debtor Energy XXI Ltd
chad.husnick@kirkland.com,
laura.krucks@kirkland.com;suj.pandya@kirkland.com;john.luze@kirkland.com;emily.geier@kir
kland.com;julia.foster@kirkland.com;maureen.mccarthy@kirkland.com;leslie.garthwaite@kirkl
and.com

Chad J. Husnick on behalf of Debtor Energy XXI Natural Gas Holdings, Inc.
chad.husnick@kirkland.com,
laura.krucks@kirkland.com;suj.pandya@kirkland.com;john.luze@kirkland.com;emily.geier@kir
kland.com;julia.foster@kirkland.com;maureen.mccarthy@kirkland.com;leslie.garthwaite@kirkl
and.com

Chad J. Husnick on behalf of Debtor Energy XXI Offshore Services, Inc.
chad.husnick@kirkland.com,
laura.krucks@kirkland.com;suj.pandya@kirkland.com;john.luze@kirkland.com;emily.geier@kir
kland.com;julia.foster@kirkland.com;maureen.mccarthy@kirkland.com;leslie.garthwaite@kirkl
and.com

Chad J. Husnick on behalf of Debtor Energy XXI Onshore, LLC

chad.husnick@kirkland.com,
laura.krucks@kirkland.com;suj.pandya@kirkland.com;john.luze@kirkland.com;emily.geier@kirkland.com;julia.foster@kirkland.com;maureen.mccarthy@kirkland.com;leslie.garthwaite@kirkland.com

Chad J. Husnick on behalf of Debtor Energy XXI Pipeline II, LLC
chad.husnick@kirkland.com,
laura.krucks@kirkland.com;suj.pandya@kirkland.com;john.luze@kirkland.com;emily.geier@kirkland.com;julia.foster@kirkland.com;maureen.mccarthy@kirkland.com;leslie.garthwaite@kirkland.com

Chad J. Husnick on behalf of Debtor Energy XXI Services, LLC
chad.husnick@kirkland.com,
laura.krucks@kirkland.com;suj.pandya@kirkland.com;john.luze@kirkland.com;emily.geier@kirkland.com;julia.foster@kirkland.com;maureen.mccarthy@kirkland.com;leslie.garthwaite@kirkland.com

Chad J. Husnick on behalf of Debtor Energy XXI Texas Onshore, LLC
chad.husnick@kirkland.com,
laura.krucks@kirkland.com;suj.pandya@kirkland.com;john.luze@kirkland.com;emily.geier@kirkland.com;julia.foster@kirkland.com;maureen.mccarthy@kirkland.com;leslie.garthwaite@kirkland.com

Chad J. Husnick on behalf of Debtor Energy XXI USA, Inc.
chad.husnick@kirkland.com,
laura.krucks@kirkland.com;suj.pandya@kirkland.com;john.luze@kirkland.com;emily.geier@kirkland.com;julia.foster@kirkland.com;maureen.mccarthy@kirkland.com;leslie.garthwaite@kirkland.com

Chad J. Husnick on behalf of Debtor Energy XXI, Inc.
chad.husnick@kirkland.com,
laura.krucks@kirkland.com;suj.pandya@kirkland.com;john.luze@kirkland.com;emily.geier@kirkland.com;julia.foster@kirkland.com;maureen.mccarthy@kirkland.com;leslie.garthwaite@kirkland.com

Dennis L. Jenkins on behalf of Creditor Ad Hoc Group of EPL Noteholders
dennis.jenkins@wilmerhale.com, andrew.glantz@wilmerhale.com

Dennis L. Jenkins on behalf of Interested Party Delaware Trust Company, as Successor Indenture Trustee
dennis.jenkins@wilmerhale.com, andrew.glantz@wilmerhale.com

Dennis L. Jenkins on behalf of Interested Party Unaffiliated Holders of the 8.25% Senior Notes due 2018 issued by EPL Oil & Gas, Inc.
dennis.jenkins@wilmerhale.com, andrew.glantz@wilmerhale.com

