XPRESS SUPPLY, L.L.C.
1906 ENGINEERS ROAD
BELLE CHASSE, LA  70037

(504)394-4888
tommy@xpresssupply.com
http://www.xpresssupply.com

# Statement

| Date | Statement # |
|------|-------------|
| 02/06/2017 | 3287 |

To:

EPL OIL & GAS
1021 MAIN STREET
SUITE 2626
HOUSTON, TX  77002

| Amount Due | Enclosed |
|------------|----------|
| $19,268.95 | |

Please detach top portion and return with your payment.

| Date | Activity | Amount | Open Amount |
|------|----------|--------|-------------|
| 02/01/2016 | Invoice #11622: Due 03/02/2016. | 869.00 | 869.00 |
| 02/02/2016 | Invoice #11603: Due 03/03/2016. | 268.00 | 268.00 |
| 02/02/2016 | Invoice #11624: Due 03/03/2016. | 425.00 | 425.00 |
| 02/05/2016 | Invoice #11615: Due 03/06/2016. | 283.00 | 283.00 |
| 02/16/2016 | Invoice #11631: Due 03/17/2016. | 1,180.00 | 1,180.00 |
| 02/16/2016 | Invoice #11632: Due 03/17/2016. | 957.50 | 957.50 |
| 02/16/2016 | Invoice #11642: Due 03/17/2016. | 1,144.00 | 1,144.00 |
| 02/29/2016 | Invoice #11692: Due 03/30/2016. | 646.00 | 646.00 |
| 03/02/2016 | Invoice #11690: Due 04/01/2016. | 648.00 | 648.00 |
| 03/02/2016 | Invoice #11718: Due 04/01/2016. | 635.00 | 635.00 |
| 03/07/2016 | Invoice #11702: Due 04/06/2016. | 117.45 | 117.45 |
| 03/07/2016 | Invoice #11721: Due 04/06/2016. | 490.00 | 490.00 |
| 03/10/2016 | Invoice #11665: Due 04/09/2016. | 412.00 | 412.00 |
| 03/10/2016 | Invoice #11727: Due 04/09/2016. | 1,429.00 | 1,429.00 |
| 03/10/2016 | Invoice #11729: Due 04/09/2016. | 1,571.50 | 1,571.50 |
| 03/10/2016 | Invoice #11733: Due 04/09/2016. | 433.00 | 433.00 |
| 03/21/2016 | Invoice #11766: Due 04/20/2016. | 3,760.50 | 3,760.50 |
| 03/23/2016 | Invoice #11807: Due 04/22/2016. | 325.00 | 325.00 |
| 03/25/2016 | Invoice #11798: Due 04/24/2016. | 175.00 | 175.00 |
| 03/25/2016 | Invoice #11812: Due 04/24/2016. | 125.00 | 125.00 |
| 03/30/2016 | Invoice #11802: Due 04/29/2016. | 615.00 | 615.00 |
| 03/31/2016 | Invoice #11828: Due 04/30/2016. | 2,760.00 | 2,760.00 |

| Current Due | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | 90+ Days Past Due | Amount Due |
|-------------|--------------------|--------------------|--------------------|-------------------|------------|
| $0.00 | $0.00 | $0.00 | $0.00 | $19,268.95 | $19,268.95 |

Exhibit A

**XPRESS SUPPLY, L.L.C.**
1906 ENGINEERS ROAD
BELLE CHASSE, LA 70037
(504)394-4888
tommy@xpresssupply.com
http://www.xpresssupply.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| EPL OIL & GAS | EPL OIL & GAS |
| 1021 MAIN STREET | 1021 MAIN STREET |
| SUITE 2626 | SUITE 2626 |
| HOUSTON, TX 77002 | HOUSTON, TX 77002 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11622 | 02/01/2016 | $869.00 | 03/02/2016 | Net 30 | |

| SHIP DATE | SHIP VIA | P.O. # | ORDERED BY | LOCATION |
|---|---|---|---|---|
| 02/01/2016 | Our Truck | FC101318-9669-2785 | Stephen Trochesset | SP 78 (SP 57/58/77/78) |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 1/2 couplings | 12 | 1.50 | 18.00 |
| 1/2" SS tubing tees | 12 | 29.50 | 354.00 |
| 1/2" tube x 1/2" MNPT SS straight connectors | 12 | 14.00 | 168.00 |
| 3/8" tube x 1/2" MNPT SS straight connectors | 12 | 12.00 | 144.00 |
| 3/4" x 1/2" bushingd | 12 | 1.75 | 21.00 |
| 1/2" x 1/4" bushings | 12 | 1.00 | 12.00 |
| 1" x 1/2" bushings | 12 | 2.25 | 27.00 |
| 1 gal. Dab A Doo hand cleaner | 4 | 20.00 | 80.00 |
| 25# bag Turkish towels | 1 | 35.00 | 35.00 |
| 25ft tape measures | 2 | 5.00 | 10.00 |

