

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/10/2017

| | | |
|---|---|---|
| **In re:** | § | **Case No. 16-31928** |
| | § | |
| **ENERGY XXI LTD**, *et al.*, | § | **(Chapter 11)** |
| | § | |
| | § | **Jointly Administered** |
| **Debtors.**[1] | § | |
| | § | |

**AGREED ORDER FOR RELIEF FROM AUTOMATIC STAY**
Resolves Docket No. 1528

Came on for consideration the motion of Kennedy Tasker ("Tasker") for Relief from the Automatic Stay; and after considering the Motion and any response thereto, and being of the opinion that said motion should be granted as set forth below; it is hereby

ORDERED that the automatic stay and the injunction set forth in paragraph 117(e) of the *Findings of Fact, Conclusions of Law, and Order Confirming Debtors' Second Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 1809] are hereby lifted as to Debtor Energy XXI GOM, LLC for the limited purpose of allowing the prosecution of the case captioned as *Kennedy Tasker v. Chevron U.S.A., Inc. and Energy XXI GOM, LLC*; Cause No. 3:15-CV-00055 pending in the United States District Court for the Southern District of Texas (the "Proceeding") for

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Anglo-Suisse Offshore Pipeline Partners, LLC (9562), Delaware EPL of Texas, LLC (9562), Energy Partners Ltd., LLC (9562), Energy XXI GOM, LLC (0027), Energy XXI Gulf Coast, Inc. (8595), Energy XXI Holdings, Inc. (1638), Energy XXI, Inc. (2108), Energy XXI Leasehold, LLC (8121), Energy XXI Ltd (9286), Energy XXI Natural Gas Holdings, Inc. (7517), Energy XXI Offshore Services, Inc. (4711), Energy XXI Onshore, LLC (0308), Energy XXI Pipeline, LLC (5863), Energy XXI Pipeline II, LLC (8238), Energy XXI Services, LLC (3999), Energy XXI Texas Onshore, LLC (0294), Energy XXI USA, Inc. (8552), EPL of Louisiana, L.L.C. (9562), EPL Oil & Gas, Inc. (9562), EPL Pioneer Houston, Inc. (9749), EPL Pipeline, L.L.C. (1048), M21K, LLC (3978), MS Onshore, LLC (8573), Natural Gas Acquisition Company I, LLC (0956), Nighthawk, L.L.C. (9562), and Soileau Catering, LLC (2767).  The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is:  1021 Main Street, Suite 2626, Houston, Texas 77002.

purposes of liquidating Tasker's claims (if any) against Energy XXI GOM, LLC, the only Debtor named as a defendant in the Proceeding; it is further

ORDERED that except as expressly provided herein, no collection action shall be commenced based on the liability of any of the Debtors to Tasker without prior Order of this Court; it is further

ORDERED that Tasker may seek and conduct such discovery involving the Debtors as allowed by the Federal Rules of Civil Procedure, the applicable local rules of the United States District Court for the Southern District of Texas, or any Scheduling Order issued by the District Court.

Signed: February 10, 2017.

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

**AGREED**:

**CAIN & SKARNULIS PLLC**

By: */s/  Ryan E. Chapple*
Ryan E. Chapple (TX 24036354)
400 W. 15th Street, Suite 900
Austin, Texas 78701
Tel:  512-477-5000
Fax:  512-477-5011
**ATTORNEYS FOR MOVANT**

**VINSON & ELKINS LLP**

By: */s/  David S. Meyer*
Harry A. Perrin (TX 15796800)
Bradley R. Foxman (TX 24065243)
Reese A. O'Connor (TX 24092910)
First City Tower
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Tel:  713.758.2222
Fax:  713.758.2346
hperrin@velaw.com; bfoxman@velaw.com; roconnor@velaw.com

- and -

Paul E. Heath (TX 09355050)
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
Tel:  214.220.7700
Fax: 214.999.7787
pheath@velaw.com

- and -

David S. Meyer (admitted *pro hac vice*)
Jessica C. Peet (admitted *pro hac vice*)
Lauren R. Kanzer (admitted *pro hac vice*)
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040
Tel:  212.237.0000
Fax: 212.237.0100
dmeyer@velaw.com; jpeet@velaw.com; lkanzer@velaw.com
**ATTORNEYS FOR THE DEBTORS**

US 4892439