ENTERED

02/22/2017

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Case No. 16-31928 |
| | ) | |
| ENERGY XXI LTD, *et al.*,[1] | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING FINAL FEE APPLICATION OF LATHAM & WATKINS LLP**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR PERIOD FROM**
**APRIL 28, 2016 THROUGH DECEMBER 30, 2016**
(Docket No. 1870)

Upon and pursuant to the terms set forth in the *Final Fee Application of Latham &*
*Watkins LLP for Allowance of Compensation for Services Rendered and Reimbursement of*
*Expenses Incurred as Co-Counsel to the Official Committee of Unsecured Creditors for Period*
*from April 28, 2016 through December 30, 2016* (the "**Application**")[2]; and the Court being
satisfied, based on the representations made in the Application, that Latham should be awarded
fees and expenses incurred in the Chapter 11 Cases; and the Court having jurisdiction to consider
the Application and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration
of the Application and the requested relief being a core proceeding pursuant to 28 U.S.C. §

---

[1]     The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Anglo-Suisse Offshore Pipeline Partners, LLC (9562), Delaware EPL of Texas, LLC (9562), Energy Partners Ltd., LLC (9562), Energy XXI GOM, LLC (0027), Energy XXI Gulf Coast, Inc. (8595), Energy XXI Holdings, Inc. (1638), Energy XXI, Inc. (2108), Energy XXI Leasehold, LLC (8121), Energy XXI Ltd (9286), Energy XXI Natural Gas Holdings, Inc. (7517), Energy XXI Offshore Services, Inc. (4711), Energy XXI Onshore, LLC (0308), Energy XXI Pipeline, LLC (5863), Energy XXI Pipeline II, LLC (8238), Energy XXI Services, LLC (3999), Energy XXI Texas Onshore, LLC (0294), Energy XXI USA, Inc. (8552), EPL of Louisiana, L.L.C. (9562), EPL Oil & Gas, Inc. (9562), EPL Pioneer Houston, Inc. (9749), EPL Pipeline, L.L.C. (1048), M21K, LLC (3978), MS Onshore, LLC (8573), Natural Gas Acquisition Company I, LLC (0956), Nighthawk, L.L.C. (9562), and Soileau Catering, LLC (2767).  The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is:  1021 Main Street, Suite 2626, Houston, Texas 77002.

[2]     Capitalized terms not otherwise defined herein shall have meanings ascribed to them in the Application.

US-DOCS\75979519.8

157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been served, and it appearing that no other or further notice need be provided; and the Court having reviewed the Application and determined that the information set forth in the Application establishes just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT**

The Application is **GRANTED** to the extent provided herein.

a. For the Compensation Period of April 28, 2016, through and including December 30, 2016, final allowance is made to Latham with respect to the sum of $12,764,758.75 as compensation for necessary professional services rendered, and the sum of $531,683.60 as reimbursement of actual necessary costs and expenses, for a total of $13,296,442.35, and such sums are authorized for payment on a final basis.

b. To the extent not already remitted, the Debtors are authorized to promptly remit payment for fees and expenses to Latham for the period of November 1, 2016 through December 30, 2016 as follows (which amounts are included in the amounts in subparagraph (a) above):

Fees: $785,474.00

Expenses: $26,132.58

Total: $811,606.58

~~Latham is allowed and awarded payment of up to $50,000.00 to cover fees for services performed and expenses incurred by Latham after the Effective Date, and~~

US-DOCS\75979519.8

- 3 -

~~the Debtors shall, upon presentation of an invoice from Latham, promptly remit payment to Latham of the invoiced amount as limited herein.~~

The compensation allowed and awarded herein ~~(including the fees and expenses associated with services rendered by Latham after the Effective Date),~~ including all interim compensation previously awarded to Latham in these Chapter 11 Cases, is final.

The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Signed: February 22, 2017.**

_____

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

- 3 -