Philip K Jones, Jr on behalf of Creditor Starfish Pipeline Company
pkjones@liskow.com, dleblanc@liskow.com

Benjamin W Kadden on behalf of Creditor Adriatic Marine, L.L.C.
bkadden@lawla.com, jbriggett@lawla.com;speck@lawla.com;mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor B&J Martin, Inc.
bkadden@lawla.com, jbriggett@lawla.com;speck@lawla.com;mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Cudd Pressure Control, Inc.
bkadden@lawla.com, jbriggett@lawla.com;speck@lawla.com;mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Dynamic Production Services, Inc.
bkadden@lawla.com, jbriggett@lawla.com;speck@lawla.com;mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Fab-Con, Inc.
bkadden@lawla.com, jbriggett@lawla.com;speck@lawla.com;mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Fluid Crane & Construction, Inc.
bkadden@lawla.com, jbriggett@lawla.com;speck@lawla.com;mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Gulf Resource Management, Inc.
bkadden@lawla.com, jbriggett@lawla.com;speck@lawla.com;mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Louisiana Machinery Company, LLC
bkadden@lawla.com, jbriggett@lawla.com;speck@lawla.com;mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Patterson Services, Inc.
bkadden@lawla.com, jbriggett@lawla.com;speck@lawla.com;mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor SeaTran Marine, LLC
bkadden@lawla.com, jbriggett@lawla.com;speck@lawla.com;mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor United Construction Services, LLC
bkadden@lawla.com, jbriggett@lawla.com;speck@lawla.com;mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor United Fire & Safety, Inc.
bkadden@lawla.com, jbriggett@lawla.com;speck@lawla.com;mnguyen@lawla.com

Brian A Kilmer on behalf of Creditor Fieldwood Energy LLC
bkilmer@kcw-lawfirm.com, bkilmer@ecf.courtdrive.com

Richard A. Kincheloe on behalf of Creditor Internal Revenue Service
Richard.Kincheloe@usdoj.gov, denise.caldwell@usdoj.gov

Henry Arthur King on behalf of Creditor PHI, Inc.

hking@kingkrebs.com,
cwomack@kingkrebs.com;dbaldass@kingkrebs.com;jburmaster@kingkrebs.com

Lambert M Laperouse on behalf of Other Prof. Gieger, Laborde & Laperouse
laperouse@glllaw.com, hherrick@glllaw.com

Thomas E Lauria on behalf of Interested Party Ad Hoc Group of EGC Unsecured Noteholders
tlauria@whitecase.com,
tmacwright@whitecase.com;jdisanti@whitecase.com;mco@whitecase.com;azatz@whitecase.com;laura.grai@whitecase.com;melissa.dejoie@whitecase.com;camron.dowlatshahi@whitecase.com;neto.waite@whitecase.com

Thomas E Lauria on behalf of Interested Party Wilmington Trust, National Association, as Indenture Trustee
tlauria@whitecase.com,
tmacwright@whitecase.com;jdisanti@whitecase.com;mco@whitecase.com;azatz@whitecase.com;laura.grai@whitecase.com;melissa.dejoie@whitecase.com;camron.dowlatshahi@whitecase.com;neto.waite@whitecase.com

Paul Robert Lawrence on behalf of Creditor Ally Financial Inc.
prlawrence@LBandD.com, cbrown@lbandd.com

Tyler Nathaniel Layne on behalf of Interested Party U.S. Bank National Association, as Indenture Trustee
tyler.layne@wallerlaw.com, chris.cronk@wallerlaw.com

David Edward Lemke on behalf of Interested Party U.S. Bank National Association, as Indenture Trustee
david.lemke@wallerlaw.com, cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com

Justin A Levy on behalf of Creditor Committee Official Commitee of Unsecured Creditors
justin.levy@lw.com