Please REMIT to:
GULF COAST BANK & TRUST COMPANY
FOR THE ACCOUNT OF: XPRESS SUPPLY, LLC
P.O. BOX 731152
DALLAS, TX 75373-1152

| BALANCE DUE | |
|---|---|
| | **$869.00** |

**XPRESS SUPPLY, L.L.C.**
1906 ENGINEERS ROAD
BELLE CHASSE, LA  70037
(504)394-4888
tommy@xpresssupply.com
http://www.xpresssupply.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| EPL OIL & GAS | EPL OIL & GAS |
| 1021 MAIN STREET | 1021 MAIN STREET |
| SUITE 2626 | SUITE 2626 |
| HOUSTON, TX  77002 | HOUSTON, TX  77002 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11603 | 02/02/2016 | $268.00 | 03/03/2016 | Net 30 | |

| SHIP DATE | SHIP VIA | P.O. # | ORDERED BY | LOCATION |
|---|---|---|---|---|
| 02/02/2016 | Our Truck | FC100907-9495-2785 | David Freeland | EI 258 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 05161A 6 pole magnet | 1 | 28.00 | 28.00 |
| 05158 nose cone o-ring | 1 | 6.00 | 6.00 |
| 05160C nose cone assembly | 1 | 93.00 | 93.00 |
| 05163PG flange bearings | 1 | 14.00 | 14.00 |
| 05165B front bearing cap | 1 | 5.00 | 5.00 |
| 08234 propeller | 1 | 55.00 | 55.00 |
| 05194 propeller nut wrench | 1 | 6.00 | 6.00 |
| 05187 propeller nut | 1 | 6.00 | 6.00 |
| 05164C propeller shaft w/ hub | 1 | 55.00 | 55.00 |

Please REMIT to:
GULF COAST BANK & TRUST COMPANY
FOR THE ACCOUNT OF: XPRESS SUPPLY, LLC
P.O. BOX 731152
DALLAS, TX 75373-1152

**BALANCE DUE**

# $268.00

**XPRESS SUPPLY, L.L.C.**
1906 ENGINEERS ROAD
BELLE CHASSE, LA  70037
(504)394-4888
tommy@xpresssupply.com
http://www.xpresssupply.com

## Invoice



| BILL TO | SHIP TO |
|---|---|
| EPL OIL & GAS | EPL OIL & GAS |
| 1021 MAIN STREET | 1021 MAIN STREET |
| SUITE 2626 | SUITE 2626 |
| HOUSTON, TX  77002 | HOUSTON, TX  77002 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11624 | 02/02/2016 | $425.00 | 03/03/2016 | Net 30 | |

| SHIP DATE | SHIP VIA | P.O. # | ORDERED BY | LOCATION |
|---|---|---|---|---|
| 02/02/2016 | Our Truck | FC101216-9850-2785 | Charlie James | WD 29 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Cargo bags | 25 | 17.00 | 425.00 |

Please REMIT to:
GULF COAST BANK & TRUST COMPANY
FOR THE ACCOUNT OF: XPRESS SUPPLY, LLC
P.O. BOX 731152
DALLAS, TX 75373-1152

**BALANCE DUE**                    **$425.00**

**XPRESS SUPPLY, L.L.C.**
1906 ENGINEERS ROAD
BELLE CHASSE, LA  70037
(504)394-4888
tommy@xpresssupply.com
http://www.xpresssupply.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| EPL OIL & GAS<br>1021 MAIN STREET<br>SUITE 2626<br>HOUSTON, TX  77002 | EPL OIL & GAS<br>1021 MAIN STREET<br>SUITE 2626<br>HOUSTON, TX  77002 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11615 | 02/05/2016 | $283.00 | 03/06/2016 | Net 30 | |

| SHIP DATE | SHIP VIA | P.O. # | ORDERED BY | LOCATION |
|---|---|---|---|---|
| 02/05/2016 | Our Truck | FC101318-9708-2785 | Stephen Trochesset | SP 78 (SP 57/58/77/78) |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| #6Y864 grease fitting set | 1 | 85.00 | 85.00 |
| #6GRN2 ball pein hammer set | 1 | 98.50 | 98.50 |
| Kenco .50KFS 1/2" Kenco valve | 1 | 99.50 | 99.50 |

Please REMIT to:
GULF COAST BANK & TRUST COMPANY
FOR THE ACCOUNT OF: XPRESS SUPPLY, LLC
P.O. BOX 731152
DALLAS, TX 75373-1152