Kim Ellen Lewinski on behalf of Creditor Wood Group PSN, Inc.
klewinski@dorelawgroup.net

Demetra L Liggins on behalf of Creditor Arena Energy LP
Demetra.Liggins@tklaw.com,
becky.diep@tklaw.com;Nashira.Parker@tklaw.com;tj.crittendon@tklaw.com;Shannon.Savage@tklaw.com

Demetra L Liggins on behalf of Creditor Arena Offshore, LP
Demetra.Liggins@tklaw.com,
becky.diep@tklaw.com;Nashira.Parker@tklaw.com;tj.crittendon@tklaw.com;Shannon.Savage@tklaw.com

Demetra L Liggins on behalf of Creditor Devon Energy Production Company, LP
Demetra.Liggins@tklaw.com,
becky.diep@tklaw.com;Nashira.Parker@tklaw.com;tj.crittendon@tklaw.com;Shannon.Savage@tklaw.com

Demetra L Liggins on behalf of Creditor Nexen Petroleum Offshore USA Inc.
Demetra.Liggins@tklaw.com,
becky.diep@tklaw.com;Nashira.Parker@tklaw.com;tj.crittendon@tklaw.com;Shannon.Savage@tklaw.com

Demetra L Liggins on behalf of Creditor Nexen Petroleum U.S.A. Inc.
Demetra.Liggins@tklaw.com,
becky.diep@tklaw.com;Nashira.Parker@tklaw.com;tj.crittendon@tklaw.com;Shannon.Savage@tklaw.com

Demetra L Liggins on behalf of Creditor Noble Energy, Inc.
Demetra.Liggins@tklaw.com,
becky.diep@tklaw.com;Nashira.Parker@tklaw.com;tj.crittendon@tklaw.com;Shannon.Savage@tklaw.com

Derek Jeffrey Linkous on behalf of Creditor Committee Official Commitee of Unsecured Creditors
derek.linkous@lw.com

Benjamin W. Loveland on behalf of Interested Party Unaffiliated Holders of the 8.25% Senior Notes due 2018 issued by EPL Oil & Gas, Inc.
Benjamin.loveland@wilmerhale.com, lauren.lifland@wilmerhale.com

Tristan E Manthey on behalf of Creditor Wellbore Fishing & Rental Tools, LLC
tmanthey@hellerdraper.com,
kfritscher@hellerdraper.com;cnobles@hellerdraper.com;lbush@hellerdraper.com

Tristan E Manthey on behalf of Creditor Committee Official Commitee of Unsecured Creditors
tmanthey@hellerdraper.com,
kfritscher@hellerdraper.com;cnobles@hellerdraper.com;lbush@hellerdraper.com

Tristan E Manthey on behalf of Creditor Committee Official Committee Of Unsecured Creditors
tmanthey@hellerdraper.com,
kfritscher@hellerdraper.com;cnobles@hellerdraper.com;lbush@hellerdraper.com

Kevin M Maraist on behalf of Creditor Archrock Partners Operating, L.L.C. and Archrock Services, L.P.
kmaraist@albmlaw.com

Simon Richard Mayer on behalf of Creditor Acadiana Valve Services & Supply LLC
srmayer@hwa.com, scastillo@hwa.com

Sylvia Ann Mayer on behalf of Creditor Stone Energy
smayer@smayerlaw.com

Zachary S McKay on behalf of Creditor Wood Group PSN, Inc.
zmckay@dorelawgroup.net

Todd C Meyers on behalf of Interested Party Ad Hoc Group of EGC Unsecured Noteholders
tmeyers@kilpatricktownsend.com,
rrahman@kilpatricktownsend.com;mwilliams@kilpatricktownsend.com;gfinizio@kilpatricktownsend.com;sagreen@kilpatricktownsend.com