**BALANCE DUE**          **$283.00**

**XPRESS SUPPLY, L.L.C.**
1906 ENGINEERS ROAD
BELLE CHASSE, LA  70037
(504)394-4888
tommy@xpresssupply.com
http://www.xpresssupply.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| EPL OIL & GAS | EPL OIL & GAS |
| 1021 MAIN STREET | 1021 MAIN STREET |
| SUITE 2626 | SUITE 2626 |
| HOUSTON, TX  77002 | HOUSTON, TX  77002 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11631 | 02/16/2016 | $1,180.00 | 03/17/2016 | Net 30 | |

| SHIP DATE | SHIP VIA | P.O. # | ORDERED BY | LOCATION |
|---|---|---|---|---|
| 02/16/2016 | Our Truck | FC101201-9828-2785 | Benjamin Roberts | SS 208/SS-209 A |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Swagelok 3/8" wrench MS-RW-600 | 1 | 35.00 | 35.00 |
| Swagelok 1/4" wrench MS-RW-400 | 1 | 33.00 | 33.00 |
| Dozen Flextech gloves Y9277L | 1 | 33.00 | 33.00 |
| Dozen reversible knit gloves P4715Q | 1 | 14.00 | 14.00 |
| 4 ton ratchet cable puller | 1 | 395.00 | 395.00 |
| 1 ton ratchet cable puller | 2 | 325.00 | 650.00 |
| 24" x 5" dust mop EA245GSP/White | 1 | 20.00 | 20.00 |

Please REMIT to:
GULF COAST BANK & TRUST COMPANY
FOR THE ACCOUNT OF: XPRESS SUPPLY, LLC
P.O. BOX 731152
DALLAS, TX 75373-1152

**BALANCE DUE**          **$1,180.00**

**XPRESS SUPPLY, L.L.C.**
1906 ENGINEERS ROAD
BELLE CHASSE, LA  70037
(504)394-4888
tommy@xpresssupply.com
http://www.xpresssupply.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| EPL OIL & GAS | EPL OIL & GAS |
| 1021 MAIN STREET | 1021 MAIN STREET |
| SUITE 2626 | SUITE 2626 |
| HOUSTON, TX  77002 | HOUSTON, TX  77002 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11632 | 02/16/2016 | $957.50 | 03/17/2016 | Net 30 | |

| SHIP DATE | SHIP VIA | P.O. # | ORDERED BY | LOCATION |
|---|---|---|---|---|
| 02/16/2016 | Our Truck | FC10201-9829-2785 | Benjamin Roberts | SS 208/SS 209 A |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 1/2" thick sight glass rubbers pack 25 pc | 2 | 2.25 | 4.50 |
| Bundles of pads | 8 | 17.00 | 136.00 |
| 1" brass camlock fittings female | 6 | 13.00 | 78.00 |
| 1" brass camlock fittings male | 6 | 8.50 | 51.00 |
| Ft clear poly flow hose | 100 | 0.35 | 35.00 |
| Case 20 pc H2O pleated cartridge FT05042 | 1 | 525.00 | 525.00 |
| Rolls Gorilla tape | 6 | 13.00 | 78.00 |
| Tubes clear silicone | 4 | 6.50 | 26.00 |
| Dust Off compressed air | 6 | 4.00 | 24.00 |

Please REMIT to:
GULF COAST BANK & TRUST COMPANY
FOR THE ACCOUNT OF: XPRESS SUPPLY, LLC
P.O. BOX 731152
DALLAS, TX 75373-1152

**BALANCE DUE**

**$957.50**

**XPRESS SUPPLY, L.L.C.**
1906 ENGINEERS ROAD
BELLE CHASSE, LA 70037
(504)394-4888
tommy@xpresssupply.com
http://www.xpresssupply.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| EPL OIL & GAS | EPL OIL & GAS |
| 1021 MAIN STREET | 1021 MAIN STREET |
| SUITE 2626 | SUITE 2626 |
| HOUSTON, TX 77002 | HOUSTON, TX 77002 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11642 | 02/16/2016 | $1,144.00 | 03/17/2016 | Net 30 | |

| SHIP DATE | SHIP VIA | P.O. # | ORDERED BY | LOCATION |
|---|---|---|---|---|
| 02/16/2016 | Our Truck | FC101201-9874-2785 | Grant Guinn | SS 208 H |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 0-1500# 4" x 1/2" liquid filled SS pressure gauges | 2 | 38.00 | 76.00 |
| 0-3000# 4" x 1/2" liquid filled SS pressure gauges | 2 | 38.00 | 76.00 |
| Box Pilot G-2 black ink pens | 1 | 20.00 | 20.00 |
| 1/2" 2000# SS ball valves | 4 | 25.00 | 100.00 |
| 2 pack C batteries | 2 | 3.00 | 6.00 |
| Rolls 1/2" teflon tape | 15 | 2.00 | 30.00 |
| 10 ft fiberglass ladder | 1 | 185.00 | 185.00 |
| #22UR90 toilet lever | 1 | 11.00 | 11.00 |
| Rolls 2" foam tape | 10 | 8.50 | 85.00 |
| Cases 1" x 6' pipe insulation | 3 | 185.00 | 555.00 |