Todd C Meyers on behalf of Interested Party Wilmington Trust, National Association, as Indenture Trustee
tmeyers@kilpatricktownsend.com,
rrahman@kilpatricktownsend.com;mwilliams@kilpatricktownsend.com;gfinizio@kilpatricktownsend.com;sagreen@kilpatricktownsend.com

Maria A Milano on behalf of Creditor Microsoft Corporation and Microsoft Licensing GP
mmilano@riddellwilliams.com

Mark Mintz on behalf of Creditor Gulf Island, LLC
mmintz@joneswalker.com, sliberio@joneswalker.com;hstewart@joneswalker.com

Leann Opotowsky Moses on behalf of Creditor Alliance Offshore, LLC and Alliance Energy Services, LLC
moses@carverdarden.com

John A Mouton, III on behalf of Creditor Cardinal Coil Tubing, LLC
john@jmoutonlaw.com, tammy@jmoutonlaw.com

John A Mouton, III on behalf of Creditor Cardinal Slickline, LLC
john@jmoutonlaw.com, tammy@jmoutonlaw.com

John A Mouton, III on behalf of Creditor Vesco Rental & Pressure Control, LLC
john@jmoutonlaw.com, tammy@jmoutonlaw.com

John A Mouton, III on behalf of Creditor W-Industries of Louisiana, LLC
john@jmoutonlaw.com, tammy@jmoutonlaw.com

Cherie Dessauer Nobles on behalf of Creditor Committee Official Commitee of Unsecured Creditors
cnobles@hellerdraper.com

Lisa Marie Norman on behalf of Creditor Subsurface Consultants & Associates, LLC
lnorman@andrewsmyers.com, jhinch@andrewsmyers.com

Reese A. O'Connor on behalf of Debtor EPL Pipeline, L.L.C.
roconnor@velaw.com

Reese A. O'Connor on behalf of Debtor 4.Anglo-Suisse Offshore Pipeline Partners, LLC
roconnor@velaw.com

Reese A. O'Connor on behalf of Debtor Anglo-Suisse Offshore Pipeline Partners, LLC
roconnor@velaw.com

Reese A. O'Connor on behalf of Debtor Delaware EPL of Texas, LLC
roconnor@velaw.com

Reese A. O'Connor on behalf of Debtor EPL Oil & Gas, Inc.
roconnor@velaw.com

Reese A. O'Connor on behalf of Debtor EPL Pioneer Houston, Inc.
roconnor@velaw.com

Reese A. O'Connor on behalf of Debtor EPL Pipeline, L.L.C.
roconnor@velaw.com

Reese A. O'Connor on behalf of Debtor EPL of Louisiana, L.L.C.
roconnor@velaw.com

Reese A. O'Connor on behalf of Debtor Energy Partners Ltd., LLC
roconnor@velaw.com

Reese A. O'Connor on behalf of Debtor Energy XXI GOM, LLC
roconnor@velaw.com

Reese A. O'Connor on behalf of Debtor Energy XXI Gulf Coast, Inc.
roconnor@velaw.com

Reese A. O'Connor on behalf of Debtor Energy XXI Holdings, Inc.
roconnor@velaw.com

Reese A. O'Connor on behalf of Debtor Energy XXI Leasehold, LLC
roconnor@velaw.com

Reese A. O'Connor on behalf of Debtor Energy XXI Ltd
roconnor@velaw.com

Reese A. O'Connor on behalf of Debtor Energy XXI Natural Gas Holdings, Inc.
roconnor@velaw.com

Reese A. O'Connor on behalf of Debtor Energy XXI Offshore Services, Inc.
roconnor@velaw.com

Reese A. O'Connor on behalf of Debtor Energy XXI Onshore, LLC
roconnor@velaw.com

Reese A. O'Connor on behalf of Debtor Energy XXI Pipeline II, LLC
roconnor@velaw.com

Reese A. O'Connor on behalf of Debtor Energy XXI Pipeline, LLC
roconnor@velaw.com