Please REMIT to:
GULF COAST BANK & TRUST COMPANY
FOR THE ACCOUNT OF: XPRESS SUPPLY, LLC
P.O. BOX 731152
DALLAS, TX 75373-1152

**BALANCE DUE**          **$1,144.00**

**XPRESS SUPPLY, L.L.C.**
1906 ENGINEERS ROAD
BELLE CHASSE, LA  70037
(504)394-4888
tommy@xpresssupply.com
http://www.xpresssupply.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| EPL OIL & GAS | EPL OIL & GAS |
| 1021 MAIN STREET | 1021 MAIN STREET |
| SUITE 2626 | SUITE 2626 |
| HOUSTON, TX  77002 | HOUSTON, TX  77002 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11692 | 02/29/2016 | $646.00 | 03/30/2016 | Net 30 | |

| SHIP DATE | SHIP VIA | P.O. # | ORDERED BY | LOCATION |
|---|---|---|---|---|
| 02/29/2016 | Our Truck | FC101310-10549-2785 | David Freeland/Robert May | SM 78 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Pails w/ grounding clamps | 6 | 25.00 | 150.00 |
| Cases copy paper | 2 | 50.00 | 100.00 |
| Rolls duct tape | 6 | 8.00 | 48.00 |
| Rolls paper towels | 24 | 2.00 | 48.00 |
| 16 pack rolls toilet paper | 4 | 9.00 | 36.00 |
| Bottles toilet bowl cleaner | 4 | 13.00 | 52.00 |
| Bottles Tide detergent | 4 | 15.00 | 60.00 |
| Bottles 409 cleaner | 4 | 5.00 | 20.00 |
| Dial hand soap | 6 | 7.00 | 42.00 |
| Packs Chinet plates | 6 | 15.00 | 90.00 |

Please REMIT to:
GULF COAST BANK & TRUST COMPANY
FOR THE ACCOUNT OF: XPRESS SUPPLY, LLC
P.O. BOX 731152
DALLAS, TX 75373-1152

**BALANCE DUE**          **$646.00**

**XPRESS SUPPLY, L.L.C.**
1906 ENGINEERS ROAD
BELLE CHASSE, LA  70037
(504)394-4888
tommy@xpresssupply.com
http://www.xpresssupply.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| EPL OIL & GAS | EPL OIL & GAS |
| 1021 MAIN STREET | 1021 MAIN STREET |
| SUITE 2626 | SUITE 2626 |
| HOUSTON, TX  77002 | HOUSTON, TX  77002 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11690 | 03/02/2016 | $648.00 | 04/01/2016 | Net 30 | |

| SHIP DATE | SHIP VIA | P.O. # | ORDERED BY | LOCATION |
|---|---|---|---|---|
| 03/02/2016 | Our Truck | FC101318-10510-2785 | Stephen Trochesset | SP 78 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 1" male x 1" male aluminum camlock fittings | 12 | 7.50 | 90.00 |
| 1" female x 1" male aluminum camlock fittings | 12 | 7.50 | 90.00 |
| 1" male x 1" female aluminum camlock fittings | 12 | 7.50 | 90.00 |
| 1" female x 1" female aluminum camlock fittings | 12 | 7.50 | 90.00 |
| #4CW54 Ridgid tubing cutters | 3 | 30.00 | 90.00 |
| #15V165 Proto ignition wrench sets | 2 | 99.00 | 198.00 |

Please REMIT to:
GULF COAST BANK & TRUST COMPANY
FOR THE ACCOUNT OF: XPRESS SUPPLY, LLC
P.O. BOX 731152
DALLAS, TX 75373-1152

**BALANCE DUE**

**$648.00**

**XPRESS SUPPLY, L.L.C.**
1906 ENGINEERS ROAD
BELLE CHASSE, LA  70037
(504)394-4888
tommy@xpresssupply.com
http://www.xpresssupply.com

# Invoice



| BILL TO | SHIP TO |
| --- | --- |
| EPL OIL & GAS<br>1021 MAIN STREET<br>SUITE 2626<br>HOUSTON, TX  77002 | EPL OIL & GAS<br>1021 MAIN STREET<br>SUITE 2626<br>HOUSTON, TX  77002 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 11718 | 03/02/2016 | $635.00 | 04/01/2016 | Net 30 | |

| SHIP DATE | SHIP VIA | P.O. # | ORDERED BY | LOCATION |
| --- | --- | --- | --- | --- |
| 03/02/2016 | Our Truck | FC101318-10698-2785 | Stephen Trochesset | SP 78 |

| ACTIVITY | QTY | RATE | AMOUNT |
| --- | --- | --- | --- |
| 26" x 12' 18 gauge galv. corrugated tin | 8 | 75.00 | 600.00 |
| 2" roofing screws | 100 | 0.35 | 35.00 |