Reese A. O'Connor on behalf of Debtor Energy XXI Services, LLC
roconnor@velaw.com

Reese A. O'Connor on behalf of Debtor Energy XXI Texas Onshore, LLC
roconnor@velaw.com

Reese A. O'Connor on behalf of Debtor Energy XXI USA, Inc.
roconnor@velaw.com

Reese A. O'Connor on behalf of Debtor Energy XXI, Inc.
roconnor@velaw.com

Reese A. O'Connor on behalf of Debtor M21K, LLC
roconnor@velaw.com

Reese A. O'Connor on behalf of Debtor MS Onshore, LLC
roconnor@velaw.com

Reese A. O'Connor on behalf of Debtor Natural Gas Acquisition Company I, LLC
roconnor@velaw.com

Reese A. O'Connor on behalf of Debtor Nighthawk, L.L.C.
roconnor@velaw.com

Reese A. O'Connor on behalf of Debtor Soileau Catering, LLC
roconnor@velaw.com

Reese A. O'Connor on behalf of Defendant Energy XXI, Ltd
roconnor@velaw.com

Jean Paul Picou Overton on behalf of Creditor Warrior Energy Services Corporation
jeanpaul.overton@superiorenergy.com

William Patrick, III on behalf of Creditor Committee Official Commitee of Unsecured Creditors

wpatrick@hellerdraper.com

William Patrick, III on behalf of Creditor Committee Official Committee Of Unsecured
Creditors
wpatrick@hellerdraper.com

Stewart F Peck on behalf of Creditor Adriatic Marine, L.L.C.
speck@lawla.com

Stewart F Peck on behalf of Creditor B&J Martin, Inc.
speck@lawla.com

Stewart F Peck on behalf of Creditor Dynamic Production Services, Inc.
speck@lawla.com

Stewart F Peck on behalf of Creditor Fab-Con, Inc.
speck@lawla.com

Stewart F Peck on behalf of Creditor Fluid Crane & Construction, Inc.
speck@lawla.com

Stewart F Peck on behalf of Creditor Gulf Resource Management, Inc.
speck@lawla.com

Stewart F Peck on behalf of Creditor Industrial & Oilfield Services, Inc.
speck@lawla.com

Stewart F Peck on behalf of Creditor Louisiana Machinery Company, LLC
speck@lawla.com

Stewart F Peck on behalf of Creditor SeaTran Marine, LLC
speck@lawla.com

Stewart F Peck on behalf of Creditor United Fire & Safety, Inc.
speck@lawla.com

Gregory F Pesce on behalf of Debtor Energy Partners Ltd., LLC
gregory.pesce@kirkland.com,
maureen.mccarthy@kirkland.com;nathan.gimpel@kirkland.com;timothy.bow@kirkland.com;csr
oka@kirkland.com

Gregory F Pesce on behalf of Debtor Energy XXI GOM, LLC
gregory.pesce@kirkland.com,
maureen.mccarthy@kirkland.com;nathan.gimpel@kirkland.com;timothy.bow@kirkland.com;csr
oka@kirkland.com

Gregory F Pesce on behalf of Debtor Energy XXI Gulf Coast, Inc.
gregory.pesce@kirkland.com,
maureen.mccarthy@kirkland.com;nathan.gimpel@kirkland.com;timothy.bow@kirkland.com;csr
oka@kirkland.com

Gregory F Pesce on behalf of Debtor Energy XXI Holdings, Inc.
gregory.pesce@kirkland.com,
maureen.mccarthy@kirkland.com;nathan.gimpel@kirkland.com;timothy.bow@kirkland.com;csr
oka@kirkland.com

Gregory F Pesce on behalf of Debtor Energy XXI Leasehold, LLC
gregory.pesce@kirkland.com,
maureen.mccarthy@kirkland.com;nathan.gimpel@kirkland.com;timothy.bow@kirkland.com;csr
oka@kirkland.com