Please REMIT to:
GULF COAST BANK & TRUST COMPANY
FOR THE ACCOUNT OF: XPRESS SUPPLY, LLC
P.O. BOX 731152
DALLAS, TX 75373-1152

**BALANCE DUE**          **$635.00**

**XPRESS SUPPLY, L.L.C.**
1906 ENGINEERS ROAD
BELLE CHASSE, LA  70037
(504)394-4888
tommy@xpresssupply.com
http://www.xpresssupply.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| EPL OIL & GAS | EPL OIL & GAS |
| 1021 MAIN STREET | 1021 MAIN STREET |
| SUITE 2626 | SUITE 2626 |
| HOUSTON, TX  77002 | HOUSTON, TX  77002 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11702 | 03/07/2016 | $117.45 | 04/06/2016 | Net 30 | |

| SHIP DATE | SHIP VIA | P.O. # | ORDERED BY | LOCATION |
|---|---|---|---|---|
| 03/01/2016 | Our Truck | FC101216-10568-2785 | Kirk Vidrine | WD 29 A |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Dryer idler pulley | 1 | 19.95 | 19.95 |
| Dryer drive motor | 1 | 97.50 | 97.50 |

Please REMIT to:
GULF COAST BANK & TRUST COMPANY
FOR THE ACCOUNT OF: XPRESS SUPPLY, LLC
P.O. BOX 731152
DALLAS, TX 75373-1152

**BALANCE DUE**          **$117.45**

**XPRESS SUPPLY, L.L.C.**
1906 ENGINEERS ROAD
BELLE CHASSE, LA  70037
(504)394-4888
tommy@xpresssupply.com
http://www.xpresssupply.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| EPL OIL & GAS | EPL OIL & GAS |
| 1021 MAIN STREET | 1021 MAIN STREET |
| SUITE 2626 | SUITE 2626 |
| HOUSTON, TX  77002 | HOUSTON, TX  77002 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11721 | 03/07/2016 | $490.00 | 04/06/2016 | Net 30 | |

| SHIP DATE | SHIP VIA | P.O. # | ORDERED BY | LOCATION |
|---|---|---|---|---|
| 03/01/2016 | Our Truck | FC101216-10717-2785 | Charlie James | WD 29 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 4" paint roller covers | 10 | 4.00 | 40.00 |
| 2" paint brushes | 10 | 1.00 | 10.00 |
| Gal. Rustoleum gray paint | 4 | 55.00 | 220.00 |
| Gal. Rustoleum safety yellow paint | 4 | 55.00 | 220.00 |

Please REMIT to:
GULF COAST BANK & TRUST COMPANY
FOR THE ACCOUNT OF: XPRESS SUPPLY, LLC
P.O. BOX 731152
DALLAS, TX 75373-1152

**BALANCE DUE**          **$490.00**

**XPRESS SUPPLY, L.L.C.**
1906 ENGINEERS ROAD
BELLE CHASSE, LA  70037
(504)394-4888
tommy@xpresssupply.com
http://www.xpresssupply.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| EPL OIL & GAS | EPL OIL & GAS |
| 1021 MAIN STREET | 1021 MAIN STREET |
| SUITE 2626 | SUITE 2626 |
| HOUSTON, TX  77002 | HOUSTON, TX  77002 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11665 | 03/10/2016 | $412.00 | 04/09/2016 | Net 30 | |

| SHIP DATE | SHIP VIA | P.O. # | ORDERED BY | LOCATION |
|---|---|---|---|---|
| 03/10/2016 | Our Truck | FC101201-10307-2785 | Grant Guinn | SS 208 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Universal flushometer toilet | 1 | 145.00 | 145.00 |
| American Standard toilet | 1 | 135.00 | 135.00 |
| Extra thick toilet gasket | 1 | 7.00 | 7.00 |
| Elongated toilet seat | 1 | 35.00 | 35.00 |
| Bottles Ibuprofen | 3 | 30.00 | 90.00 |

Please REMIT to:
GULF COAST BANK & TRUST COMPANY
FOR THE ACCOUNT OF: XPRESS SUPPLY, LLC
P.O. BOX 731152
DALLAS, TX 75373-1152