Gregory F Pesce on behalf of Debtor Energy XXI Ltd
gregory.pesce@kirkland.com,
maureen.mccarthy@kirkland.com;nathan.gimpel@kirkland.com;timothy.bow@kirkland.com;csr
oka@kirkland.com

Gregory F Pesce on behalf of Debtor Energy XXI Natural Gas Holdings, Inc.
gregory.pesce@kirkland.com,
maureen.mccarthy@kirkland.com;nathan.gimpel@kirkland.com;timothy.bow@kirkland.com;csr
oka@kirkland.com

Gregory F Pesce on behalf of Debtor Energy XXI Offshore Services, Inc.
gregory.pesce@kirkland.com,
maureen.mccarthy@kirkland.com;nathan.gimpel@kirkland.com;timothy.bow@kirkland.com;csr
oka@kirkland.com

Gregory F Pesce on behalf of Debtor Energy XXI Onshore, LLC
gregory.pesce@kirkland.com,
maureen.mccarthy@kirkland.com;nathan.gimpel@kirkland.com;timothy.bow@kirkland.com;csr
oka@kirkland.com

Gregory F Pesce on behalf of Debtor Energy XXI Services, LLC
gregory.pesce@kirkland.com,
maureen.mccarthy@kirkland.com;nathan.gimpel@kirkland.com;timothy.bow@kirkland.com;csr
oka@kirkland.com

Gregory F Pesce on behalf of Debtor Energy XXI Texas Onshore, LLC
gregory.pesce@kirkland.com,
maureen.mccarthy@kirkland.com;nathan.gimpel@kirkland.com;timothy.bow@kirkland.com;csr
oka@kirkland.com

Gregory F Pesce on behalf of Debtor Energy XXI USA, Inc.

gregory.pesce@kirkland.com,
maureen.mccarthy@kirkland.com;nathan.gimpel@kirkland.com;timothy.bow@kirkland.com;csr
oka@kirkland.com

Gregory F Pesce on behalf of Debtor Energy XXI, Inc.
gregory.pesce@kirkland.com,
maureen.mccarthy@kirkland.com;nathan.gimpel@kirkland.com;timothy.bow@kirkland.com;csr
oka@kirkland.com

Lisa Ann Powell on behalf of Creditor Capital One, N.A.
lpowell@jw.com, msalinas@jw.com;ygalvin@jw.com

Patricia Williams Prewitt on behalf of Creditor EP Energy E&P Company, LP
pwp@pattiprewittlaw.com

Patricia Williams Prewitt on behalf of Creditor Tennessee Gas Pipeline Company, LLC
pwp@pattiprewittlaw.com

Patricia Williams Prewitt on behalf of Creditor Venice Energy Services and Venice Gathering
System
pwp@pattiprewittlaw.com

Steven Travis Ramos on behalf of Interested Party Broussard Brothers Inc
sramos@andrus-boudreaux.com

Adam S Ravin on behalf of Creditor Committee Official Commitee of Unsecured Creditors
adam.ravin@lw.com

Robert S Reich on behalf of Creditor Bordelon Marine, Inc.
rreich@rapllclaw.com,
lplunkett@rapllclaw.com;hchandler@rapllclaw.com;lmatlock@rapllclaw.com;mwyatt@rapllcla
w.com

Robert S Reich on behalf of Creditor Offshore Liftboats, LLC
rreich@rapllclaw.com,
lplunkett@rapllclaw.com;hchandler@rapllclaw.com;lmatlock@rapllclaw.com;mwyatt@rapllcla
w.com

Ryan J Richmond on behalf of Creditor Advanced Fire & Safety, LLC
rrichmond@stewartrobbins.com, ryan.richmond.cmecf@gmail.com;kheard@stewartrobbins.com