**BALANCE DUE**      **$412.00**

**XPRESS SUPPLY, L.L.C.**
1906 ENGINEERS ROAD
BELLE CHASSE, LA 70037
(504)394-4888
tommy@xpresssupply.com
http://www.xpresssupply.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| EPL OIL & GAS | EPL OIL & GAS |
| 1021 MAIN STREET | 1021 MAIN STREET |
| SUITE 2626 | SUITE 2626 |
| HOUSTON, TX 77002 | HOUSTON, TX 77002 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11727 | 03/10/2016 | $1,429.00 | 04/09/2016 | Net 30 | |

| SHIP DATE | SHIP VIA | P.O. # | ORDERED BY | LOCATION |
|---|---|---|---|---|
| 03/10/2016 | Our Truck | FC101201-10739-2785 | Grant Guinn | SS 208 H |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 10 cup Bunn coffee maker | 1 | 150.00 | 150.00 |
| Boxes Bic stick pens | 3 | 20.00 | 60.00 |
| 1" x 3" pipe repair clamps | 6 | 12.00 | 72.00 |
| 1" x 6" pipe repair clamps | 6 | 15.00 | 90.00 |
| #H2624601 K2O baskets | 2 | 110.00 | 220.00 |
| Case #FT05042 pleated filters | 1 | 675.00 | 675.00 |
| 0-2000# 4" x 1/2" Marsh gauges | 3 | 38.00 | 114.00 |
| 2XL Tingley rainsuits | 1 | 48.00 | 48.00 |

Please REMIT to:
GULF COAST BANK & TRUST COMPANY
FOR THE ACCOUNT OF: XPRESS SUPPLY, LLC
P.O. BOX 731152
DALLAS, TX 75373-1152

**BALANCE DUE**                    **$1,429.00**

**XPRESS SUPPLY, L.L.C.**
1906 ENGINEERS ROAD
BELLE CHASSE, LA  70037
(504)394-4888
tommy@xpresssupply.com
http://www.xpresssupply.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| EPL OIL & GAS | EPL OIL & GAS |
| 1021 MAIN STREET | 1021 MAIN STREET |
| SUITE 2626 | SUITE 2626 |
| HOUSTON, TX  77002 | HOUSTON, TX  77002 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11729 | 03/10/2016 | $1,571.50 | 04/09/2016 | Net 30 | |

| SHIP DATE | SHIP VIA | P.O. # | ORDERED BY | LOCATION |
|---|---|---|---|---|
| 03/10/2016 | Our Truck | FC101318-10756-2785 | Eric Jester | SP 78 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 100ft garden hoses | 2 | 55.00 | 110.00 |
| Hose nozzles | 6 | 29.50 | 177.00 |
| Bags rags | 2 | 18.00 | 36.00 |
| Pair Maxiflex large gloves | 2 | 6.00 | 12.00 |
| Box dark safety glasses | 1 | 4.00 | 4.00 |
| Box clear safety glasses | 1 | 3.50 | 3.50 |
| Boxes large nitrile gloves | 6 | 10.00 | 60.00 |
| Box 1/4" manila rope | 1 | 20.00 | 20.00 |
| Box of 1/2" manila rope | 1 | 75.00 | 75.00 |
| Environmental bags | 20 | 18.00 | 360.00 |
| 32 oz eye wash bottles | 12 | 15.00 | 180.00 |
| Bundles spill pads | 8 | 18.00 | 144.00 |
| SS pails | 4 | 75.00 | 300.00 |
| Pillows | 6 | 15.00 | 90.00 |

Please REMIT to:
GULF COAST BANK & TRUST COMPANY
FOR THE ACCOUNT OF: XPRESS SUPPLY, LLC
P.O. BOX 731152
DALLAS, TX 75373-1152

**BALANCE DUE**　　　　　　　　　　**$1,571.50**

**XPRESS SUPPLY, L.L.C.**
1906 ENGINEERS ROAD
BELLE CHASSE, LA  70037
(504)394-4888
tommy@xpresssupply.com
http://www.xpresssupply.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| EPL OIL & GAS | EPL OIL & GAS |
| 1021 MAIN STREET | 1021 MAIN STREET |
| SUITE 2626 | SUITE 2626 |
| HOUSTON, TX  77002 | HOUSTON, TX  77002 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11733 | 03/10/2016 | $433.00 | 04/09/2016 | Net 30 | |

| SHIP DATE | SHIP VIA | P.O. # | ORDERED BY | LOCATION |
|---|---|---|---|---|
| 03/10/2016 | Our Truck | FC101318-10745-2785 | Stephen Trochesset | SP 78 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Blue Hawk 1/2" coupling push fitting | 6 | 10.00 | 60.00 |
| Blue Hawk 3/4" coupling push fitting | 6 | 12.00 | 72.00 |
| Apollo 1/2" x 100 160 psi pipe | 1 | 38.00 | 38.00 |
| Apollo 3/4" x 100 160 psi pipe | 1 | 75.00 | 75.00 |
| BenzOMatic torch kit | 2 | 30.00 | 60.00 |
| American valve steel repair clamp 1/2" | 4 | 6.00 | 24.00 |
| American valve steel repair clamp 3/4" | 4 | 8.00 | 32.00 |
| Steel repair clamp 1 1/2" | 4 | 18.00 | 72.00 |