Ryan J Richmond on behalf of Creditor Production Inland Crews, LLC
rrichmond@stewartrobbins.com, ryan.richmond.cmecf@gmail.com;kheard@stewartrobbins.com

Paul J. Ricotta on behalf of Creditor Wilmington Savings Fund Society, FSB
pjricotta@mintz.com

Paul J. Ricotta on behalf of Interested Party Wilmington Trust, National Association, as
Indenture Trustee
pjricotta@mintz.com

Edward L Rothberg on behalf of Attorney Hoover Slovacek LLP
rothberg@hooverslovacek.com,
ELRbankruptcy@gmail.com,ray@hooverslovacek.com;hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Creditor Ad Hoc Committee of Equity Holders
rothberg@hooverslovacek.com,
ELRbankruptcy@gmail.com,ray@hooverslovacek.com;hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Interested Party Official Committee of Equity Security Holders
rothberg@hooverslovacek.com,
ELRbankruptcy@gmail.com,ray@hooverslovacek.com;hsllpbankruptcy@gmail.com

Edward L Rothberg on behalf of Plaintiff Official Committee of Equity Security Holders
rothberg@hooverslovacek.com,
ELRbankruptcy@gmail.com,ray@hooverslovacek.com;hsllpbankruptcy@gmail.com

Michael D Rubenstein on behalf of Creditor A2D Technologies, Inc., d/b/a TGS Geological
Products and Services
mdrubenstein@liskow.com

Michael D Rubenstein on behalf of Creditor TGS-NOPEC Geophysical Company
mdrubenstein@liskow.com

Michael D Rubenstein on behalf of Creditor TGS-NOPEC Geophysical Company ASA
mdrubenstein@liskow.com

Robin Russell on behalf of Interested Party Special Committee of the Board of Energy XXI Gulf
Coast, Inc.
rrussell@andrewskurth.com

Robin Russell on behalf of Spec. Counsel Andrews Kurth Kenyon LLP
rrussell@andrewskurth.com

Bruce J. Ruzinsky on behalf of Creditor Capital One, N.A.
bruzinsky@jw.com, ygalvin@jw.com;bhowell@jw.com

Bruce J. Ruzinsky on behalf of Creditor Geophyiscal Pursuit, Inc.
bruzinsky@jw.com, ygalvin@jw.com;bhowell@jw.com

Craig A Ryan on behalf of Creditor Flow Petroleum Services, Inc.
ryan@onebane.com

Michael C. Sanders on behalf of Creditor W&T Offshore, Inc.
mcs@sanderswillyard.com, bb@sanderswillyard.com;cjl@sanderswillyard.com

William Allen Schafer on behalf of Creditor Abe's Boat Rental, Inc.
allen@lobranolaw.com

Ryan Michael Seidemann on behalf of Creditor State of Louisiana, Dept. of Natural Resources, OMR
seidemannr@ag.state.la.us, lentoc@ag.state.la.us

Mitchell A Seider on behalf of Creditor Committee Official Commitee of Unsecured Creditors
mitchell.seider@lw.com

Gina D Shearer on behalf of Creditor Aspen American Insurance Company
gshearer@l-llp.com, tbarrera@l-llp.com;gshearer@ecf.courtdrive.com

Gina D Shearer on behalf of Creditor Chubb Group of Insurance Companies including Westchester Fire Insurance Company
gshearer@l-llp.com, tbarrera@l-llp.com;gshearer@ecf.courtdrive.com

Gina D Shearer on behalf of Creditor Liberty Mutual Insurance Company
gshearer@l-llp.com, tbarrera@l-llp.com;gshearer@ecf.courtdrive.com

Patrick M. Shelby on behalf of Creditor Wellbore Fishing & Rental Tools, LLC
rick.shelby@kellyhart.com

Barnet B Skelton, Jr on behalf of Creditor Nexen Petroleum Offshore USA Inc.
barnetbjr@msn.com