Please REMIT to:
GULF COAST BANK & TRUST COMPANY
FOR THE ACCOUNT OF: XPRESS SUPPLY, LLC
P.O. BOX 731152
DALLAS, TX 75373-1152

**BALANCE DUE**

**$433.00**

**XPRESS SUPPLY, L.L.C.**
1906 ENGINEERS ROAD
BELLE CHASSE, LA 70037
(504)394-4888
tommy@xpresssupply.com
http://www.xpresssupply.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| EPL OIL & GAS | EPL OIL & GAS |
| 1021 MAIN STREET | 1021 MAIN STREET |
| SUITE 2626 | SUITE 2626 |
| HOUSTON, TX 77002 | HOUSTON, TX 77002 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11766 | 03/21/2016 | $3,760.50 | 04/20/2016 | Net 30 | |

| SHIP DATE | SHIP VIA | P.O. # | ORDERED BY | LOCATION |
|---|---|---|---|---|
| 03/21/2016 | Our Truck | FC101318-11052-2785 | Eric Jester | SP-78 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 4" 600# RF blind flanges w/ 2" NPT tap | 2 | 196.25 | 392.50 |
| 7/8" x 5 3/4" teflon studs & nuts | 16 | 6.00 | 96.00 |
| R-37 ring gaskets | 2 | 10.00 | 20.00 |
| 1 1/8" x 7" teflon studs & nuts | 64 | 10.00 | 640.00 |
| R-35 ring gaskets | 6 | 9.00 | 54.00 |
| Wilkerson in-line lubricators | 2 | 775.00 | 1,550.00 |
| 1 1/2" x close plated XH nipples | 6 | 6.00 | 36.00 |
| 1 1/2" x 2" plated XH nipples | 6 | 8.00 | 48.00 |
| 1 1/2" x 4" plated XH nipples | 6 | 10.00 | 60.00 |
| 1 1/2" x 6" plated XH nipples | 6 | 16.00 | 96.00 |
| 1 1/2" x 10" plated XH nipples | 6 | 25.00 | 150.00 |
| 1 1/2" x 12" plated XH nipples | 6 | 35.00 | 210.00 |
| 1 1/2" XH plated couplings | 6 | 20.00 | 120.00 |
| 11/2" plated XH unions | 6 | 48.00 | 288.00 |

Please REMIT to:
GULF COAST BANK & TRUST COMPANY
FOR THE ACCOUNT OF: XPRESS SUPPLY, LLC
P.O. BOX 731152
DALLAS, TX 75373-1152

**BALANCE DUE**              **$3,760.50**

**XPRESS SUPPLY, L.L.C.**
1906 ENGINEERS ROAD
BELLE CHASSE, LA 70037
(504)394-4888
tommy@xpresssupply.com
http://www.xpresssupply.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| EPL OIL & GAS | EPL OIL & GAS |
| 1021 MAIN STREET | 1021 MAIN STREET |
| SUITE 2626 | SUITE 2626 |
| HOUSTON, TX 77002 | HOUSTON, TX 77002 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11807 | 03/23/2016 | $325.00 | 04/22/2016 | Net 30 | |

| SHIP DATE | SHIP VIA | P.O. # | ORDERED BY | LOCATION |
|---|---|---|---|---|
| 03/23/2016 | Our Truck | FC101318-11254-2785 | Stephen Trochesset | SP 78 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 1 1/2" x 10 ft copper tubing | 2 | 120.00 | 240.00 |
| Silver solder | 1 | 65.00 | 65.00 |
| Flux | 1 | 20.00 | 20.00 |

Please REMIT to:
GULF COAST BANK & TRUST COMPANY
FOR THE ACCOUNT OF: XPRESS SUPPLY, LLC
P.O. BOX 731152
DALLAS, TX 75373-1152

BALANCE DUE

**$325.00**

**XPRESS SUPPLY, L.L.C.**
1906 ENGINEERS ROAD
BELLE CHASSE, LA  70037
(504)394-4888
tommy@xpresssupply.com
http://www.xpresssupply.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| EPL OIL & GAS | EPL OIL & GAS |
| 1021 MAIN STREET | 1021 MAIN STREET |
| SUITE 2626 | SUITE 2626 |
| HOUSTON, TX  77002 | HOUSTON, TX  77002 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11798 | 03/25/2016 | $175.00 | 04/24/2016 | Net 30 | |

| SHIP DATE | SHIP VIA | P.O. # | ORDERED BY | LOCATION |
|---|---|---|---|---|
| 03/25/2016 | Our Truck | FC101216-11215-2785 | Kirk Vidrine | WD 29 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Eureka vacuum cleaner | 1 | 175.00 | 175.00 |