Phil F Snow, Jr on behalf of Creditor WesternGeco LLC
philsnow@snowspencelaw.com,
janissherrill@snowspencelaw.com;lauraterrell@snowspencelaw.com

Owen Mark Sonik on behalf of Creditor Sheldon Independent School District
osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com

Steven W Soule on behalf of Creditor Discovery Gas Transmision, LL
ssoule@hallestill.com

Steven W Soule on behalf of Creditor Discovery Producer Services, LLC
ssoule@hallestill.com

Steven W Soule on behalf of Creditor Transcontinental Gas Pipe Line Company, L.L.C.
ssoule@hallestill.com

Marcus Raymond Spagnoletti on behalf of Creditor Sherwin Joseph
marcus@spaglaw.com

Gregory M. Starner on behalf of Interested Party Ad Hoc Group of EGC Unsecured Noteholders
gstarner@whitecase.com

Michael Edward Streich on behalf of Creditor Barry Graham Oil Service, L.L. C.
Michael.Streich@phelps.com

Norman C. Sullivan, Jr on behalf of Creditor KJS Towing, Inc.
nsullivan@frvf-law.com, cvollenweider@frvf-law.com;JoeS@ckor.com

Adam Raines Swonke on behalf of Creditor Prosperity Bank, N.A.
aswonke@wellscuellar.com

Adam Raines Swonke on behalf of Creditor Superior Natural Gas Corporation
aswonke@wellscuellar.com

Adam Raines Swonke on behalf of Creditor Superior Processing Services Corporation
aswonke@wellscuellar.com

Timothy Thriffiley on behalf of Creditor River Rental Tools, Inc.
tthriffiley@pivachlaw.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Heather Ann Waller on behalf of Creditor Committee Official Commitee of Unsecured Creditors
heather.waller@lw.com, chefiling@lw.com

Charles Brittain Walther on behalf of Creditor Dolphin Energy Equipment, LLC
bwalther@wwmlawyers.com

Michael D Warner on behalf of Interested Party Ad Hoc Group of EGC Unsecured Noteholders
mwarner@coleschotz.com, klabrada@coleschotz.com

Michael D Warner on behalf of Interested Party Wilmington Trust, National Association, as
Indenture Trustee
mwarner@coleschotz.com, klabrada@coleschotz.com

Gregory M Weinstein on behalf of Creditor Philadelphia Indemnity Insurance Companies
gweinstein@weinrad.com, jwitte@weinrad.com;wphillips@weinrad.com

Morris Dean Weiss on behalf of Interested Party U.S. Bank National Association, as Indenture
Trustee
morris.weiss@wallerlaw.com, sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com

Timothy L. Wentworth on behalf of Creditor Christopher Morvant
tim.wentworth@cagehill.com, staff@cagehill.com

Stephen Lynn Williamson on behalf of Creditor Fugro Chance, Inc.
swilliamson@monbar.com, mokeefe@monbar.com

Douglas Wolfe on behalf of Creditor ASM Capital V, L.P.
dwolfe@asmcapital.com

Douglas Wolfe on behalf of Creditor ASM SPV, L.P.
dwolfe@asmcapital.com

Douglas Wolfe on behalf of Creditor Sparta Group MA LLC, Series 20
dwolfe@asmcapital.com

William Alfred Wood, III on behalf of Creditor Eni Petroleum US LLC
Trey.Wood@bracewelllaw.com

Matthew G Wylie on behalf of Creditor RCP Inc
mwylie@wylie-law.com

Timothy A York on behalf of Creditor RLI Insurance Company
tyork@qslwm.com, nchancellor@qslwm.com

Victor Weitao Zhao on behalf of Interested Party United States Department of the Interior
victor.w.zhao@usdoj.gov

Andrew B Zollinger on behalf of Auditor BDO USA, LLP
andrew.zollinger@dlapiper.com, eli.burris@dlapiper.com;andrew-zollinger-
7649@ecf.pacerpro.com