Please REMIT to:
GULF COAST BANK & TRUST COMPANY
FOR THE ACCOUNT OF: XPRESS SUPPLY, LLC
P.O. BOX 731152
DALLAS, TX 75373-1152

**BALANCE DUE**          **$175.00**

**XPRESS SUPPLY, L.L.C.**
1906 ENGINEERS ROAD
BELLE CHASSE, LA  70037
(504)394-4888
tommy@xpresssupply.com
http://www.xpresssupply.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| EPL OIL & GAS | EPL OIL & GAS |
| 1021 MAIN STREET | 1021 MAIN STREET |
| SUITE 2626 | SUITE 2626 |
| HOUSTON, TX  77002 | HOUSTON, TX  77002 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11812 | 03/25/2016 | $125.00 | 04/24/2016 | Net 30 | |

| SHIP DATE | SHIP VIA | P.O. # | ORDERED BY | LOCATION |
|---|---|---|---|---|
| 03/25/2016 | Our Truck | FC101201-11414-2785 | Grant Guinn | SS 208 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 2" socket x 3/4" drive | 1 | 125.00 | 125.00 |

Please REMIT to:
GULF COAST BANK & TRUST COMPANY
FOR THE ACCOUNT OF: XPRESS SUPPLY, LLC
P.O. BOX 731152
DALLAS, TX 75373-1152

**BALANCE DUE**　　**$125.00**

**XPRESS SUPPLY, L.L.C.**
1906 ENGINEERS ROAD
BELLE CHASSE, LA  70037
(504)394-4888
tommy@xpresssupply.com
http://www.xpresssupply.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| EPL OIL & GAS | EPL OIL & GAS |
| 1021 MAIN STREET | 1021 MAIN STREET |
| SUITE 2626 | SUITE 2626 |
| HOUSTON, TX  77002 | HOUSTON, TX  77002 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11802 | 03/30/2016 | $615.00 | 04/29/2016 | Net 30 | |

| SHIP DATE | SHIP VIA | P.O. # | ORDERED BY | LOCATION |
|---|---|---|---|---|
| 03/30/2016 | Our Truck | FC101200-11232-2785 | Grant Guinn | SS 108 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Scotch laminator TL1302VP | 1 | 75.00 | 75.00 |
| Scotch laminator pouches letter size | 2 | 15.00 | 30.00 |
| Scotch laminator pouches legal size | 2 | 20.00 | 40.00 |
| HP950 XL black ink cartridge | 4 | 55.00 | 220.00 |
| 9 quart Igloo Island Breeze ice chest | 2 | 20.00 | 40.00 |
| Face wash cloth navy | 20 | 3.00 | 60.00 |
| 8" channel lock pliers | 2 | 20.00 | 40.00 |
| 18" aluminum pipe wrench | 2 | 55.00 | 110.00 |

Please REMIT to:
GULF COAST BANK & TRUST COMPANY
FOR THE ACCOUNT OF: XPRESS SUPPLY, LLC
P.O. BOX 731152
DALLAS, TX 75373-1152

**BALANCE DUE**                    **$615.00**

**XPRESS SUPPLY, L.L.C.**
1906 ENGINEERS ROAD
BELLE CHASSE, LA  70037
(504)394-4888
tommy@xpresssupply.com
http://www.xpresssupply.com

# Invoice



| BILL TO | SHIP TO |
|---------|---------|
| EPL OIL & GAS | EPL OIL & GAS |
| 1021 MAIN STREET | 1021 MAIN STREET |
| SUITE 2626 | SUITE 2626 |
| HOUSTON, TX  77002 | HOUSTON, TX  77002 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|-----------|------|-----------|----------|-------|----------|
| 11828 | 03/31/2016 | $2,760.00 | 04/30/2016 | Net 30 | |

| SHIP DATE | SHIP VIA | P.O. # | ORDERED BY | LOCATION |
|-----------|----------|--------|------------|----------|
| 03/31/2016 | Our Truck | FC101310-11537-2785 | Brandon Parker/David Freeland | SMI 79 (allocates to 77/78) |

| ACTIVITY | QTY | RATE | AMOUNT |
|----------|-----|------|--------|
| Can spray foam | 1 | 25.00 | 25.00 |
| Boxes spark plug ear plugs | 2 | 65.00 | 130.00 |
| 3# engineers hammer | 2 | 65.00 | 130.00 |
| #1610-14MGT belts | 3 | 825.00 | 2,475.00 |

Please REMIT to:
GULF COAST BANK & TRUST COMPANY
FOR THE ACCOUNT OF: XPRESS SUPPLY, LLC
P.O. BOX 731152
DALLAS, TX 75373-1152

**BALANCE DUE**                    **$2,760.00**